UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants-Appellees. | Docket Number: 21-1370 <br><br> Stipulation |

    IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned counsel for the parties, that the parties will file a deferred appendix pursuant to Local Rule 30.1 and Federal Rule of Appellate Procedure 30(c).

Dated: August 3, 2021
       New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *Crystal Lohmann Parker*
Crystal Lohmann Parker
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: cparker@paulweiss.com

*Attorneys for Plaintiffs-Appellants*

KIRKLAND & ELLIS LLP

By: *[signature]*
Jason M. Wilcox
1301 Pennsylvania Ave, NW
Washington, DC 20004
Tel: (202) 389-5000
Fax: (202) 389-5200
Email: jason.wilcox@kirkland.com

*Attorneys for Defendants-Appellees*

SO ORDERED

_____