# 21-1370-cv

## United States Court of Appeals

*for the*

## Second Circuit

SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, SYNTEL, INC.,

*Plaintiffs-Counter-Defendants-Appellants,*

– v. –

THE TRIZETTO GROUP, INC., COGNIZANT TECHNOLOGY
SOLUTIONS CORP.,

*Defendants-Counter-Claimants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## DEFERRED APPENDIX
## (REDACTED)
## Volume 1 of 9 (Pages A-1 to A-210)

MICHAEL W. DE VRIES
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
(213) 680-8400

– and –

LESLIE SCHMIDT
KIRKLAND & ELLIS LLP
601 Lexington Avenue,
New York 10022
(212) 446-4800

*Attorneys for Defendants-Counter-
Claimants-Appellees*

JAREN JANGHORBANI
NICHOLAS P. GROOMBRIDGE
CRYSTAL L. PARKER
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

*Attorneys for Plaintiffs-Counter-
Defendants-Appellants*

*(For Continuation of Appearances See Inside Cover)*

JOHN C. O'QUINN
JASON M. WILCOX
HANNAH L. BEDARD
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

– and –

ADAM R. ALPER
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
(415) 439-1400

*Attorneys for Defendants-Counter-
Claimants-Appellees*

J. STEVEN BAUGHMAN
KANNON K. SHANMUGAM
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300

*Attorneys for Plaintiffs-Counter-
Defendants-Appellants*

i

# TABLE OF CONTENTS

**Page**

Lower Court Docket Entries ...................................... A-1

Complaint, dated June 12, 2012................................. A-172

Excerpts from Amended Complaint, dated
    March 4, 2015 ................................................... A-179

Excerpts from Amended Answer, dated
    September 30, 2016 ............................................ A-184

Order of the Honorable Ronald L. Ellis for Forensic
    Examination of Plaintiff's Digital Electronic
    Devices and Files, So-Ordered January 30, 2017.. A-195

Preclusion Order of the Honorable Ronald L. Ellis,
    So-Ordered August 25, 2017 ................................ A-203

Excerpts from Declaration of Bryan P. Bergeron,
    M.D., for Defendants, in Support of Motion for
    Summary Judgment, dated July 9, 2019 ............... A-204

Memo Endorsement of the Honorable Lorna G.
    Schofield, dated September 25, 2020 ................... A-207

Trial Procedures During COVID 19 Pandemic,
    dated October 6, 2020........................................... A-208

Excerpt from Order of the Honorable Lorna G.
    Schofield, dated October 15, 2020 ....................... A-210

Excerpts from Transcript of Trial Proceedings held
    before the Honorable Lorna G. Schofield, dated
    October 19-26, 2020 ............................................ A-211

ii

**Page**

Plaintiff's Trial Exhibits:

27    6/30/10 Master Services Agreement between
The TriZetto Group and Syntel Sterling Best
Shores Mauritius Limited (Sanders Dep.
Ex 4) ................................................................ A-534

42    11/21/14 letter to D. Moore from J. Schaefer
re: Termination Pursuant to Section 23.2(3)
of Master Services Agreement (Sanders Dep
Ex. 21) .............................................................. A-610

44    12/4/14 letter to J. Schaefer from D. Moore
re: Letter Received This Morning (Sanders
Dep Ex. 23) ...................................................... A-612

74    8/17/12 Amendment No. 1 to the Master
Services Agreement ........................................... A-613

143   Attachment to 9/18/14 email from A. Chadha
to M. Reddy re: Board Meeting
20140914_updated.pptx .................................. A-631

162   8/17/12 Amendment No. 1 to the Master
Services Agreement, attached to 8/14/14
email ................................................................. A-634

189   Attachment to 9/21/14 TriZetto - Change of
Control Leveraging New Opportunities
presentation (Sheets Dep Ex. 2) ...................... A-636

753   12/4/14 letter to J. Schaefer from D. Moore
re: LETTER RECEIVED THIS MORNING
(Sanders Dep Ex 23) ....................................... A-640

838    5/3/13 Third-Party Access Agreement ........... A-641

iii

**Page**

848   1/5/15 Customer Contract Summary
      (Sanders Dep Ex 48)
      (Omitted herein and reproduced in
      Confidential Appendix at pp. CA-1-CA-17) ...   A-642

1045  TriZetto-Syntel Statement of Work .................   A-643

Defendant's Trial Exhibits:

1     Fully Executed Master Services Agreement
      by and among The TriZetto Group Inc. and
      Syntel Sterling Best Shores Mauritius
      Limited, dated as of June 30, 2010, and
      Exhibits and Attachments Thereto .................   A-646

5     Email from J. Mathews to S. Sinha & M.
      Mehta Re: Beyond TriZetto buyout - My 2
      cents................................................................   A-704

15    Syntel, Inc. Business Proposal: Syntel
      Response for: UnitedHealth Group Facets
      Upgrade
      (Unredacted version reproduced in
      Confidential Appendix at pp. CA-18-CA-24) .   A-706

21    Declaration of Annapoorani Muthuraman re
      Syntel's Alleged Repository of 3000+
      FACETS Test Cases and 500+ FACETS
      Automation Scripts...........................................   A-723

22    Email from S. Yadava to CSP_FacetsUpgrade
      Listserv re FW: Facets upgrade guides ...........   A-725

36    Email from A. Muthuraman to S. Yadava re
      RE: Send me the list of exact T$Z manuals
      that you need ...................................................   A-727

iv

**Page**

41    Syntel, Inc. Marketing Document: Providing Greater Business Impact to Healthcare Product Services at Lower Costs (Chadha Ex. 41)................................................ A-730

78    Syntel, Inc. Presentation: Facets CSP Upgrade: Proposal Presentation ..................... A-732

82    Email from M. Parthasarathy to M. Reddy re Re: Our Discussions ........................................ A-736

83    Handwritten Notes: Overall Strategy for Phases I, II, and III of an Unspecified Initiative and Other Considerations Allegedly Discussed among former Syntel, Inc. Client Partner M. Parthasarathy and Various Syntel, Inc. Employees ................................................ A-737

87    Spreadsheet: Syntel Customer Exchange Audit ................................................................ A-739

95    Email from S. Sinha to A. Passi & N. Shukla re Facets 4.71 - 5.1R2 - Change details........... A-818

96    Spreadsheet: Facets Data Dictionary Changes _4.71 ................................................ A-819

97    Email from S. Sinha to K. Kaveeshwar et al. re UHG Facets Upgrade - Impact analysis...... A-1035

100   Email from K. Kaveeshwar to HCLS_PCT_ALL Listserv re Facets Data Dictionary for Version 5.1 R3 ........................ A-1036

101   Email from J. Mariaselvaraj to UHG_Offshore Listserv re Facets Data Dictionary........................................................ A-1037

v

Page

108   TriZetto Corporation Draft Performance Test
Case Document - Facets Release 5.10
(Document Owner: Antony Amalraj)
(Omitted herein and reproduced in
Confidential Appendix at pp. CA-25-CA-27). A-1038

149   Email from N. Rakesh to M. Reddy & C.
Mason re RE: NEED YOUR HELP -
TRIZETTO PLAN .......................................... A-1039

203   TriZetto Corporation Facets® System
Administration User Guide - Facets Release:
5.10
(Omitted herein and reproduced in
Confidential Appendix at pp. CA-28-CA-29). A-1044

219   Email from K. Kaveeshwar to S. Yadava re
RE: Facets documents required from
Trizetto Customer Exchange.......................... A-1045

245   Forensic Report of Samuel S. Rubin, and
Appendices and Exhibits Thereto ................. A-1046

393   Email from M. Sabne to V. Prasann et al. re
RE: CSP Upgrade - Daily Review of Parallel
Scripts : 0914 Run........................................... A-2021

496   TriZetto Corporation Facets® Data
Dictionary Guide - Facets Releases: All
Releases
(Omitted herein and reproduced in
Confidential Appendix at pp. CA-30-CA-39) A-2028

893   TriZetto Corporation Facets® Data Models
Guide - Facets Release: 5.10.006
(Omitted herein and reproduced in
Confidential Appendix at pp. CA-40-CA-41). A-2029

vi

**Page**

1162 Atos|Syntel Marketing Document: Providing
Greater Business Impact to Healthcare
Product Services at Lower Costs..................... A-2030

1236 Spreadsheet: Consulting and Delivery
Revenue Request
(Omitted herein and reproduced in
Confidential Appendix at pp. CA-42-CA-43) . A-2032

1381 Certified Copy of the Certificate of
Registration (No. TX 8-097-589) issued to
TriZetto Corporation under the Seal of the
U.S. Copyright Office for the Claimed
Intellectual Property Entitled "FACETS
5.10" ................................................................ A-2033

1395 Certified Copy of the Deposit for the
Claimed Intellectual Property Entitled
"FACETS VERSION 5.10" (Registration No.
TX 8-097-589), as Submitted to the U.S.
Copyright Office............................................... A-2037

1423 All Source Code Materials and Files from
TriZetto's Source Code Production ................. A-2100

1424 All Source Code Materials and Files from
Syntel's Source Code Production .................... A-2101

1425 All Source Code Materials and Files from
TriZetto's ALM Source Code Production ....... A-2102

1429 Letter from J. Schaefer of TriZetto
Corporation to D. Moore of Syntel, Inc. re
Notice of Abandonment, Breach, and
Continuing Irreparable Harm .......................... A-2103

vii

**Page**

1479  TriZetto Corporation Facets® Medical Plan
      Models User Guide and Supplement - Facets
      Release: 2.96 through 5.01
      (Omitted herein and reproduced in
      Confidential Appendix at pp. CA-44-CA-45) .  A-2105

1541  Atos|Syntel Marketing Document: Derive
      More value from FACETS Platform by
      Automating Customer-centric Services...........  A-2106

1543  Atos to Acquire Syntel, ATOS PRESS
      RELEASE (July 22, 2018),
      https://atos.net/en/2018/press-release/general-
      press-releases_2018_07_22/atos-acquire-
      syntel ...............................................  A-2108

1546  Atos|Syntel Marketing Document: Reduce
      Cost, Improve Agility and Efficiency with
      Automated IT Ops from Atos Syntel...............  A-2115

Court's Exhibits:

4     Stipulation of Uncontested Facts, dated
      October 27, 2020 ...............................  A-2117

5     Excerpt from Joint Stipulation, dated
      October 27, 2020 ...............................  A-2119

6     Listing of Trizetto's Alleged Trade Secrets .....  A-2120

13    Final Jury Instructions before Closing, dated
      October 26, 2020 ...............................  A-2128

14    Exhibit List ......................................  A-2132

Exhibit 1 – Verdict form ...........................  A-2234

Order of the Honorable Lorna G. Schofield, dated
      October 24, 2020 ...............................  A-2250

viii

                                                                    **Page**

Verdict Form, filed October 27, 2020 ........................  A-2251

Joint Notice of Filing of Deposition Testimony
    Played at Trial, dated December 21, 2020
    (Omitted herein)

    Exhibit 1 to Joint Notice -
    Transcript Reports of Video Deposition
    Transcript of Sandeep Sinha, dated
    October 20, 2020 ..................................................  A-2261

    Exhibit 2 to Joint Notice -
    Transcript Reports of Video Deposition
    Transcript of Ankur Chadha, dated
    October 20, 2020 ..................................................  A-2264

Excerpts from Memorandum of Law, by
    Defendants, in Opposition to Motion, dated
    January 5, 2021 ...................................................  A-2268

Declaration of Adam Kaufmann, for Defendants, in
    Opposition to Motion for Judgment, dated
    January 5, 2021
    (Omitted herein)

    Exhibit 2 to Kaufman Declaration -
    Excerpts of Demonstrative Exhibits of Bryan
    Bergeron.............................................................  A-2270

    Exhibit 6 to Kaufman Declaration -
    Excerpts of Demonstrative Exhibits of Thomas
    Britven ..............................................................  A-2282

ix

**Page**

Declaration of Nicholas Groombridge, for Plaintiff,
in Support Motion for Judgment, dated
January 29, 2021
(Omitted herein)

Exhibit 1 to Groombridge Declaration -
Order of the Honorable Charles R. Norgle, dated
January 8, 2021 ....................................................... A-2289

Excerpts from Letter from Kirkland & Ellis, LLP, to
the Honorable Lorna G. Schofield, dated May 14,
2021, with Appendix A attached hereto ................. A-2292

Permanent Injunction Order of the Honorable Lorna
G. Schofield, So-Ordered May 18, 2021 ............... A-2316

Notice of Appeal, dated May 26, 2021 ..................... A-2327

Confidentiality Order of the Honorable Lorna G.
Schofield, dated July 13, 2021 ............................... A-2329

Memo Endorsement of the Honorable Lorna G.
Schofield, dated October 5, 2021 ......................... A-2334

Joint Letter from Nicholas Groombridge and
Michael De Vries to the Honorable Lorna G.
Schofield, dated November 17, 2021 ..................... A-2336

A-1

**Query    Reports    Utilities    Help    Log Out**

APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:15-cv-00211-LGS-SDA

| | |
|---|---|
| Syntel Sterling Best Shores Mauritius Limited v. The Trizetto Group, Inc. et al | Date Filed: 01/12/2015 |
| Assigned to: Judge Lorna G. Schofield | Jury Demand: Defendant |
| Referred to: Magistrate Judge Stewart D. Aaron | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity Action | Jurisdiction: Federal Question |

**Plaintiff**

**Syntel Sterling Best Shores Mauritius Limited**                    represented by    **Jaren Elizabeth Janghorbani**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000 x3211
Fax: (212) 492-0211
Email: jjanghorbani@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Steven Baughman**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, DC 20006
202-223-7300
Email: sbaughman@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
Greenberg Traurig, LLP (NY)
200 Park Avenue
New York, NY 10166
212-801-6500
Fax: 212-805-5529
Email: lsolomon@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
Paul Weiss (NY)
1285 Avenue of the Americas

A-2

New York, NY 10019
212-373-3000
Email: NGroombridge@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Neil Wang**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
(212)682 7474
Fax: (212) 687-2329
Email: pwang@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Wright Clark**
Honigman Miller Schwartz Cohn
2290 First Nat'l Building/660 Woodward
Ave
Detroit, MI 48226
(313)-465-7282
Email: aclark@honigman.com
*TERMINATED: 09/21/2016*

**Anne Berkowitz Sekel**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
(212)-682-7474
Fax: (212)-682-2329
Email: asekel@foley.com
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
Sheppard, Mullin, Richter & Hampton,
LLP (NYC)
30 Rockefeller Plaza, 24th Fl.
New York, NY 10112
(212)-634-3068
Email: bgarrett@sheppardmullin.com
*TERMINATED: 10/03/2016*

**Cecilia Copperman**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: ccopperman@paulweiss.com

A-3

*ATTORNEY TO BE NOTICED*

**Crystal Lohmann Parker**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Ave. of the Americas
Ste 2816b
New York, NY 10019
212-373-3000
Email: cparker@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Harold S. Shaftel**
Greenberg Traurig, P.A
200 Park Avenue
Ste Floor 39
New York, NY 10166
212-801-9200
Email: shaftelh@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 634-3075
Fax: (212) 655-1741
Email: jkern@sheppardmullin.com
*TERMINATED: 02/28/2017*

**Joshua D. Reich**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Ave. of the Americas
Ste 2816b
New York, NY 10019
212-373-3000
Email: jreich@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Kripa Anand Raman**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3295
Fax: (212)-492-0295
Email: kraman@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Matthew George Mrkonic**

Honigman Miller Schwartz and Cohn, LLP
660 Woodward Ave
Detroit, MI 48226
(313) 465-7614
Email: mmrkonic@honigman.com
*TERMINATED: 09/21/2016*

**Melissa Alpert**
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
412-355-3779
Email: Melissa.Alpert@klgates.com
*TERMINATED: 02/03/2021*

**Norman C. Ankers**
Foley & Lardner
500 Woodward Ave., Suite 2700
Detroit, MI 48226
(313)-234-7100
Fax: 313-234-2800
Email: NAnkers@foley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
Sheppard, Mullin, Richter & Hampton,
LLP (NYC)
30 Rockefeller Plaza, 24th Fl.
New York, NY 10112
(212) 653-8700
Fax: (212) 653-8707
Email: randoh@sheppardmullin.com
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
Sheppard, Mullin, Richter & Hampton,
LLP (NYC)
30 Rockefeller Plaza, 24th Fl.
New York, NY 10112
(212)-653-8700
Fax: (212) 653-8701
Email: rfriedman@sheppardmullin.com
*TERMINATED: 02/28/2017*

**Robert S. Weisbein**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474

A-5

Fax: (212) 687-2329
Email: RWeisbein@foley.com
*ATTORNEY TO BE NOTICED*

**Todd C. Norbitz**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
212-682-7474
Fax: 212-687-2329
Email: tnorbitz@foley.com
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
Foley & Lardner, LLP
555 S. Flower Street, #3500
Los Angeles, CA 90071
(213)-972-4613
Fax: (213)-486-0065
Email: vdegyarfas@foley.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

**William Robinson**
Foley & Lardner, LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
(213)-972-4599
Email: wrobinson@foley.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
Harris St. Laurent & Wechsler LLP
40 Wall St.
Ste 53 FL
New York
New York, NY 10005
212-397-3370
Email: yaronoff@foley.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Syntel, Inc.**          represented by **Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Steven Baughman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A-6

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

**Nicholas Groombridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Wright Clark**
(See above for address)
*TERMINATED: 09/21/2016*

**Anne Berkowitz Sekel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert S. Weisbein**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
| | **Todd C. Norbitz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | **Victor De Gyarfas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | **William Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | **Yonaton Aronoff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | **Louis M. Solomon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Movant**

**Brian Garrett**                    represented by    **Brian Garrett**
                                                        PRO SE

**Movant**

**Jeff Kern**                        represented by    **Jeff Kern**
                                                        PRO SE

                                                        **Jeff Kern**
                                                        (See above for address)
                                                        *TERMINATED: 02/28/2017*

**Movant**

**Rena Andoh**                       represented by    **Rena Andoh**
                                                        PRO SE

                                                        **Jeff Kern**
                                                        (See above for address)
                                                        *TERMINATED: 02/28/2017*

**Movant**

A-8

SDNY CM/ECF NextGen Version 1.6        https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

**Robert S. Friedman**        represented by  **Robert S. Friedman**
PRO SE

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

V.

**Defendant**

**The Trizetto Group, Inc.**        represented by  **Adam R. Alper**
Kirkland & Ellis LLP
300 N. Lasalle
Chicago, IL 60654
(415)-439-1876
Email: adam.alper@kirkland.com
*ATTORNEY TO BE NOTICED*

**Adam M. Kaufmann**
Barnes & Thornburg LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606
312-214-8319
Email: adam.kaufmann@btlaw.com
*TERMINATED: 06/04/2021*

**Andrew John Morrill**
555 S. Flower St.
Ste 3700
Los Angeles, CA 90071
213-680-8278
Email: drew.morrill@kirkland.com
*ATTORNEY TO BE NOTICED*

**Benjamin Herbert**
Kirkland & Ellis LLP
555 South Flower Street
Ste 37th Floor
Los Angeles, CA 90071
213-680-8577
Email: benjamin.herbert@kirkland.com
*ATTORNEY TO BE NOTICED*

**Gavin Moler**
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071
213-680-8277
Email: gavin.moler@kirkland.com

*ATTORNEY TO BE NOTICED*

**Gianni L Cutri**
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)-862-3372
Fax: (312)-862-2200
Email: gianni.cutri@kirkland.com
*ATTORNEY TO BE NOTICED*

**Jacob Cristian Rambeau**
Kirkland & Ellis LLP
300 N. Lasalle
Chicago, IL 60654
312-862-2000
Email: jake.rambeau@kirkland.com
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax: 212-751-4864
Email: james.brandt@lw.com
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)-446-5907
Email: jared.barcenas@kirkland.com
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Email: jeff.hammel@lw.com
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
Fax: (212) 446-4900

SDNY CM/ECF NextGen Version 1.6 https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

Email: joshua.simmons@kirkland.com
*ATTORNEY TO BE NOTICED*

**Justin Singh**
Kirkland & Ellis LLP
555 South Flower Street
Los Angeles, CA 90071
213-680-8239
Email: justin.singh@kirkland.com
*ATTORNEY TO BE NOTICED*

**Kyle Michael Kantarek**
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
312 862 3646
Email: kyle.kantarek@kirkland.com
*ATTORNEY TO BE NOTICED*

**Leslie Marie Schmidt**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)-446-4800
Fax: (212)-446-4900
Email: leslie.schmidt@kirkland.com
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
Kirkland & Ellis LLP
555 S. Flower St.
Suite 3700
Los Angeles, CA 90071
213-680-8400
Email: michael.devries@kirkland.com
*ATTORNEY TO BE NOTICED*

**Patricia Ann Carson**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
212-446-4800
Fax: 212-446-4900
Email: patricia.carson@kirkland.com
*ATTORNEY TO BE NOTICED*

**Paul Anthony Serritella**
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

(212)-906-1632
Fax: 212 751 4864
Email: paul.serritella@lw.com
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405
212-841-1033
Email: phil.hill@kirkland.com
*TERMINATED: 04/20/2020*

**Rajat Khanna**
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)-862-3025
Fax: (312)-862-2200
Email: rajat.khanna@kirkland.com
*TERMINATED: 06/19/2020*

**Ryan Patrick Kane**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446-4806
Fax: (212) 446-6460
Email: ryan.kane@kirkland.com
*ATTORNEY TO BE NOTICED*

**Samuel Francis Blake**
Kirkland & Ellis LLP
333 South Flower Street
Los Angeles, CA 90071
213-680-8223
Fax: 213-680-8500
Email: samuel.blake@kirkland.com
*ATTORNEY TO BE NOTICED*

**Sarah Malke Lightdale**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6374
Email: slightdale@cooley.com
*TERMINATED: 12/21/2015*

**Defendant**

A-12

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

**Cognizant Technology Solutions Corp.**            represented by   **Adam R. Alper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam M. Kaufmann**
(See above for address)
*TERMINATED: 06/04/2021*

**Andrew John Morrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin Herbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gavin Moler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob Cristian Rambeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle Michael Kantarek**
(See above for address)

A-13

*ATTORNEY TO BE NOTICED*

**Leslie Marie Schmidt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia Ann Carson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Anthony Serritella**
(See above for address)
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Rajat Khanna**
(See above for address)
*TERMINATED: 06/19/2020*

**Ryan Patrick Kane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Francis Blake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Counter Claimant**

**Cognizant Technology Solutions Corp.**          represented by **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

A-14

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Counter Claimant**

**The Trizetto Group, Inc.**                represented by **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

V.

**Counter Defendant**

**A-15**

**Syntel Sterling Best Shores Mauritius Limited**

represented by **Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Steven Baughman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Berkowitz Sekel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Cecilia Copperman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Crystal Lohmann Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Joshua D. Reich**

A-16

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kripa Anand Raman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Melissa Alpert**
(See above for address)
*TERMINATED: 02/03/2021*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Cognizant Technology Solutions Corp.**  represented by **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)

A-17

*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Counter Claimant**

**The Trizetto Group, Inc.**          represented by **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

A-18

## V.

**Counter Defendant**

| | | |
|---|---|---|
| **Syntel Sterling Best Shores Mauritius Limited** | represented by | **Jaren Elizabeth Janghorbani** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

                                               **Jon Steven Baughman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew J. Hrutkay**
Hrutkay Law PM
600 W. Broadway
Suite 700
92101
San Diego, CA 92101
858-868-0018
Email: matt.hrutkay@hrutkaylaw.com
*ATTORNEY TO BE NOTICED*

**A-19**

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Syntel, Inc.**       represented by **Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Steven Baughman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Neil Wang**
(See above for address)

A-20

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Berkowitz Sekel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**A-21**

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

**Louis M. Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**The Trizetto Group, Inc.**            represented by   **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Anthony Serritella**
(See above for address)
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Counter Claimant**

**Cognizant Technology Solutions Corp.**      represented by   **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

A-22

SDNY CM/ECF NextGen Version 1.6

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

V.

**Counter Defendant**

**Syntel Sterling Best Shores Mauritius Limited**

represented by **Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Steven Baughman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Neil Wang**
(See above for address)

A-23

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Syntel, Inc.**　　　represented by **Jaren Elizabeth Janghorbani**
(See above for address)

A-24

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Steven Baughman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Wright Clark**
(See above for address)
*TERMINATED: 09/21/2016*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew J. Hrutkay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**A-25**

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/12/2015 | 1 | COMPLAINT against Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Filing Fee $ 350.00, Receipt Number 465401114349)Document filed by Syntel Sterling Best Shores Mauritius Limited.(moh) (Entered: 01/14/2015) |
| 01/12/2015 | | SUMMONS ISSUED as to Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (moh) (Entered: 01/14/2015) |
| 01/12/2015 | | Magistrate Judge James L. Cott is so designated. (moh) (Entered: 01/14/2015) |
| 01/12/2015 | | Case Designated ECF. (moh) (Entered: 01/14/2015) |
| 01/12/2015 | 2 | CIVIL COVER SHEET filed. (moh) (moh). (Entered: 01/14/2015) |
| 01/20/2015 | 3 | ORDER: It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court at the time and place listed below. DATE AND PLACE OF CONFERENCE: March 3, 2015 at 11:00 a.m., in Courtroom 1106 of the United States District Court for the Southern District of New York,Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. (Initial Conference set for 3/3/2015 at 11:00 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 1/20/2015) (ama) (Entered: 01/20/2015) |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 01/21/2015 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Trizetto Group, Inc. served on 1/15/2015, answer due 2/5/2015. Service was accepted by Cherie Nash, Process Specialist at the Corporation Company. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 01/21/2015) |
|---|---|---|
| 01/21/2015 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint. Cognizant Technology Solutions Corp. served on 1/15/2015, answer due 2/5/2015. Service was accepted by Young Lee, Corporate Attorney. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 01/21/2015) |
| 01/27/2015 | 6 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated January 27, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 01/27/2015) |
| 01/28/2015 | 7 | ORDER granting 6 Letter Motion for Extension of Time to Answer: APPLICATION GRANTED. Defendants' time to respond to the Complaint is hereby extended to March 9, 2015. The initial pre-trial conference scheduled for March 3, 2015, at 11:00 a.m. is hereby adjourned to March 17, 2015, at 10:40 a.m. The parties are henceforth directed to articulate specific reasons for requests for extensions. (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 01/28/2015) |
| 01/28/2015 | | Set/Reset Hearings: Initial Conference set for 3/17/2015 at 10:40 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield. (Schofield, Lorna) (Entered: 01/28/2015) |
| 01/30/2015 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Cognizant Technology Solutions Corp..(Hammel, Jeff) (Entered: 01/30/2015) |
| 01/30/2015 | 9 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Cognizant Technology Solutions Corporation for The Trizetto Group, Inc.. Document filed by The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 01/30/2015) |
| 02/04/2015 | 10 | MOTION for Preliminary Injunction . Document filed by Syntel Sterling Best Shores Mauritius Limited.(Solomon, Louis) (Entered: 02/04/2015) |
| 02/04/2015 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION for Preliminary Injunction . . Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 02/04/2015) |
| 02/04/2015 | 12 | DECLARATION of Manish Mehta in Support re: 10 MOTION for Preliminary Injunction .. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 02/04/2015) |
| 02/06/2015 | 13 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Norman C. Ankers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10575692. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Text of Proposed Order)(Solomon, Louis) Modified on 2/6/2015 (sdi). (Entered: 02/06/2015) |
| 02/06/2015 | 14 | DECLARATION of Norman C. Ankers in Support re: 13 MOTION for Norman C. Ankers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number |

**A-27**

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

|  |  |  |
|---|---|---|
|  |  | 0208-10575692. **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 02/06/2015) |
| 02/06/2015 |  | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 13 MOTION for Norman C. Ankers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10575692. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Certificate of Good Standing. Missing Certificate of Good Standing from the Supreme Court of Michigan with the Clerk of Court's signature. Re-file the document as a Corrected Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (sdi)** (Entered: 02/06/2015) |
| 02/06/2015 | 15 | MOTION for Norman C. Ankers to Appear Pro Hac Vice *Corrected Motion for Norman C. Ankers for Admission Pro Hac Vice*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Affidavit Declaration of Norman C. Ankers in Support of Motion for Pro Hac Vice with Exhibit A (Certificate of Good Standing), # 2 Text of Proposed Order Proposed Order)(Solomon, Louis) (Entered: 02/06/2015) |
| 02/09/2015 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Norman C. Ankers to Appear Pro Hac Vice *Corrected Motion for Norman C. Ankers for Admission Pro Hac Vice*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 02/09/2015) |
| 02/09/2015 | 16 | ORDER: It is hereby ORDERED that Defendants' opposition, if any, shall be filed by February 18, 2015, and Plaintiff's reply, if any, shall be filed by February 25, 2015. It is further ORDERED that Plaintiff, the last party to file, shall provide the Court with a courtesy copy of the fully briefed motion, in accordance with the Court's Individual Rules. Responses due by 2/18/2015 Replies due by 2/25/2015. (Signed by Judge Lorna G. Schofield on 2/9/2015) (kgo) (Entered: 02/09/2015) |
| 02/10/2015 | 17 | LETTER MOTION for Extension of Time to File Response/Reply as to 10 MOTION for Preliminary Injunction . addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated February 10, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 02/10/2015) |
| 02/10/2015 | 18 | NOTICE OF APPEARANCE by James Ellis Brandt on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/10/2015) |
| 02/10/2015 | 19 | ORDER granting 15 Motion for Norman C. Ankers to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/10/2015) |
| 02/10/2015 | 20 | ORDER granting 17 Letter Motion for Extension of Time to File Response/Reply re 10 MOTION for Preliminary Injunction .: APPLICATION GRANTED. Defendants' opposition shall be filed by 2/23/15 and Plaintiff's reply shall be filed by 3/4/15. (Responses due by 2/23/2015 Replies due by 3/4/2015.) (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/10/2015) |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 02/23/2015 | 21 | ANSWER to 1 Complaint with JURY DEMAND., COUNTERCLAIM against Syntel Sterling Best Shores Mauritius Limited. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Brandt, James) (Entered: 02/23/2015) |
|---|---|---|
| 02/23/2015 | 22 | MOTION for Preliminary Injunction . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION for Preliminary Injunction . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 24 | DECLARATION of Chuck Sanders in Support re: 22 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits A-B, # 2 Exhibit C)(Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 25 | DECLARATION of Paul Weiler in Support re: 22 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 26 | DECLARATION of Ramkumar Balagopal in Support re: 22 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 27 | DECLARATION of Ajinkya Nimbalkar in Support re: 22 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 28 | MEMORANDUM OF LAW in Opposition re: 10 MOTION for Preliminary Injunction . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 29 | DECLARATION of Chuck Sanders in Opposition re: 10 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits A and B, # 2 Exhibit C)(Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 30 | DECLARATION of Paul Weiler in Opposition re: 10 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 31 | DECLARATION of Ramkumar Balagopal in Opposition re: 10 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 32 | DECLARATION of Ajinkya Nimbalkar in Opposition re: 10 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/24/2015 | 33 | LETTER addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated February 24, 2015 re: submission pursuant to Rule III.B.6. of the Individual Rules and Procedures for Civil Cases of the Honorable Lorna G. Schofield. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 02/24/2015) |

| 03/03/2015 | 34 | CONSENT LETTER MOTION to Adjourn Conference addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated March 3, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 03/03/2015) |
| --- | --- | --- |
| 03/03/2015 | 35 | NOTICE OF APPEARANCE by Sarah Malke Lightdale on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Lightdale, Sarah) (Entered: 03/03/2015) |
| 03/04/2015 | 36 | ORDER granting 34 Letter Motion to Adjourn Conference: APPLICATION GRANTED IN PART. Plaintiff's response to Defendants' motion for preliminary injunction at docket number 22, if any, shall be filed by March 12, 2015, and Defendants' reply, if any, shall be filed by March 20, 2015. The initial pre-trial conference scheduled for March 17, 2015, is hereby adjourned to March 24, 2015, at 11:40 a.m. Pursuant to the Court's individual rules, the Court will determine whether oral argument will be heard and, if so, will advise counsel of the argument date. (Initial Conference set for 3/24/2015 at 11:40 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield.) (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 03/04/2015) |
| 03/04/2015 | 37 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION for Preliminary Injunction . . Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 03/04/2015) |
| 03/04/2015 | 38 | NOTICE of Index of Exhibits to Plaintiff's Reply in Support of Motion for Preliminary Injunction re: 37 Reply Memorandum of Law in Support of Motion. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 03/04/2015) |
| 03/04/2015 | 39 | AMENDED COMPLAINT amending 1 Complaint against Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Related document: 1 Complaint filed by Syntel Sterling Best Shores Mauritius Limited.(Solomon, Louis) (Entered: 03/04/2015) |
| 03/05/2015 | 40 | **FILING ERROR - CORPORATE PARENT/OTHER AFFILIATE NAME ENTERED INCORRECTLY -** SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Syntel Sterling Best Shores Mauritius Limited (now known as Syntel Holding Mauritius Limited) for Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) Modified on 3/6/2015 (lb). (Entered: 03/05/2015) |
| 03/06/2015 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Louis M. Solomon to RE-FILE Document 40 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Corporate Parents were added incorrectly. Please re-file this document and when prompted: Are there any corporate parents or other affiliates? select the YES radio button and enter the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb)** (Entered: 03/06/2015) |

A-30

| | | |
|---|---|---|
| 03/06/2015 | 41 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Syntel, Inc., Other Affiliate Syntel Sterling Best Shores Mauritius Limited (now known as Syntel Holding Mauritius Limited) for Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) (Entered: 03/06/2015) |
| 03/12/2015 | 42 | MEMORANDUM OF LAW in Opposition re: 22 MOTION for Preliminary Injunction . . Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 03/12/2015) |
| 03/12/2015 | 43 | DECLARATION in Opposition re: 22 MOTION for Preliminary Injunction .. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Index and Exhibits to Declaration)(Solomon, Louis) (Entered: 03/12/2015) |
| 03/17/2015 | 44 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated March 17, 2015 re: joint submission pursuant to the Court's orders of January 20, 2015 and March 4, 2015 in advance of initial pretrial conference scheduled for March 24, 2015. Document filed by Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 03/17/2015) |
| 03/18/2015 | 45 | LETTER addressed to Judge Lorna G. Schofield from Hal S. Shaftel of Cadwalader, Wickersham & Taft LLP dated March 18, 2015 re: Allowing Co-Counsel Norman Ankers to Participate Telephonically for Conference Scheduled for March 24, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited.(Shaftel, Harold) (Entered: 03/18/2015) |
| 03/19/2015 | 46 | MEMO ENDORSEMENT on re: 45 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, re: Allowing Co-Counsel Norman Ankers to Participate Telephonically for Conference Scheduled for March 24, 2015. ENDORSEMENT: APPLICATION GRANTED. At the appointed time, Mr. Ankers shall call Chambers at 212-805-0288. Mr. Ankers is also directed to file an appearance on ECF and if necessary file a pro hac vice motion. SO ORDERED. (Signed by Judge Lorna G. Schofield on 3/19/2015) (ajs) (Entered: 03/19/2015) |
| 03/19/2015 | 47 | ANSWER to 21 Counterclaim. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) (Entered: 03/19/2015) |
| 03/20/2015 | 48 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION for Preliminary Injunction . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 03/20/2015) |
| 03/23/2015 | 49 | NOTICE OF APPEARANCE by Norman C. Ankers on behalf of Syntel Sterling Best Shores Mauritius Limited. (Ankers, Norman) (Entered: 03/23/2015) |
| 03/23/2015 | 50 | ANSWER to 39 Amended Complaint, with JURY DEMAND., COUNTERCLAIM against Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Brandt, James) (Entered: 03/23/2015) |
| 03/24/2015 | 51 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. No additional parties may be joined after March 24, 2015 without leave of Court. Amended pleadings may be filed |

| | | |
|---|---|---|
| | | without leave of Court until March 24, 2015. This case is to be tried to a jury. Counsel for the parties have conferred and their present best estimate of the length of trial is 7-10 days. By April 14, 2015, the parties shall jointly file a status letter about their mediation efforts. Deposition due by 7/15/2015. Fact Discovery due by 7/15/2015. Expert Discovery due by 8/28/2015. Case Management Conference set for 9/8/2015 at 10:30 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 3/24/2015) (lmb) (Entered: 03/25/2015) |
| 03/24/2015 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Initial Pretrial Conference held on 3/24/2015. (jcs) (Entered: 04/14/2015) |
| 03/25/2015 | 52 | NOTICE OF APPEARANCE by Harold S. Shaftel on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Shaftel, Harold) (Entered: 03/25/2015) |
| 04/02/2015 | 53 | TRANSCRIPT of Proceedings re: conference held on 3/24/2015 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Tara Jones, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/27/2015. Redacted Transcript Deadline set for 5/7/2015. Release of Transcript Restriction set for 7/6/2015.(McGuirk, Kelly) (Entered: 04/02/2015) |
| 04/02/2015 | 54 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 3/24/15 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (McGuirk, Kelly) (Entered: 04/02/2015) |
| 04/14/2015 | 55 | LETTER addressed to Judge Lorna G. Schofield from James E. Brandt dated April 14, 2015 re: Report on Mediation. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Brandt, James) (Entered: 04/14/2015) |
| 04/16/2015 | 56 | ANSWER to 50 Counterclaim. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) (Entered: 04/16/2015) |
| 04/22/2015 | 57 | ORDER: WHEREAS, the parties have cross-moved for a preliminary injunction asserting breach of the Master Services Agreement; it is hereby ORDERED that Plaintiffs shall file on ECF -- and deliver to Chambers in paper form (as described in the Court's Individual Rules -- a complete copy of the Master Services Agreement and the 2010 Amendment to the Master Services Agreement no later than April 24, 2015. (Signed by Judge Lorna G. Schofield on 4/22/2015) (kgo) (Entered: 04/22/2015) |
| 04/27/2015 | 58 | ENDORSED LETTER addressed to Judge Lorna G. Schofield from Norman C. Ankers dated 4/24/2015 re: Parties request permission to redact certain portions of the Master Services Agreement. ENDORSEMENT: APPLICATION GRANTED. Plaintiff shall file the Agreements with the proposed redactions on ECF by May 1, 2015. (Signed by Judge Lorna G. Schofield on 4/27/2015) (kgo) (Entered: 04/28/2015) |
| 05/01/2015 | 59 | REDACTION to 58 Endorsed Letter, *Master Services Agreement between The Trizetto Group Inc. and Syntel Sterling Best Shores Mauritius Limited June 30, 2010* by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Attachments: # 1 |

|  |  | Exhibit Amendment No. 1 to the Master Services Agreement)(Shaftel, Harold) (Entered: 05/01/2015) |
|---|---|---|
| 05/05/2015 | 60 | ORDER: WHEREAS, the parties have cross-moved for preliminary injunction; it is hereby ORDERED that counsel for the parties shall appear for a conference regarding the cross-motions for preliminary injunction Wednesday, May 13, 2015, at 12:00 p.m. Oral arguments will not be heard on the pending cross-motions and the Court will deliver an oral opinion. (Status Conference set for 5/13/2015 at 12:00 PM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 5/5/2015) (kl) (Entered: 05/05/2015) |
| 05/13/2015 | 61 | NOTICE OF APPEARANCE by Paul Anthony Serritella on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Serritella, Paul) (Entered: 05/13/2015) |
| 05/13/2015 |  | Minute Entry for proceedings held before Judge Lorna G. Schofield: Status Conference held on 5/13/2015. (jcs) (Entered: 06/02/2015) |
| 05/14/2015 | 62 | ORDER denying 10 Motion for Preliminary Injunction; denying 22 Motion for Preliminary Injunction. WHEREAS, a conference was held on May 13, 2015. For the reasons stated at the conference, it is hereby ORDERED that the cross-motions for preliminary injunction are DENIED. The Clerk of Court is respectfully directed to close Dkt. Nos. 10 and 22. (Signed by Judge Lorna G. Schofield on 5/14/2015) (kgo) (Entered: 05/14/2015) |
| 05/18/2015 | 63 | MOTION for Matthew G. Mrkonic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10932220. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Affidavit Mrkonic Declaration (with attached certificates of good standing), # 2 Text of Proposed Order Proposed Order)(Solomon, Louis) (Entered: 05/18/2015) |
| 05/18/2015 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 63 MOTION for Matthew G. Mrkonic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10932220. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 05/18/2015) |
| 05/21/2015 | 64 | ORDER granting 63 Motion for Matthew G. Mrkonic to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 05/21/2015) |
| 05/21/2015 | 65 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated May 21, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 05/21/2015) |
| 05/22/2015 | 66 | ORDER granting 65 Letter Motion for Local Rule 37.2 Conference: Application GRANTED. Plaintiffs shall file a response by May 28, 2015. The parties shall jointly call Chambers on June 2, 2015, at 4:45 p.m. (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 05/22/2015) |
| 05/22/2015 | 67 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jeff G. Hammel and Norman C. Ankers dated May 22, 2015 re: Joint Discovery Status Letter. Document filed by Cognizant Technology Solutions Corp., Syntel Sterling Best Shores |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | Mauritius Limited, Syntel, Inc., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 05/22/2015) |
| 05/26/2015 | 68 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/13/2015 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/19/2015. Redacted Transcript Deadline set for 6/29/2015. Release of Transcript Restriction set for 8/27/2015.(Grant, Patricia) (Entered: 05/26/2015) |
| 05/26/2015 | 69 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/13/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (Grant, Patricia) (Entered: 05/26/2015) |
| 05/28/2015 | 70 | LETTER addressed to Judge Lorna G. Schofield from Matthew Mrkonic of Honigman and Louis M. Solomon of Cadwalader dated May 28, 2015 re: Response to Defendants' Letter Motion of May 21, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) (Entered: 05/28/2015) |
| 06/01/2015 | 71 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge James L. Cott. SO ORDERED. (Signed by Judge Lorna G. Schofield on 6/01/2015) (ama) (Entered: 06/02/2015) |
| 06/05/2015 | 72 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge James L. Cott from Jeff G. Hammel dated June 5, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 06/05/2015) |
| 06/05/2015 | 73 | LETTER MOTION for Conference *submitted pursuant to Rule III.A.1.* addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated June 5, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 06/05/2015) |
| 06/08/2015 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Ronald L. Ellis. Please note that this is a reassignment of the designation only. (pgu) (Entered: 06/08/2015) |
| 06/08/2015 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Ronald L. Ellis, for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Magistrate Judge James L. Cott no longer referred to the case. Motions referred to Ronald L. Ellis. (pgu) (Entered: 06/08/2015) |
| 06/08/2015 | 74 | ORDER granting 73 Letter Motion for Conference: Application GRANTED. The parties shall appear for a pre-motion conference on June 23, 2015, at 10:30 a.m. Any response shall be filed by June 15, 2015. (Pre-Motion Conference set for 6/23/2015 at |

|  |  |  |
|---|---|---|
|  |  | 10:30 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield.) (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 06/08/2015) |
| 06/08/2015 | 75 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated June 8, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 06/08/2015) |
| 06/08/2015 | 76 | ORDER granting 75 Letter Motion for Local Rule 37.2 Conference. Status Conference set for 6/16/2015 at 02:30 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 06/08/2015) |
| 06/09/2015 | 77 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated June 9, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Mrkonic, Matthew) (Entered: 06/09/2015) |
| 06/12/2015 | 78 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated June 12, 2015 re: 77 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated June 9, 2015. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Hammel, Jeff) (Entered: 06/12/2015) |
| 06/15/2015 | 79 | LETTER addressed to Judge Lorna G. Schofield from Matthew Mrkonic dated June 15, 2015 re: Plaintiffs' Response to Defendants' June 5, 2015 Letter Request. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/15/2015) |
| 06/16/2015 |  | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 6/16/2015 at 2:30 p.m. (rsh) (Entered: 06/16/2015) |
| 06/23/2015 |  | Minute Entry for proceedings held before Judge Lorna G. Schofield: Pre-Motion Conference held on 6/23/2015. (Court Reporter Martha Drevis) (jcs) (Entered: 07/10/2015) |
| 06/30/2015 | 80 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated 6/30/15 re: Update the Court on the Status of Document Production. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/30/2015) |
| 06/30/2015 | 81 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Paul A. Serritella dated June 30, 2015 re: Update Regarding the Status of Discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 06/30/2015) |
| 07/01/2015 |  | Telephone Conference set for 7/2/2015 at 12:30 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. (rsh) (Entered: 07/01/2015) |

| 07/02/2015 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 7/2/2015 at 12:30 p.m. (rsh) (Entered: 07/02/2015) |
|---|---|---|
| 07/10/2015 | 82 | MOTION to Compel Plaintiffs to Produce Documents . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 07/10/2015) |
| 07/10/2015 | 83 | MEMORANDUM OF LAW in Support re: 82 MOTION to Compel Plaintiffs to Produce Documents . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Serritella, Paul) (Entered: 07/10/2015) |
| 07/10/2015 | 84 | DECLARATION of Paul A. Serritella in Support re: 82 MOTION to Compel Plaintiffs to Produce Documents .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits 1-3)(Serritella, Paul) (Entered: 07/10/2015) |
| 07/10/2015 | 85 | LETTER addressed to Magistrate Judge Ronald L. Ellis from MATTHEW MRKONIC dated JULY 10, 2015 re: History of the Parties' Agreement Regarding Date Ranges for ESI Collection. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - MAY 26 LETTER, # 2 Exhibit B - 6 2 15 ESI LETTER, # 3 Exhibit C - 6 11 15 LETTER TO J. HAMMEL, # 4 Exhibit D - LETTER 6 18 15)(Mrkonic, Matthew) (Entered: 07/10/2015) |
| 07/10/2015 | 86 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated July 10, 2015 re: date ranges for ESI collection. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits 1-4, # 2 Exhibits 5-9, # 3 Exhibits 10-14)(Hammel, Jeff) (Entered: 07/10/2015) |
| 07/10/2015 | 87 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated July 10, 2015 re: search terms for ESI review. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits 1-4)(Hammel, Jeff) (Entered: 07/10/2015) |
| 07/10/2015 | 88 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated July 10, 2015 re: Search Terms for ESI Review. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/10/2015) |
| 07/14/2015 | 89 | MOTION for Andrew W. Clark to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11150607. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Declaration of Andrew W. Clark in Support of Motion for Pro Hac Vice Admission, # 2 Text of Proposed Order B - Proposed Order)(Solomon, Louis) (Entered: 07/14/2015) |
| 07/14/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 89 MOTION for Andrew W. Clark to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11150607. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 07/14/2015) |
| 07/15/2015 | 90 | ORDER granting 89 Motion for Andrew W. Clark to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 07/15/2015) |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 07/17/2015 | 91 | MEMORANDUM OF LAW in Opposition re: 82 MOTION to Compel Plaintiffs to Produce Documents . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 07/17/2015) |
| 07/17/2015 | 92 | DECLARATION of MATTHEW G. MRKONIC in Opposition re: 82 MOTION to Compel Plaintiffs to Produce Documents .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit Exhibits A-E, # 2 Exhibit Exhibits F-G)(Mrkonic, Matthew) (Entered: 07/17/2015) |
| 07/20/2015 | 93 | REPLY MEMORANDUM OF LAW in Support re: 82 MOTION to Compel Plaintiffs to Produce Documents . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Serritella, Paul) (Entered: 07/20/2015) |
| 07/20/2015 | 94 | DECLARATION of Paul A. Serritella in Support re: 82 MOTION to Compel Plaintiffs to Produce Documents .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Serritella, Paul) (Entered: 07/20/2015) |
| 07/21/2015 | 95 | NOTICE OF APPEARANCE by Andrew Wright Clark on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Clark, Andrew) (Entered: 07/21/2015) |
| 07/22/2015 | 96 | TRANSCRIPT of Proceedings re: Conference held on 6/23/2015 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Martha Drevis, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/17/2015. Redacted Transcript Deadline set for 8/27/2015. Release of Transcript Restriction set for 10/23/2015.(Rodriguez, Somari) (Entered: 07/22/2015) |
| 07/22/2015 | 97 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 06/23/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (Rodriguez, Somari) (Entered: 07/22/2015) |
| 07/24/2015 | 98 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated July 24, 2015 re: information pertaining to confidentiality. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 07/24/2015) |
| 07/27/2015 | 99 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Magistrate Judge Ronald L. Ellis on 7/27/2015) (kko) (Entered: 07/27/2015) |
| 07/28/2015 | 100 | TRANSCRIPT of Proceedings re: Status Conference held on 6/16/2015 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/21/2015. Redacted Transcript Deadline set for 8/31/2015. Release of Transcript Restriction set for 10/29/2015.(ca) (Entered: 07/28/2015) |

| 07/28/2015 | 101 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 06/16/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 07/28/2015) |
|---|---|---|
| 07/28/2015 | 102 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated July 28, 2015 re: additional discovery refusal by Syntel. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 07/28/2015) |
| 07/31/2015 | | Status Conference set for 8/5/2015 at 3:00 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 07/31/2015) |
| 07/31/2015 | 103 | ORDER: WHEREAS, the Case Management Plan ordered on March 24, 2015 (Dkt. No. 51) required the parties to submit a joint status letter by July 29, 2015; WHEREAS, the parties failed to submit a joint status letter; it is hereby ORDERED that, by August 7, 2015, the parties shall file a joint status letter in accordance with Individual Rule IV.A.2. (Signed by Judge Lorna G. Schofield on 7/31/2015) (kgo) (Entered: 07/31/2015) |
| 07/31/2015 | 104 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated July 31, 2015 re: Response to Defendants' July 28, 2015 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/31/2015) |
| 08/03/2015 | 105 | TRANSCRIPT of Proceedings re: Telephone Conference held on 7/2/2015 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/27/2015. Redacted Transcript Deadline set for 9/8/2015. Release of Transcript Restriction set for 11/5/2015.(ca) (Entered: 08/03/2015) |
| 08/03/2015 | 106 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 07/02/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 08/03/2015) |
| 08/04/2015 | 107 | MOTION to Enforce This Court's July 2, 2015 Discovery Order . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 08/04/2015) |
| 08/04/2015 | 108 | MEMORANDUM OF LAW in Support re: 107 MOTION to Enforce This Court's July 2, 2015 Discovery Order . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Serritella, Paul) (Entered: 08/04/2015) |

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 08/04/2015 | 109 | DECLARATION of Paul A. Serritella in Support re: 107 MOTION to Enforce This Court's July 2, 2015 Discovery Order .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Serritella, Paul) (Entered: 08/04/2015) |
| 08/05/2015 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 8/5/2015 at 2:50 p.m. (rsh) (Entered: 08/05/2015) |
| 08/05/2015 | 110 | ORDER denying 82 Motion to Compel. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 08/05/2015) |
| 08/07/2015 | 111 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jeff G. Hammel and Matthew G. Mrkonic dated August 7, 2015 re: Joint Discovery Status Letter. Document filed by Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 08/07/2015) |
| 08/11/2015 | 112 | TRANSCRIPT of Proceedings re: Status Conference held on 8/5/2015 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Mary Greco, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/4/2015. Redacted Transcript Deadline set for 9/14/2015. Release of Transcript Restriction set for 11/12/2015.(ca) (Entered: 08/11/2015) |
| 08/11/2015 | 113 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 08/05/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 08/11/2015) |
| 08/21/2015 | 114 | MEMORANDUM OF LAW in Opposition re: 107 MOTION to Enforce This Court's July 2, 2015 Discovery Order . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 08/21/2015) |
| 08/21/2015 | 115 | DECLARATION of Matthew G. Mrkonic in Opposition re: 107 MOTION to Enforce This Court's July 2, 2015 Discovery Order .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Mrkonic, Matthew) (Entered: 08/21/2015) |
| 08/28/2015 | 116 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Paul A. Serritella dated August 28, 2015 re: Withdrawal of Motion to Enforce This Court's July 2, 2015 Discovery Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 08/28/2015) |
| 09/01/2015 | 117 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated September 1, 2015 re: status of discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 09/01/2015) |

SDNY CM/ECF NextGen Version 1.6          https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 09/02/2015 | 118 | JOINT LETTER MOTION to Adjourn Conference addressed to Judge Lorna G. Schofield from Paul A. Serritella dated September 2, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 09/02/2015) |
| --- | --- | --- |
| 09/03/2015 | 119 | ORDER granting 118 JOINT LETTER MOTION to Adjourn Conference addressed to Judge Lorna G. Schofield from Paul A. Serritella dated September 2, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. The case management conference scheduled for September 8, 2015, is hereby adjourned sine die. Within three days of the close of discovery, the parties shall submit a joint status letter proposing dates for a case management conference. (Signed by Judge Lorna G. Schofield on 9/3/2015) (rjm) (Entered: 09/03/2015) |
| 11/05/2015 | 120 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew G. Mrkonic dated November 5, 2015 re: Document Production and Search Terms. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 11/05/2015) |
| 11/12/2015 | 121 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated November 12, 2015 re: Document Production and Search Terms. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)(Hammel, Jeff) (Entered: 11/12/2015) |
| 11/20/2015 | 122 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated November 20, 2015 re: Response to Defendants' November 12, 2015 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 11/20/2015) |
| 11/24/2015 | 123 | ORDER terminating 107 Motion To Enforce This Court's July 2, 2015 Order. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 11/24/2015) |
| 12/01/2015 | | Telephone Conference set for 12/4/2015 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 12/01/2015) |
| 12/04/2015 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 12/4/2015 at 11:00 a.m. (rsh) (Entered: 12/04/2015) |
| 12/04/2015 | 124 | ORDER: Syntel's request to modify its own and Defendants' search terms is DENIED. The deadline for document production is extended to December 31, 2015. (As further set forth in this Order.) (Signed by Magistrate Judge Ronald L. Ellis on 12/4/2015) (kko) (Entered: 12/04/2015) |
| 12/15/2015 | 125 | NOTICE OF APPEARANCE by Jared Michael Barcenas on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Barcenas, Jared) (Entered: 12/15/2015) |
| 12/18/2015 | 126 | NOTICE OF APPEARANCE by Joshua Levicoff Simmons on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Simmons, Joshua) (Entered: 12/18/2015) |

| 12/18/2015 | 127 | MOTION for Michael Woodrow De Vries to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11754546. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(De Vries, Michael) (Entered: 12/18/2015) |
| 12/18/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 127 MOTION for Michael Woodrow De Vries to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11754546. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 12/18/2015) |
| 12/18/2015 | 128 | MOTION To Object To The Magistrate Judge's December 4, 2015 Recommendation re: 124 Order, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 12/18/2015) |
| 12/18/2015 | 129 | MEMORANDUM OF LAW in Support re: 128 MOTION To Object To The Magistrate Judge's December 4, 2015 Recommendation re: 124 Order, . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Mrkonic, Matthew) (Entered: 12/18/2015) |
| 12/18/2015 | 130 | LETTER MOTION to Stay re: 124 Order, addressed to Magistrate Judge Ronald L. Ellis from Matthew G. Mrkonic dated December 18, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 12/18/2015) |
| 12/21/2015 | 131 | ORDER granting 127 Motion for Michael Woodrow De Vries to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 12/21/2015) |
| 12/21/2015 | 132 | ORDER FOR ADMISSION PRO HAC VICE: The motion of Michael W. De Vries for admission to practice Pro Hac Vice in the above captioned action is granted. (As further set forth in this Order) (Signed by Magistrate Judge Ronald L. Ellis on 12/21/2015) (kl) (Entered: 12/21/2015) |
| 12/21/2015 | 133 | ORDER: WHEREAS, on December 18, 2015, Plaintiffs filed a Notice of Motion to Object to the Magistrate Judge's December 4, 2015 Recommendation and a memorandum of law in support of that motion; it is hereby ORDERED that any response shall be filed by January 4, 2016. Any reply shall be filed by January 7, 2016. On January 12, 2016, at 10:50 a.m., the parties shall jointly call Chambers at (212) 805-0288 to discuss this matter. Responses due by 1/4/2016 Replies due by 1/7/2016. Telephone Conference set for 1/12/2016 at 10:50 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 12/21/2015) (kgo) (Entered: 12/21/2015) |
| 12/21/2015 | 134 | ORDER. IT IS HEREBY ORDERED that discovery of the documents pertaining to the contested search terms is stayed until January 12, 2016. The deadline for all other remaining document production remains December 31, 2015. Granting in part and denying in part 130 LETTER MOTION to Stay re: 124 Order, addressed to Magistrate Judge Ronald L. Ellis from Matthew G. Mrkonic dated December 18, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Signed by Magistrate Judge Ronald L. Ellis on 12/21/2015) (rjm) (Entered: 12/22/2015) |

| | | |
|---|---|---|
| 12/21/2015 | 135 | STIPULATION AND ORDER SUBSTITUTING COUNSEL: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that Michael De Vries, Gianni Cutri, Jared Barcenas, and Joshua Simmons of the law firm Kirkland & Ellis LLP be substituted as counsel for Defendants and Counterclaim Plaintiffs TriZetto Corporation (formerly known as The TriZetto Group, Inc.) and Cognizant Technology Solutions Corporation in the place of James E. Brandt, Jeff G. Hammel, Paul A. Serritella, and Sarah M. Lightdale of Latham & Watkins LLP. Attorney Sarah Malke Lightdale; Paul Anthony Serritella; James Ellis Brandt and Jeff G. Hammel terminated. The Clerk of Court is directed to file the attached declaration with this Order. (Signed by Judge Lorna G. Schofield on 12/21/2015) (kgo) Modified on 12/22/2015 (kgo). (Entered: 12/22/2015) |
| 12/23/2015 | 136 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 12/4/2015 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/16/2016. Redacted Transcript Deadline set for 1/26/2016. Release of Transcript Restriction set for 3/25/2016.(ca) (Entered: 12/23/2015) |
| 12/23/2015 | 137 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 12/04/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 12/23/2015) |
| 12/30/2015 | 138 | MOTION for Gianni Cutri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11787411. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 12/30/2015) |
| 12/30/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 138 MOTION for Gianni Cutri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11787411. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 12/30/2015) |
| 01/04/2016 | 139 | ORDER FOR ADMISSION PRO HAC VICE granting 138 Motion for Gianni Cutri to Appear Pro Hac Vice. (Signed by Magistrate Judge Ronald L. Ellis on 1/4/2016) (kko) (Entered: 01/04/2016) |
| 01/04/2016 | 140 | MEMORANDUM OF LAW in Opposition re: 128 MOTION To Object To The Magistrate Judge's December 4, 2015 Recommendation re: 124 Order, . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cutri, Gianni) (Entered: 01/04/2016) |
| 01/07/2016 | 141 | REPLY MEMORANDUM OF LAW in Support re: 128 MOTION To Object To The Magistrate Judge's December 4, 2015 Recommendation re: 124 Order, . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 01/07/2016) |

**A-42**

| | | |
|---|---|---|
| 01/12/2016 | 142 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated January 12, 2016 re: Plaintiffs' December 18, 2015 Motion. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 01/12/2016) |
| 01/12/2016 | 143 | ORDER denying 128 Motion To Object To The Magistrate Judge's December 4, 2015 Recommendation. WHEREAS, a telephone conference was held on January 12, 2016; for the reasons stated at the conference, it is hereby ORDERED that Plaintiffs' motion at Dkt. No. 128 is DENIED and Judge Ellis' December 4, 2015 Order is AFFIRMED. The parties are directed to notify Judge Ellis of this ruling today, so he may set a new deadline for the completion of document discovery. The Clerk of Court is directed to close Dkt. No. 128. (Signed by Judge Lorna G. Schofield on 1/12/2016) (kgo) (Entered: 01/13/2016) |
| 01/12/2016 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 1/12/2016. (Court Reporter Steve Greenblum) (jcs) (Entered: 02/10/2016) |
| 01/13/2016 | | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated 1/12/2016 re: deadline for Syntel's outstanding production. ENDORSEMENT: GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 1/13/2016) (Ellis, Ronald) (Entered: 01/13/2016) |
| 02/24/2016 | 144 | ORDER: IT IS HEREBY ORDERED that by March 4, 2016, the Parties shall file a joint letter detailing the status of discovery in this case, what discovery remains, and a proposed timeline for its completion. If the Parties cannot agree on a timeline, the status report must include their respective positions. (Signed by Magistrate Judge Ronald L. Ellis on 2/24/2016) (kko) (Entered: 02/24/2016) |
| 03/04/2016 | 145 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated March 4, 2016 re: Discovery Status Report. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 03/04/2016) |
| 03/09/2016 | | Status Conference set for 4/18/2016 at 11:00 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 03/09/2016) |
| 04/18/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 4/18/2016 at 11:20 a.m. Joint Status report due by April 29, 2016. (rsh) (Entered: 04/18/2016) |
| 04/21/2016 | 146 | TRANSCRIPT of Proceedings re: Status Conference held on 4/18/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Ruth Ann Hagar, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/16/2016. Redacted Transcript Deadline set for 5/26/2016. Release of Transcript Restriction set for 7/25/2016.(ca) (Main Document 146 replaced with REDACTED TRANSCRIPT on 5/27/2016) (ca). (Entered: 04/21/2016) |

| | | |
|---|---|---|
| 04/21/2016 | 147 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 04/18/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 04/21/2016) |
| 04/28/2016 | 148 | NOTICE of Intent to Request Redaction by Matthew George Mrkonic re 146 Transcript,,.(Mrkonic, Matthew) (Entered: 04/28/2016) |
| 04/28/2016 | 149 | NOTICE of Intent to Request Redaction re: 146 Transcript,,.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 04/28/2016) |
| 05/03/2016 | 150 | ORDER: Having received the Parties' joint letter dated April 29, 2016, IT IS HEREBY ORDERED that the Parties shall submit a joint letter stating their respective positions on disputed discovery issues by May 12, 2016. The Parties' request for a fifteen-page enlargement to the page limit for letters to the Court is GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 5/3/2016) (kko) (Entered: 05/03/2016) |
| 05/18/2016 | 151 | ORDER: The Court has received the Parties' May 16, 2016 joint letter requesting permission to file the transcript of the Court's April 18, 2016 hearing (Doc. No. 146, "Hearing Transcript") on the public record with redactions. The Parties' motion is hereby GRANTED. The Court notes, however, that granting this motion does not indicate that the Court agrees that the information was appropriately marked as confidential. Some of the redactions do not appear to contain "sensitive business information" or other information that has the ability to cause harm to the business interests of the Parties. However, the alternative, having the Parties complete a more focused redaction, is outweighed by the efficient completion of discovery. (Signed by Magistrate Judge Ronald L. Ellis on 5/18/2016) (kko) (Entered: 05/18/2016) |
| 06/01/2016 | 152 | NOTICE OF CHANGE OF ADDRESS by Louis M. Solomon on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. New Address: Greenberg Traurig LLP, 200 Park Avenue, New York, New York, USA 10166, 212-801-6500. (Solomon, Louis) (Entered: 06/01/2016) |
| 06/02/2016 | | NOTICE of Hearing: Status Conference set for 6/13/2016 at 2:30 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 06/02/2016) |
| 06/07/2016 | 153 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew G. Mrkonic dated June 7, 2016 re: Request To Adjourn Status Conference. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/07/2016) |
| 06/08/2016 | | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic and Gianni Cutri dated 6/7/2016 re: adjournment of status conference. ENDORSEMENT: GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 6/8/2016) (Ellis, Ronald) (Entered: 06/08/2016) |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| 06/08/2016 | | Set/Reset Hearings: Status Conference set for 6/22/2016 at 11:00 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 06/08/2016) |
| 06/08/2016 | | **** DUE TO A SCHEDULING CONFLICT, THE NEW DATE FOR THE STATUS CONFERENCE HAS BEEN UPDATED BELOW. Status Conference set for 6/21/2016 at 10:30 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242 (rsh) (Entered: 06/08/2016) |
| 06/08/2016 | 154 | NOTICE OF APPEARANCE by Phillip Aaron Lee Hill on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Hill, Phillip) (Entered: 06/08/2016) |
| 06/16/2016 | 155 | LETTER addressed to Judge Lorna G. Schofield from Matthew G. Mrkonic dated June 16, 2016 re: Defendants' June 13, 2016 Motion To Amend. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/16/2016) |
| 06/17/2016 | 156 | LETTER addressed to Judge Lorna G. Schofield from Matthew G. Mrkonic dated June 17, 2016 re: Syntel's June 16, 2016 ECF Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/17/2016) |
| 06/21/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 6/21/2016 at 10:40 a.m. Plaintiff's opposition to defendant's motion to Amend is due by 6/27/2016. A telephone conference is scheduled for 6/29/2016 at 12:00 p.m. (rsh) (Entered: 06/21/2016) |
| 06/21/2016 | | NOTICE of Hearing: Telephone Conference set for 6/29/2016 at 12:00 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. (rsh) (Entered: 06/21/2016) |
| 06/22/2016 | 157 | TRANSCRIPT of Proceedings re: Status Conference held on 6/21/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2016. Redacted Transcript Deadline set for 7/28/2016. Release of Transcript Restriction set for 9/23/2016.(ca) (Main Document 157 replaced on 8/10/2016 with REDACTED VERSION) (ca). Modified on 8/10/2016 (ca). (Entered: 06/22/2016) |
| 06/22/2016 | 158 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 06/21/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 06/22/2016) |
| 06/29/2016 | 159 | NOTICE of Intent to Request Redaction by Matthew George Mrkonic re 157 Transcript,,.(Mrkonic, Matthew) (Entered: 06/29/2016) |
| 06/29/2016 |  | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 6/29/2016 at 12:00 p.m. (rsh) (Entered: 06/30/2016) |
| 06/30/2016 | 160 | NOTICE OF CHANGE OF ADDRESS by Harold S. Shaftel on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. New Address: Greenberg Traurig, LLP, 200 Park Avenue, New York, New York, USA 10166, 212-801-2164. (Shaftel, Harold) (Entered: 06/30/2016) |
| 06/30/2016 | 161 | LETTER MOTION for Extension of Time to File Response/Reply *in Support of Defendants' Motion to Amend* addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 6/30/2016. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/30/2016) |
| 07/01/2016 | 162 | ORDER granting 161 Letter Motion for Extension of Time to File Response/Reply. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 07/01/2016) |
| 07/08/2016 | 163 | ORDER. WHEREAS, on July 5, 2016, Plaintiffs emailed a motion to appeal the Magistrate Judge's June 21, 2016 order; WHEREAS, Plaintiffs' motion and supporting papers included information which has been designated confidential by Defendants or ordered to be publicly redacted; it is hereby ORDERED that Defendants shall file any opposition to the appeal by July 15, 2016. Plaintiffs shall not file any reply. It is further ORDERED that the parties shall appear for a telephonic conference on July 19, 2016, at 11:40 a.m., and shall call Chambers at 212-805-0288 when all counsel are on the line. It is further ORDERED that Plaintiffs' redactions are permitted. Plaintiffs shall file their moving papers, submitted to the Court by email on July 5, 2016, in redacted form on ECF and in full, unredacted form under seal by July 15, 2016. (Responses due by 7/15/2016), (Telephone Conference set for 7/19/2016 at 11:40 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 7/8/2016) (rjm) (Entered: 07/11/2016) |
| 07/08/2016 |  | Set/Reset Deadlines: Motions due by 7/15/2016. (rjm) (Entered: 07/11/2016) |
| 07/12/2016 | 164 | ORDER: IT IS HEREBY ORDERED that the parties are scheduled for a TELEPHONIC CONFERENCE with the Court on July 15, 2016, at 11:15 a.m. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (Telephone Conference set for 7/15/2016 at 11:15 AM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 7/12/2016) (kko) (Entered: 07/12/2016) |
| 07/12/2016 | 165 | JOINT LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated July 12, 2016. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/12/2016) |
| 07/13/2016 | 166 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 6/29/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2016. Redacted Transcript Deadline set for 8/18/2016. Release of Transcript Restriction set for 10/14/2016.(ca) (Entered: 07/13/2016) |
| 07/13/2016 | 167 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 06/29/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 07/13/2016) |
| 07/13/2016 | 168 | NOTICE OF CHANGE OF ADDRESS by Norman C. Ankers on behalf of Syntel Sterling Best Shores Mauritius Limited. New Address: Foley & Lardner, 500 Woodward Ave., Suite 2700, Detroit, Michigan, USA 48226, 313-234-7100. (Ankers, Norman) (Entered: 07/13/2016) |
| 07/14/2016 | 169 | LETTER MOTION to Stay re: 166 Transcript,, *June 29, 2016 Order* addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated July 14, 2016. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/14/2016) |
| 07/14/2016 | 170 | ORDER granting 165 Letter Motion to Adjourn Conference. Telephone Conference set for 7/26/2016 at 10:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 07/14/2016) |
| 07/15/2016 | 171 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** APPEAL OF MAGISTRATE JUDGE DECISION to District Court from 157 Transcript,,. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: Gianni Cutri, Jared Barcenas, Phillip Hill, Michael de Vries, Joshua Simmons. (Attachments: # 1 Declaration of Matthew Mrkonic, # 2 Exhibits 1-15 (Redacted))(Mrkonic, Matthew) Modified on 7/18/2016 (ka). (Entered: 07/15/2016) |
| 07/15/2016 | 175 | SEALED DOCUMENT placed in vault.(mps) (Entered: 07/18/2016) |
| 07/18/2016 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Matthew George Mrkonic to RE-FILE Document 171 Appeal of Magistrate Judge Decision to District Court. Use the event type Motion miscellaneous relief found under the event list Motions. (ka)** (Entered: 07/18/2016) |
| 07/18/2016 | 172 | MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/18/2016) |
| 07/18/2016 | 173 | MEMORANDUM OF LAW in Support re: 172 MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: |

A-47

| | | 07/18/2016) |
|---|---|---|
| 07/18/2016 | 174 | DECLARATION of Matthew Mrkonic in Support re: 172 MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibits 1-15 (Redacted))(Mrkonic, Matthew) (Entered: 07/18/2016) |
| 07/19/2016 | 176 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated July 19, 2016 re: Plaintiffs' Letter Motion To Stay the June 29, 2016 Order (Dkt. #169). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/19/2016) |
| 07/19/2016 | 177 | NOTICE OF APPEARANCE by Robert Sanford Friedman on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Friedman, Robert) (Entered: 07/19/2016) |
| 07/19/2016 | 178 | NOTICE OF APPEARANCE by Jeffrey Thomas Kern on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Kern, Jeffrey) (Entered: 07/19/2016) |
| 07/19/2016 | 179 | NOTICE OF APPEARANCE by Rena Andoh on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Andoh, Rena) (Entered: 07/19/2016) |
| 07/19/2016 | 180 | NOTICE OF APPEARANCE by Brian Bradford Garrett on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Garrett, Brian) (Entered: 07/19/2016) |
| 07/19/2016 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 7/19/2016. (Court Reporter Vincent Bolgna) (jcs) (Entered: 08/11/2016) |
| 07/20/2016 | 181 | ORDER: ORDERED that Judge Ellis's June 21, 2016, ruling is AFFIRMED as it was not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); see also Fed. R. Civ. P. 72(a). It is further ORDERED that Defendants' opposition to Plaintiffs' motion appealing Judge Ellis's June 29, 2016, Order shall be due July 25, 2016. It is further ORDERED that the parties shall appear for a telephonic conference on July 28, 2016, at 11:00 a.m. The parties shall jointly call Chambers on one line at 212-805-0288 at the appointed time. ( Responses due by 7/25/2016, Telephone Conference set for 7/28/2016 at 11:00 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 7/20/2016) (ama) (Entered: 07/20/2016) |
| 07/21/2016 | 182 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 7/21/2016 re: Stay Request. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/21/2016) |
| 07/25/2016 | 183 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Norman C. Ankers dated July 25, 2016 re: Syntel's Request To Stay the Court's June 29, 2016 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/25/2016) |
| 07/26/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 7/26/2016 at 10:00 a.m. (rsh) (Entered: 07/26/2016) |
| 07/27/2016 | 184 | BRIEF *In Reply In Support of Plaintiffs' Motion To Appeal The Magistrate Judge's June 29, 2016 Order*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/27/2016) |

| | | |
|---|---|---|
| 07/28/2016 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 7/28/2016. (Court Reporter Steve Greenblum) (jcs) (Entered: 08/11/2016) |
| 07/29/2016 | 185 | NOTICE of Withdrawal of Attorney on behalf of Plaintiffs. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Letter re withdrawal of attorney)(Solomon, Louis) (Entered: 07/29/2016) |
| 07/29/2016 | 186 | NOTICE of Withdrawal of Attorney on behalf of Plaintiffs re: 52 Notice of Appearance. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Letter re withdrawal of attorney)(Shaftel, Harold) (Entered: 07/29/2016) |
| 07/29/2016 | 187 | ORDER terminating 172 Motion To Appeal Magistrate Judge's June 21, 2016 Order. It is hereby ORDERED that Judge Ellis's June 29, 2016, ruling is AFFIRMED as it was not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); see also Fed. R. Civ. P. 72(a). It is further ORDERED that the parties shall file their papers submitted in relation to this appeal in redacted form on ECF and in full, un-redacted form under seal, to the extent they have not already done so, by August 5, 2016. The Clerk of Court is respectfully requested to close Dkt. No. 172, for which a ruling was previously rendered. See Dkt. No. 181. (Signed by Judge Lorna G. Schofield on 7/29/2016) (kgo) (Entered: 07/29/2016) |
| 07/29/2016 | 188 | ORDER re: 157 Transcript. The Court has received the Parties' July 18, 2016 joint letter requesting permission to file the transcript of the Court's June 21, 2016 hearing (Doc. No. 157) on the public record with redactions. The Parties' motion is hereby GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 7/29/2016) (kko) (Entered: 07/29/2016) |
| 08/01/2016 | 189 | ENDORSED LETTER addressed to Judge Lorna G. Schofield from Matthew G. Mrkonic and Gianni Cutri dated 7/25/2016 re: Plaintiffs and Defendants respectfully request that the Court permit them to redact or file under seal confidential licensing terms with third parties, client names, and internal communications. ENDORSEMENT: Application GRANTED only with respect to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Appeal Judge Ellis's June 21, 2016 Order and associated exhibits. Defendants shall file these papers in redacted for on ECF and in full, un-redacted form under seal by August 5, 2016. The other matters noted above are currently pending before Judge Ellis. (Signed by Judge Lorna G. Schofield on 8/1/2016) (kgo) (Entered: 08/01/2016) |
| 08/01/2016 | 190 | ORDER: The Court has received the Parties' July 25, 2016 letter asking for leave to file several Briefs with redactions and certain accompanying exhibits under seal. IT IS HEREBY ORDERED that the following briefs and accompanying exhibits may be filed on the public docket with the proposed redactions, and that the full, unredacted briefs and exhibits shall be filed under seal and placed in the clerk's office: (1) Defendants' Memorandum of Law in Support of Defendants' Motion for Leave to Amend Counterclaims and accompanying exhibits (dated June 13, 2016); (2) Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Leave to Amend Counterclaims and accompanying exhibits (dated June 27, 2016); and (3) Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Leave to Amend Counterclaims (dated July 6, 2016). They may not be unsealed unless ordered by the Court. (Signed by Magistrate Judge Ronald L. Ellis on 8/1/2016) (kko) (Entered: 08/01/2016) |

SDNY CM/ECF NextGen Version 1.6        https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 08/01/2016 | | Transmission to Sealed Records Clerk. Transmitted re: 190 Order to the Sealed Records Clerk for the sealing or unsealing of document or case. (kko) (Entered: 08/01/2016) |
|---|---|---|
| 08/05/2016 | 191 | MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 192 | MEMORANDUM OF LAW in Support re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim . *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 193 | DECLARATION of Gianni Cutri in Support re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Appendix, # 2 Exhibit A, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12)(Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 194 | REPLY MEMORANDUM OF LAW in Support re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim . *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 195 | DECLARATION of Jared Barcenas in Support re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 13)(Barcenas, Jared) (Entered: 08/05/2016) |
| 08/05/2016 | 196 | MEMORANDUM OF LAW in Opposition re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibits 1-6 (Redacted))(Mrkonic, Matthew) (Entered: 08/05/2016) |
| 08/05/2016 | 197 | MEMORANDUM OF LAW in Opposition re: 172 MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, . *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 198 | DECLARATION of Phil Hill in Opposition re: 172 MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Hill, Phillip) (Entered: 08/05/2016) |
| 08/05/2016 | 199 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2016) |
| 08/05/2016 | 200 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2016) |
| 08/05/2016 | 201 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2016) |
| 08/05/2016 | 202 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2016) |
| 08/10/2016 | 203 | TRANSCRIPT of Proceedings re: DECISION held on 7/19/2016 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300. |

SDNY CM/ECF NextGen Version 1.6          https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

|  |  |  |
|---|---|---|
|  |  | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/5/2016. Redacted Transcript Deadline set for 9/15/2016. Release of Transcript Restriction set for 11/14/2016.(McGuirk, Kelly) (Entered: 08/10/2016) |
| 08/10/2016 | 204 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a DECISION proceeding held on 7/19/16 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (McGuirk, Kelly) (Entered: 08/10/2016) |
| 08/10/2016 | 205 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/12/2016 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/5/2016. Redacted Transcript Deadline set for 9/15/2016. Release of Transcript Restriction set for 11/14/2016.(McGuirk, Kelly) (Entered: 08/10/2016) |
| 08/10/2016 | 206 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/12/16 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (McGuirk, Kelly) (Entered: 08/10/2016) |
| 08/31/2016 |  | NOTICE of Hearing: Telephone Conference set for 9/21/2016 at 11:30 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 08/31/2016) |
| 09/09/2016 | 207 | JOINT MOTION to Amend/Correct 99 Protective Order . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Supplement Addendum)(Cutri, Gianni) (Entered: 09/09/2016) |
| 09/13/2016 | 208 | MOTION for Matthew Mrkonic and Andrew Clark to Withdraw as Attorney *for Plaint.fs*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 09/13/2016) |
| 09/13/2016 | 209 | AFFIRMATION of Matthew Mrkonic in Support re: 208 MOTION for Matthew Mrkonic and Andrew Clark to Withdraw as Attorney *for Plaint.fs*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 09/13/2016) |
| 09/14/2016 | 210 | NOTICE OF APPEARANCE by Peter Neil Wang on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Wang, Peter) (Entered: 09/14/2016) |
| 09/14/2016 | 211 | NOTICE OF APPEARANCE by Yonaton Aronoff on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Aronoff, Yonaton) (Entered: 09/14/2016) |

A-51

| | | |
|---|---|---|
| 09/20/2016 | 212 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated September 20, 2016 re: Defendants' September 19, 2016 Letter Regarding Honigman's Motion To Withdraw. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 09/20/2016) |
| 09/21/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 9/21/2016 at 11:30 a.m. Next telephone conference 11/29/16 at 10:30 a.m. (rsh) (Entered: 09/21/2016) |
| 09/21/2016 | | Telephone Conference set for 11/29/2016 at 10:30 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 09/21/2016) |
| 09/21/2016 | 213 | STIPULATED ADDENDUM TO PROTECTIVE ORDER REGARDING SOURCE CODE...regarding procedures to be followed that shall govern the handling of confidential material... Motions terminated: 207 JOINT MOTION to Amend/Correct 99 Protective Order filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Signed by Magistrate Judge Ronald L. Ellis on 9/21/2016) (kko) (Entered: 09/21/2016) |
| 09/21/2016 | | ORDER granting 208 Motion to Withdraw as Attorney. Attorney Andrew Wright Clark and Matthew George Mrkonic terminated. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 09/21/2016) |
| 09/23/2016 | 214 | OPINION AND ORDER #106758 re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the reasons set forth above, Defendants' motion for leave to amend its counterclaims is GRANTED. Defendants shall file the Amended Answer and Counterclaims in its redacted form by September 30, 2016, and shall file the full, unredacted version under seal and placed in the clerk's office. IT IS FURTHER ORDERED THAT the Parties shall meet and confer regarding the outstanding discovery in this case, and by September 30, 2016, file a joint status report explaining what fact and expert discovery remains and a proposed timeline for its completion. If the Parties disagree on the timeline, the report shall set forth their respective positions. (As further set forth in this Order.) Cognizant Technology Solutions Corp. amended answer due 9/30/2016; The Trizetto Group, Inc. amended answer due 9/30/2016. (Signed by Magistrate Judge Ronald L. Ellis on 9/23/2016) (kko) Modified on 9/30/2016 (ca). (Entered: 09/23/2016) |
| 09/30/2016 | 215 | AMENDED ANSWER to 39 Amended Complaint, with JURY DEMAND., COUNTERCLAIM against Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp..(Cutri, Gianni) (Entered: 09/30/2016) |
| 09/30/2016 | 216 | SEALED DOCUMENT placed in vault.(rz) (Entered: 09/30/2016) |
| 09/30/2016 | 217 | JOINT LETTER MOTION for Extension of Time *to File Joint Status Report* addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 9/30/2016. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/30/2016) |

A-52

| | | |
|---|---|---|
| 09/30/2016 | 218 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for additional pleading submitted to court for review.(Cutri, Gianni) (Entered: 09/30/2016) |
| 09/30/2016 | 219 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for additional pleading submitted to court for review.(Cutri, Gianni) (Entered: 09/30/2016) |
| 09/30/2016 | 220 | MOTION for Brian B. Garrett to Withdraw as Attorney . Document filed by Brian Garrett. (Attachments: # 1 Text of Proposed Order)(Garrett, Brian) (Entered: 09/30/2016) |
| 10/03/2016 | 221 | ORDER granting 217 Letter Motion for Extension of Time. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 10/03/2016) |
| 10/03/2016 | 222 | ORDER GRANTING LEAVE TO WITHDRAW granting 220 Motion to Withdraw as Attorney. For good cause shown, the Court finds that the Motion of Brian B. Garrett for leave to withdraw should be granted. It is therefore Ordered that Brian B. Garrett is hereby withdrawn as counsel of record for Plaintiffs SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC. in the above-referenced matter and that he be removed from electronic notification in this matter. Attorney Brian Bradford Garrett terminated. (Signed by Magistrate Judge Ronald L. Ellis on 10/3/2016) (mro) (Entered: 10/03/2016) |
| 10/05/2016 | 223 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Yonaton Aronoff and Gianni Cutri dated October 5, 2016 re: Discovery Status Report. Document filed by Syntel Sterling Best Shores Mauritius Limited.(Aronoff, Yonaton) (Entered: 10/05/2016) |
| 10/14/2016 | 224 | ANSWER to 215 Counterclaim. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Aronoff, Yonaton) (Entered: 10/14/2016) |
| 10/17/2016 | 225 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Yonaton Aronoff & Gianni Cutri dated October 17, 2016 re: Explanation for the proposed date for the closing of fact discovery of April 28, 2017. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Aronoff, Yonaton) (Entered: 10/17/2016) |
| 11/02/2016 | 226 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for William Joseph Robinson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-12943365. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certifcate of Good Standing)(Robinson, William) Modified on 11/2/2016 (bcu). (Entered: 11/02/2016) |
| 11/02/2016 | 227 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Victor Stanley de Gyarfas to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certificate of Good Standing)(De Gyarfas, Victor) Modified on 11/2/2016 (bcu). (Entered: 11/02/2016) |

| | | |
|---|---|---|
| 11/02/2016 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 226 MOTION for William Joseph Robinson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-12943365. Motion and supporting papers to be reviewed by Clerk's Office staff., 227 MOTION for Victor Stanley de Gyarfas to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** (Entered: 11/02/2016) |
| 11/04/2016 | 228 | MEMO ENDORSEMENT on re: 223 Letter re: Discovery Status Report, filed by Syntel Sterling Best Shores Mauritius Limited. ENDORSEMENT: Address to District Judge. SO ORDERED. (Deposition due by 4/28/2017., Expert Discovery due by 6/30/2017., Fact Discovery due by 4/28/2017., Telephone Conference set for 12/16/2016 at 11:00 AM before Magistrate Judge Ronald L. Ellis., Telephone Conference set for 1/20/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis., Telephone Conference set for 2/24/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis., Telephone Conference set for 3/24/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 11/4/2016) (cla) Modified on 11/14/2016 (cla). (Entered: 11/04/2016) |
| 11/04/2016 | 229 | MOTION for William Joseph Robinson to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(Robinson, William) (Entered: 11/04/2016) |
| 11/04/2016 | 230 | MOTION for Victor Stanley de Gyarfas to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(De Gyarfas, Victor) (Entered: 11/04/2016) |
| 11/04/2016 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 229 MOTION for William Joseph Robinson to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 230 MOTION for Victor Stanley de Gyarfas to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 11/04/2016) |
| 11/07/2016 | 231 | ORDER granting 229 Motion for William Joseph Robinson to Appear Pro Hac Vice and granting 230 Motion for Victor Stanley de Gyarfas to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 11/07/2016) |
| 11/14/2016 | | Set/Reset Hearings: Telephone Conference set for 12/16/2016 at 11:00 AM before Magistrate Judge Ronald L. Ellis. Telephone Conference set for 1/20/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. Telephone Conference set for 2/24/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. Telephone Conference set for 3/24/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. (cla) (Entered: 11/14/2016) |

| | | |
|---|---|---|
| 11/18/2016 | 232 | TRANSCRIPT of Proceedings re: Telephone Conference held on 7/26/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/12/2016. Redacted Transcript Deadline set for 12/22/2016. Release of Transcript Restriction set for 2/19/2017.(tn) (Entered: 11/18/2016) |
| 11/18/2016 | 233 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 7/26/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tn) (Entered: 11/18/2016) |
| 11/29/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 11/29/2016 at 10:30 a.m. (rsh) (Entered: 11/29/2016) |
| 12/02/2016 | 234 | TRANSCRIPT of Proceedings re: Telephone Conference held on 11/29/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/23/2016. Redacted Transcript Deadline set for 1/2/2017. Release of Transcript Restriction set for 3/2/2017.(tn) (Entered: 12/02/2016) |
| 12/02/2016 | 235 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 11/29/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tn) (Entered: 12/02/2016) |
| 12/15/2016 | 236 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated December 15, 2016 re: Redactions to October 17, 2016 joint letter. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 12/15/2016) |
| 12/16/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 12/16/2016 at 11:00 a.m. (rsh) (Entered: 12/16/2016) |
| 12/21/2016 | 237 | TRANSCRIPT of Proceedings re: Discovery held on 12/16/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/11/2017. Redacted Transcript Deadline set for 1/23/2017. Release of Transcript Restriction set for 3/21/2017.(jwh) (Main Document 237 replaced on 10/19/2017) (rro). Modified on 10/19/2017 (rro). (Entered: 12/21/2016) |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 12/21/2016 | 238 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Discovery proceeding held on 10/27/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(jwh) (Entered: 12/21/2016) |
| --- | --- | --- |
| 01/20/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 1/20/2017 at 11:00 a.m. (rsh) (Entered: 01/20/2017) |
| 01/23/2017 | 239 | TRANSCRIPT of Proceedings re: Telephone Conference held on 1/20/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/13/2017. Redacted Transcript Deadline set for 2/23/2017. Release of Transcript Restriction set for 4/24/2017.(jwh) (Entered: 01/23/2017) |
| 01/23/2017 | 240 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 1/20/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(jwh) (Entered: 01/23/2017) |
| 01/26/2017 | 241 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** JOINT MOTION to Approve Entry of Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Attachments: # 1 Text of Proposed Order) (Cutri, Gianni) Modified on 1/27/2017 (db). (Entered: 01/26/2017) |
| 01/27/2017 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Gianni L Cutri to RE-FILE Document 241 JOINT MOTION to Approve Entry of Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files . Use the event type Miscellaneous Relief found under the event list Motion(s). (db)** (Entered: 01/27/2017) |
| 01/27/2017 | 242 | JOINT MOTION Entry of Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order)(Cutri, Gianni) (Entered: 01/27/2017) |
| 01/30/2017 | 243 | ORDER FOR FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES granting 242 Motion for Entry of Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files. Having considered the parties' joint discovery letters dated November 22, 2016, and December 9, 2016, the evidence and arguments annexed thereto, and the arguments presented by both parties' counsel on November 9, 2016 and December 16, 2016, the Court hereby grants Defendants' request for a forensic examination of Plaintiffs' digital electronic devices and files and orders as further set out in the order. (Signed by Magistrate Judge Ronald L. Ellis on 1/30/2017) (cla) (Entered: 01/31/2017) |

| | | |
|---|---|---|
| 02/22/2017 | 244 | JOINT LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 2/22/2017. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/22/2017) |
| 02/22/2017 | 245 | ORDER granting 244 Letter Motion to Adjourn Conference. Telephone Conference set for 3/2/2017 at 11:30 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 02/22/2017) |
| 02/22/2017 | 246 | ORDER: It is hereby ORDERED that the parties shall direct all non-dispositive general pre-trial matters, including redaction requests, to Judge Ellis only. The Court will disregard any filings related to non-dispositive general pre-trial matters. (Signed by Judge Lorna G. Schofield on 2/22/2017) (cla) (Entered: 02/22/2017) |
| 02/27/2017 | 247 | MOTION for Jeff Kern, Rena Andoh and Robert S. Friedman to Withdraw as Attorney *and to be Removed from ECF Notice List*. Document filed by Jeff Kern, Rena Andoh, Robert S. Friedman. (Attachments: # 1 Text of Proposed Order)(Kern, Jeffrey) (Entered: 02/27/2017) |
| 02/28/2017 | 248 | ORDER GRANTING WITHDRAWAL OF APPEARANCES re: 247 Motion to Withdraw as Attorney. For good cause shown, the Court finds that the Motion of Robert S. Friedman, Jeff Kern and Rena Andoh of Sheppard, Mullin, Richter & Hampton LLP for leave to withdraw should be granted. It is therefore Ordered that Robert S. Friedman, Jeff Kern and Rena Andoh are hereby withdrawn as counsel of record for Plaintiffs SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC. in the above-referenced matter and that they be removed from electronic notification in this matter. (Attorney Rena Andoh and Robert Sanford Friedman terminated). (Signed by Magistrate Judge Ronald L. Ellis on 2/28/2017) (cla) Modified on 2/28/2017 (cla). (Entered: 02/28/2017) |
| 02/28/2017 | | Terminate Transcript Deadlines re: 232 . (anc) (Entered: 02/28/2017) |
| 03/02/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 3/2/2017 at 11:30 a.m. (rsh) (Entered: 03/02/2017) |
| 03/08/2017 | 249 | TRANSCRIPT of Proceedings re: Telephone Conference held on 3/2/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/29/2017. Redacted Transcript Deadline set for 4/10/2017. Release of Transcript Restriction set for 6/6/2017.(anc) (Entered: 03/08/2017) |
| 03/08/2017 | 250 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 3/2/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(anc) (Entered: 03/08/2017) |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| 03/22/2017 | | Terminate Transcript Deadlines re: 234 . (anc) (Entered: 03/22/2017) |
| 03/22/2017 | 251 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Ryan C. Watkins and Gianni Cutri dated March 22, 2017 re: Adjournment of Status Conference Scheduled for March 24, 2017. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Aronoff, Yonaton) (Entered: 03/22/2017) |
| 03/22/2017 | | Terminate Transcript Deadlines re: 237 . (anc) (Entered: 03/22/2017) |
| 03/24/2017 | | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Ryan Watkins & Gianni Cutri dated 3/22/17 re: adjourn telephone conference. ENDORSEMENT: GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 3/24/17) (Ellis, Ronald) (Entered: 03/24/2017) |
| 03/24/2017 | | NOTICE of Hearing: Telephone Conference set for 4/5/2017 at 2:30 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 03/24/2017) |
| 03/31/2017 | 252 | STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs-Counterdefendants Syntel Sterling Best Shores Mauritius Ltd. and Syntel, Inc. (collectively, Syntel) and Defendants-Counterplaintiffs TriZetto Corporation (formerly known as The TriZetto Group, Inc.) and Cognizant Technology Solutions Corporation that the deadline for Samuel Rubin of the firm Stroz Friedberg to complete the Examination called for by Judge Ellis's January 30, 2017 Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files ("Forensic Examination Order") (Dkt. No. 243) be extended for 30 days. On January 27, 2017, the parties jointly moved for entry of the Forensic Examination Order. Dkt. No. 242. On January 30, 2017, Judge Ellis granted that motion and entered the Forensic Examination Order, which requires Mr. Rubin to complete the Examination described therein "within sixty (60) days of the date of [the] Order," i.e., by March 31, 2017. Dkt. No. 243 at § 1. Since entry of the Forensic Examination Order, Mr. Rubin has been diligently working with the parties to perform the Examination. In order to comply with the Forensic Examination Order, Mr. Rubin has requested, and the parties agree, that Mr. Rubin be granted a 30-day extension to complete the Examination, to and until May 1, 2017. Accordingly, the parties respectfully request that the Court enter this stipulated 30-day extension of time for Mr. Rubin to complete the Examination called for by the Forensic Examination Order. (Signed by Magistrate Judge Ronald L. Ellis on 3/31/2017) (cla) (Entered: 03/31/2017) |
| 04/04/2017 | 253 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Norman Ankers dated April 4, 2017 re: Status Update on Documents Highlighted in March 17, 2017 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Aronoff, Yonaton) (Entered: 04/04/2017) |
| 04/05/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 4/5/2017 at 2:30 p.m. (rsh) (Entered: 04/05/2017) |

| 04/07/2017 | | NOTICE of Hearing: Telephone Conference set for 5/18/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 04/07/2017) |
| --- | --- | --- |
| 04/10/2017 | 254 | TRANSCRIPT of Proceedings re: Telephone Conference held on 4/5/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/1/2017. Redacted Transcript Deadline set for 5/11/2017. Release of Transcript Restriction set for 7/10/2017.(jgo) (Entered: 04/10/2017) |
| 04/10/2017 | 255 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 4/5/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(jgo) (Entered: 04/10/2017) |
| 04/19/2017 | 256 | STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES: The parties respectfully request that the Court extend the deadline to complete fact discovery by 90 days and modify the Schedule to Complete Remaining Discovery (Dkt. No. 228) as follows: All fact discovery shall be completed by no later than July 30, 2017. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by July 30, 2017. All expert discovery shall be completed no later than September 29, 2017. Case Management Conference: Contact District Judge. ( Deposition due by 7/30/2017., Expert Discovery due by 9/29/2017., Fact Discovery due by 7/30/2017.) (Signed by Magistrate Judge Ronald L. Ellis on 4/19/2017) (mro) (Entered: 04/19/2017) |
| 05/03/2017 | 257 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Norman Ankers dated May 3, 2017 re: Defendants' Submitted Memorandum dated May 1, 2017. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Proposed Preclusion Order, # 2 April 5, 2017 Hearing Transcript)(Ankers, Norman) (Entered: 05/03/2017) |
| 05/03/2017 | 258 | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs-Counterdefendants Syntel Sterling Best Shores Mauritius Ltd. (now known as Syntel Mauritius Holding Limited) and Syntel, Inc. (collectively, Syntel) and Defendants-Counterplaintiffs TriZetto Corporation (formerly known as The TriZetto Group, Inc.) and Cognizant Technology Solutions Corporation that the deadline for Samuel Rubin of the firm Stroz Friedberg to complete the Examination called for by Judge Ellis's January 30, 2017 Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files ("Forensic Examination Order") (Dkt. No. 243) as modified by the March 31, 2017 Order for Extension of Time to Complete Forensic Examination of Plaintiffs' Digital Electronic Devices and Files (the "First Extension") (Dkt. No. 252) be extended until June 7, 2017. (Signed by Magistrate Judge Ronald L. Ellis on |

A-59

| | | |
|---|---|---|
| | | 5/3/2017) (mro) (Entered: 05/03/2017) |
| 05/04/2017 | 259 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 5/4/2017 re: Defendants' Requested Preclusion Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/04/2017) |
| 05/16/2017 | | Terminate Transcript Deadlines re: 239 . (anc) (Entered: 05/16/2017) |
| 05/16/2017 | 260 | NOTICE OF APPEARANCE by Anne Berkowitz Sekel on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 05/16/2017) |
| 05/16/2017 | 261 | NOTICE OF APPEARANCE by Todd C. Norbitz on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 05/16/2017) |
| 05/22/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 5/18/2017 at 11:00 a.m. Next Telephone Conference is scheduled 6/22/17 at 2:30 p.m. (rsh) (Entered: 05/22/2017) |
| 05/25/2017 | | NOTICE of Hearing: Telephone Conference set for 6/22/2017 at 2:30 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 05/25/2017) |
| 06/06/2017 | 262 | TRANSCRIPT of Proceedings re: telephone conference held on 5/18/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/27/2017. Redacted Transcript Deadline set for 7/7/2017. Release of Transcript Restriction set for 9/5/2017.(rro) (Entered: 06/06/2017) |
| 06/06/2017 | 263 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 05/18/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 06/06/2017) |
| 06/12/2017 | 264 | STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES: Since entry of the Second Extension, Mr. Rubin has been diligently working with the parties to perform the Examination and has recently completed the on-site work in Pune, India. Mr. Rubin has requested no fewer than 30 days after the date of his last on-site examination to complete the Examination. Accordingly, under the present circumstances, the parties agree that the deadline for Mr. Rubin to complete the Examination should be extended until July 10, 2017. Accordingly, the parties respectfully request that the Court enter this stipulated extension of time for Mr. Rubin to complete the Examination called for by the Forensic Examination Order and the First Extension and Second Extension, and as further set forth in this order. (Signed by Magistrate Judge Ronald L. Ellis on 6/12/2017) (ap) (Entered: 06/12/2017) |

| 06/19/2017 | 265 | JOINT LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 6/19/2017. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/19/2017) |
| --- | --- | --- |
| 06/20/2017 | 266 | ORDER granting 265 Letter Motion to Adjourn Conference. Telephone Conference set for 6/29/2017 at 2:30 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 06/20/2017) |
| 06/22/2017 | | DUE TO A SCHEDULING CONFLICT, THE SCHEDULED TELEPHONE CONFERENCE FOR 6/29/17 AT 2:30 P.M. HAS BEEN RESCHEDULED FOR 6/30/2017 at 3:00 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 06/22/2017) |
| 06/30/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 6/30/2017 at 3:00 p.m. Next telephone conference is scheduled for August 11, 2017 at 10:00 a.m. (rsh) (Entered: 06/30/2017) |
| 06/30/2017 | | NOTICE of Hearing: Telephone Conference set for 8/11/2017 at 10:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 06/30/2017) |
| 07/07/2017 | 267 | TRANSCRIPT of Proceedings re: Telephone Conference held on 9/21/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/28/2017. Redacted Transcript Deadline set for 8/7/2017. Release of Transcript Restriction set for 10/5/2017.(jgo) (Entered: 07/07/2017) |
| 07/07/2017 | 268 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 9/21/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(jgo) (Entered: 07/07/2017) |
| 07/10/2017 | 269 | STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS DIGITAL ELECTRONIC DEVICES AND FILES:Accordingly, under the present circumstances, the parties agree that the deadline for Mr. Rubin to complete the Examination should be extended until July 17, 2017. Accordingly, the parties respectfully request that the court enter this stipulated extension of time for Mr. Rubin to complete the Examination called for by the Forensic Examination Order, the |

A-61

| | | |
|---|---|---|
| | | First Extension, the Second Extension, and the Third Extension. So Ordered. (Signed by Magistrate Judge Ronald L. Ellis on 7/10/2017) (js) (Entered: 07/10/2017) |
| 07/21/2017 | 270 | TRANSCRIPT of Proceedings re: telephone conference held on 6/30/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/11/2017. Redacted Transcript Deadline set for 8/21/2017. Release of Transcript Restriction set for 10/19/2017.(rro) (Entered: 07/21/2017) |
| 07/21/2017 | 271 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 6/30/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 07/21/2017) |
| 07/21/2017 | 272 | STIPULATION AND ORDER FOR FIFTH EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs-Counterdefendants Syntel Sterling Best Shores Mauritius Ltd. (now known as Syntel Mauritius Holding Limited) and Syntel, Inc. (collectively, Syntel) and Defendants-Counterplaintiffs Cognizant TriZetto Software Group, lnc. (formerly known as The TriZetto Group, Inc.) and Cognizant Technology Solutions Corporation that the deadline for Samuel Rubin of the firm Stroz Friedberg to complete the Examination called for by Judge Ellis's January 30, 2017 Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files ("Forensic Examination Order") (Dkt. No. 243) as modified by the March 31, 2017 Order for Extension of Time to Complete Forensic Examination of Plaintiffs' Digital Electronic Devices and Files (the "First Extension") (Dkt. No. 252), the May 3, 2017 Order for Second Extension of Time to Complete Forensic Examination of Plaintiffs' Digital Electronic Devices and Files (the "Second Extension") (Dkt. No. 25 8), the June 12, 2017 Order for Third Extension of Time to Complete Forensic Examination of Plaintiffs' Digital Electronic Devices and Files...Accordingly, the parties respectfully request that the Court enter this stipulated extension of time for Mr. Rubin to complete the Examination called for by the Forensic Examination Order, the First Extension, the Second Extension, the Third Extension, and the Fourth Extension, and as further set forth herein. (Signed by Magistrate Judge Ronald L. Ellis on 7/21/2017) (ras) Modified on 7/21/2017 (ras). (Entered: 07/21/2017) |
| 07/28/2017 | 273 | STIPULATION AND ORDER FOR SECOND EXTENSION OF DISCOVERY DEADLINES: Accordingly, the parties respectfully request that the Court extend the deadline to complete fact discovery by 120 days and modify the Stipulation and Order for Extension of Discovery Deadlines (Dkt. No. 256) as follows: All Fact Discovery due 12/1/2017. Deposition due 12/1/2017., All Expert Discovery due by 2/2/2018. Case Management Conference (To be Scheduled with District Judge). And as set forth herein. IT IS SO ORDERED. (Signed by Magistrate Judge Ronald L. Ellis on 7/28/2017) (ama) Modified on 7/28/2017 (ama). Modified on 7/28/2017 (ama). (Entered: 07/28/2017) |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| 08/04/2017 | 274 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Anne B. Sekel dated 8-04-2017 re: Joint submit requesting adjournment. Document filed by Syntel Sterling Best Shores Mauritius Limited.(Sekel, Anne) (Entered: 08/04/2017) |
| 08/07/2017 | | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Anne Sekel and Gianni Cutri dated 8/4/17 re: Joint submit requesting adjournment. ENDORSEMENT: GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 8/7/17) (Ellis, Ronald) (Entered: 08/07/2017) |
| 08/07/2017 | | NOTICE of Hearing: Telephone Conference set for 8/25/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 08/07/2017) |
| 08/24/2017 | 275 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Anne B. Sekel dated August 24, 2017 re: Response to Defendants' August 23, 2017 Letter Submission. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit)(Sekel, Anne) (Entered: 08/24/2017) |
| 08/25/2017 | 276 | PRECLUSION ORDER. The Court having heard and considered the parties' submissions and arguments concerning a proposed sanction against Plaintiffs Syntel, Inc. and Syntel Sterling Best Shores Mauritius Limited now known as Syntel Mauritius Holding Limited (collectively, "Syntel") in the above-captioned matter, the Court hereby orders that: 1. Syntel is precluded from offering or presenting any evidence that it did not misappropriate and unlawfully copy Defendants' FACETS test cases and automation scripts. 2. Syntel is precluded from offering or presenting any evidence that it independently developed any of the Platform Management Tools at issue in this case. (Signed by Magistrate Judge Ronald L. Ellis on 8/25/2017) (rjm) (Entered: 08/25/2017) |
| 08/25/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 8/25/2017 at 11:00 a.m. (rsh) (Entered: 08/25/2017) |
| 08/31/2017 | 277 | TRANSCRIPT of Proceedings re: telephone conference held on 8/25/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2017. Redacted Transcript Deadline set for 10/2/2017. Release of Transcript Restriction set for 11/29/2017.(rro) (Entered: 08/31/2017) |
| 08/31/2017 | 278 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 8/25/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 08/31/2017) |
| 09/08/2017 | 279 | NOTICE of Objections to Magistrate Judge's Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 09/08/2017) |

SDNY CM/ECF NextGen Version 1.6　　　　　　　https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 09/08/2017 | 280 | BRIEF re: 279 Notice (Other) *in Support of Objections to Magistrate Judge's Order*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 09/08/2017) |
|---|---|---|
| 09/08/2017 | 281 | DECLARATION of Anne B. Sekel re: 280 Brief *in Support of Objections to Magistrate Judge's Order*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit)(Norbitz, Todd) (Entered: 09/08/2017) |
| 09/11/2017 | 282 | ORDER: ORDERED that, on or before October 9, 2017. Defendants The Trizetto Group, et al., file their Response, if any, to Plaintiffs' Objections., ( Responses due by 10/9/2017) (Signed by Judge Lorna G. Schofield on 9/11/2017) (ama) (Entered: 09/11/2017) |
| 09/19/2017 | 283 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 9/19/2017 re: Scheduling of Discovery Conference. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/19/2017) |
| 09/21/2017 | | NOTICE of Hearing: Telephone Conference set for 10/19/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 09/21/2017) |
| 09/21/2017 | 284 | ORDER. IT IS HEREBY ORDERED that Plaintiffs may file redacted copies of exhibits 7, 13, 15, 16, 18, 19, 26, and 27 to the Declaration of Anne B. Sekel in support of their objections to the preclusion Order. So Ordered. (Signed by Magistrate Judge Ronald L. Ellis on 9/21/17) (yv) (Entered: 09/21/2017) |
| 10/05/2017 | 285 | LETTER MOTION for Extension of Time to File Response/Reply as to 282 Order, Set Deadlines/Hearings, 280 Brief addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/5/2017. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 10/05/2017) |
| 10/06/2017 | 286 | ORDER granting 285 Letter Motion for Extension of Time to File Response/Reply. Application GRANTED. Defendants' deadline to file their response to Plaintiffs' Objections to Magistrate Judge's Preclusion Order is extended from October 9, 2017, to October 16, 2017. (Signed by Judge Lorna G. Schofield on 10/6/2017) (kgo) (Entered: 10/06/2017) |
| 10/06/2017 | 287 | JOINT LETTER MOTION to Adjourn Conference *Scheduled for October 19, 2017* addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 10/6/2017. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 10/06/2017) |
| 10/10/2017 | 288 | ORDER granting 287 Letter Motion to Adjourn Conference. Telephone Conference set for 10/30/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. (HEREBY ORDERED by Magistrate Judge |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 10/10/2017) |
|---|---|---|
| 10/30/2017 | 289 | STIPULATION AND ORDER FOR THIRD EXTENSION OF DISCOVERY DEADLINES: Accordingly, the parties respectfully request that the Court extend the deadline to complete fact discovery by 60 days and modify the Stipulation and Order for Second Extension of Discovery Deadlines (Dkt. 273) as follows: All fact discovery shall be completed by no later than February 1, 2018. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by February 1, 2018. All expert discovery shall be completed no later than April 2, 2018. Case Management Conference 4/19/2018. ( Deposition due by 2/1/2018., Expert Discovery due by 4/2/2018., Fact Discovery due by 2/1/2018.) (Signed by Magistrate Judge Ronald L. Ellis on 10/30/2017) (js) (Entered: 10/30/2017) |
| 11/13/2017 | 290 | TRANSCRIPT of Proceedings re: telephone conference held on 10/30/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/4/2017. Redacted Transcript Deadline set for 12/14/2017. Release of Transcript Restriction set for 2/12/2018.(rro) (Entered: 11/13/2017) |
| 11/13/2017 | 291 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 10/30/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 11/13/2017) |
| 11/20/2017 | 292 | ORDER: It is hereby ORDERED that Plaintiffs shall re-file their motion papers, in accordance with Individual Rule III.B.3, on or before November 29, 2017. Plaintiffs shall re-submit a courtesy copy of these materials to the Court on or before November 29, 2017. It is further ORDERED that Defendants shall notify the Court by letter as soon as possible and no later than November 27, 2017, as to whether they intend to file a response to Plaintiffs' objections. If Defendants intend to file a response, the courtesy copy shall include all parties' motion papers, in accordance with Individual Rule III.B.5. Motions due by 11/29/2017. (Signed by Judge Lorna G. Schofield on 11/20/2017) (kgo) (Entered: 11/21/2017) |
| 11/27/2017 | 293 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated November 27, 2017 re: Response to Plaintiff's Objections to Preclusion Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 11/27/2017) |
| 11/29/2017 | 294 | AMENDED BRIEF re: 280 Brief *Objections to Magistrate Judge's Preclusion Order (Amended and re-filed per Dkt. 292)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 11/29/2017) |
| 11/29/2017 | 295 | DECLARATION of Anne B. Sekel re: 281 Declaration,, *Amended and re-filed per Dkt. 292*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Norbitz, Todd) (Entered: 11/29/2017) |

| 12/04/2017 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Stewart D. Aaron. Please note that this is a reassignment of the designation only. (ma) (Entered: 12/04/2017) |
|---|---|---|
| 12/04/2017 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Stewart D. Aaron, for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Magistrate Judge Ronald L. Ellis no longer referred to the case. (ma) (Entered: 12/04/2017) |
| 12/06/2017 | 296 | ORDER: ORDERED that, any party wishing to file Defendants' submissions under seal or with redactions, shall file a motion, including the relevant law, in accordance with the Court's Individual Rules, on or before December 13, 2017. If no party has made such a motion by the deadline, Defendants shall file their memorandum of law, accompanying declaration and exhibits on the public docket on December 14, 2017, and as further set forth in this order. (Motions due by 12/13/2017.) (Signed by Judge Lorna G. Schofield on 12/6/2017) (ap) Modified on 12/7/2017 (ap). (Entered: 12/06/2017) |
| 12/15/2017 | 297 | ORDER: It is hereby ORDERED that Plaintiffs' motion is GRANTED. Defendants shall file a redacted version of Defendants' memorandum of law, accompanying declaration and exhibits on or before December 20, 2017. Defendants shall file an unredacted version of those documents under seal on or before December 20, 2017. (Signed by Judge Lorna G. Schofield on 12/15/2017) (kgo) (Entered: 12/15/2017) |
| 12/19/2017 | 298 | ORDER: This action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available at http://nysd.uscourts.gov/judge/Aaron. The discovery deadlines ordered by Magistrate Judge Ellis on October 30, 2017 (ECF No. 289) remain in effect. In addition, the parties are directed to submit a joint letter to the Court regarding the status of discovery no later than January 2, 2018. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 12/19/2017) (ama) Modified on 12/19/2017 (ama). (Entered: 12/19/2017) |
| 12/20/2017 | 299 | OPPOSITION BRIEF re: 294 Brief *Defendants' Opposition to Syntel's Objections to Judge Ellis' Preclusion Order (Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 12/20/2017) |
| 12/20/2017 | 300 | DECLARATION of Gianni Cutri re: 299 Opposition Brief, *in Support of Defendants' Memorandum of Law in Opposition to Syntel's Objections to Magistrate Judge's Preclusion Order (Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Redacted), # 3 Exhibit 3, # 4 Exhibit 4 (Redacted), # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (Redacted), # 10 Exhibit 10 (Redacted), # 11 Exhibit 11, # 12 Exhibit 12 (Redacted), # 13 Exhibit 13 (Redacted), # 14 Exhibit 14, # 15 Exhibit 15 (Redacted))(Cutri, Gianni) (Entered: 12/20/2017) |
| 12/20/2017 | 301 | SEALED DOCUMENT placed in vault.(rz) (Entered: 12/20/2017) |

A-66

| 12/20/2017 | 302 | LETTER addressed to Judge Lorna G. Schofield from Anne B. Sekel dated December 20, 2017 re: Request for Oral Argument. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 12/20/2017) |
| --- | --- | --- |
| 01/02/2018 | 303 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated January 2, 2018 re: Status Update on Discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cutri, Gianni) (Entered: 01/02/2018) |
| 01/03/2018 | 304 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 2, 2018 re: Discovery Status. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Sekel, Anne) (Entered: 01/03/2018) |
| 01/03/2018 | 305 | ORDER FOR TELEPHONE CONFERENCE: The parties are directed to appear via Telephone for a conference in the above-captioned matter on Friday, January 5, 2018, at 2:00 p.m. EST. During the conference, the parties should be prepared to discuss the status of discovery as set forth in the parties' letters to the Court dated January 2, 2018. The parties shall call the court's conference line at 212-805-0110 once all parties are on the line. So Ordered. ( Telephone Conference set for 1/5/2018 at 02:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 1/3/2018) (js) (Entered: 01/03/2018) |
| 01/05/2018 |  | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 1/5/2018. (kl) (Entered: 01/05/2018) |
| 01/05/2018 | 306 | STIPULATION AND ORDER FOR THE EXTENSION OF DISCOVERY DEADLINES: Accordingly, the parties respectfully request that the Court extend the deadline to complete fact discovery by 34 days and modify the Stipulation and Order for Third Extension of Discovery Deadlines (Dkt. 289) as follows: All fact discovery shall be completed by no later than March 7, 2018. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by March 7, 2018. No further document requests or interrogatories will be issued without leave of Court. All expert discovery shall be completed no later than May 7, 2018. By February 12, 2018, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 2(a). The parties shall submit a joint letter to the Court regarding the status of discovery no later than February 9, 2018. IT IS SO ORDERED this 5th day of January, 2018. (Deposition due by 3/7/2018. Expert Discovery due by 5/7/2018. Fact Discovery due by 3/7/2018.) (Signed by Magistrate Judge Stewart D. Aaron on 1/5/2018) (anc) (Entered: 01/05/2018) |
| 01/16/2018 | 307 | LETTER MOTION for Discovery *Conference* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 16, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Sekel, Anne) (Entered: 01/16/2018) |
| 01/17/2018 | 308 | ORDER: granting 307 Letter Motion for Discovery. Letter-Motion GRANTED. A telephone conference is scheduled for January 24, 2018 at 3:00 p.m. to discuss issues raised in ECF No. 307 and the confidential letter sent to Chambers by Defendants. |

A-67

| | | |
|---|---|---|
| | | The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. Opposition to both letters to be filed no later than January 19, 2018. Replies to be filed no later than January 22, 2018. It is the Court's intention to decide the discovery disputes after the conference, based on the parties' letters and matters discussed during the conference, unless a party shows by separate application good cause why more formal briefing should be required. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 1/17/2018) (ama) (Entered: 01/17/2018) |
| 01/17/2018 | | Set/Reset Hearings: Telephone Conference set for 1/24/2018 at 03:00 PM before Magistrate Judge Stewart D. Aaron. (ama) (Entered: 01/17/2018) |
| 01/17/2018 | | Set/Reset Deadlines: Responses due by 1/19/2018 Replies due by 1/22/2018. (ama) (Entered: 01/17/2018) |
| 01/22/2018 | 309 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2018 re: 307 LETTER MOTION for Discovery *Conference* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 16, 2018. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 01/22/2018) |
| 01/23/2018 | 310 | ORDER: Pending before the Court are three discovery motions: (1) Defendants' motion compelling Plaintiff to provide a Rule 30(b)(6) witness as to certain topics; (2) Plaintiffs' motion to compel electronic production concerning source code; and (3) Defendants' motion regarding Judge Ellis's Order of June 29, 2016. Oral argument concerning these motions shall be held on Wednesday, January 24, 2018, at 3:00 p.m. EST, as previously scheduled (ECF No. 308). The confidential letters referred to in the footnotes below (the "Confidential Letters") must be made part of the court record. Therefore, it is hereby ORDERED that, no later than 5 p.m. on Thursday, January 25, 2018, the parties shall file redacted copies of the Confidential Letters, and also comply with the provisions of Section II.G. of Judge Aaron's Individual Practices ("Redactions and Filing Under Seal"), available at: http://nysd.uscourts.gov /cases/show.php?db=judge_info&id=1467 ( Oral Argument set for 1/24/2018 at 03:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 1/23/2018) (js) (Entered: 01/23/2018) |
| 01/23/2018 | 311 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 23, 2018 re: Opposition to Discovery Motion re Platform Management Tools. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 01/23/2018) |
| 01/23/2018 | 312 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Rajat Khanna to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611901. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order) (Khanna, Rajat) Modified on 1/24/2018 (wb). (Entered: 01/23/2018) |
| 01/23/2018 | 313 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Kyle M. Kantarek to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611929. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Kantarek, Kyle) Modified on 1/24/2018 (wb). (Entered: 01/23/2018) |

| | | |
|---|---|---|
| 01/23/2018 | 314 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Adam M. Kaufmann to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611950. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Kaufmann, Adam) Modified on 1/24/2018 (wb). (Entered: 01/23/2018) |
| 01/24/2018 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 313 MOTION for Kyle M. Kantarek to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611929. Motion and supporting papers to be reviewed by Clerk's Office staff., 314 MOTION for Adam M. Kaufmann to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611950. Motion and supporting papers to be reviewed by Clerk's Office staff., 312 MOTION for Rajat Khanna to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611901. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Pursuant to rule 1.3. please attach and affidavit or Declaration of the Attorney;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (wb)** (Entered: 01/24/2018) |
| 01/24/2018 | | NOTICE of Hearing: Oral Argument set for 1/26/2018 at 03:30 PM before Magistrate Judge Stewart D. Aaron. Telephone Conference set for 1/26/2018 at 03:30 PM before Magistrate Judge Stewart D. Aaron. (kl) (Entered: 01/24/2018) |
| 01/24/2018 | 315 | MOTION for Kyle M. Kantarek to Appear Pro Hac Vice *for Defendants and Counterclaim Plaint¸¸fs.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Kyle M. Kantarek with Certificate of Good Standing, # 2 Text of Proposed Order)(Kantarek, Kyle) (Entered: 01/24/2018) |
| 01/25/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 315 MOTION for Kyle M. Kantarek to Appear Pro Hac Vice *for Defendants and Counterclaim Plaint¸¸fs*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/25/2018) |
| 01/25/2018 | 316 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated 1/19/2018 re: Resubmitted Redacted Letter per Dkt. No.: 310. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 01/25/2018) |
| 01/25/2018 | 317 | LETTER MOTION for Local Rule 37.2 Conference *(Public Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C - Under Seal, # 4 Exhibit D - Under Seal, # 5 Exhibit E - Under Seal, # 6 Exhibit F - Under Seal, # 7 Exhibit G - Under Seal, # 8 Exhibit H - Under Seal, # 9 Exhibit I - Under Seal, # 10 Exhibit J - Under Seal, # 11 Exhibit K, # 12 Exhibit L - Under Seal, # 13 Exhibit M)(Cutri, Gianni) (Entered: 01/25/2018) |

| | | |
|---|---|---|
| 01/25/2018 | 318 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Local Rule 37.2 Conference *(Public Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/18/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Cutri, Gianni) Modified on 3/26/2018 (ldi). (Entered: 01/25/2018) |
| 01/25/2018 | 319 | LETTER RESPONSE to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/19/2018 re: 307 LETTER MOTION for Discovery Con.ference addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 16, 2018. *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cutri, Gianni) (Entered: 01/25/2018) |
| 01/25/2018 | 320 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/22/2018 re: 317 LETTER MOTION for Local Rule 37.2 Conference *(Public Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/16/2018. *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit N, # 2 Exhibit O)(Cutri, Gianni) (Entered: 01/25/2018) |
| 01/26/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Oral Argument held on 1/26/2018 re: 307 LETTER MOTION for Discovery Con.ference addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 16, 2018, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (kl) (Entered: 01/26/2018) |
| 01/29/2018 | 321 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/29/2018 re: Reply to 1/18/2018 Letter Motion in Response to 1/26/2018 Conference Request. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2)(Cutri, Gianni) (Entered: 01/29/2018) |
| 01/29/2018 | 322 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 29, 2018 re: Reply to 1/18/2018 Letter Motion in Response to 1/26/2018 Conference Request. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 01/29/2018) |
| 01/29/2018 | 323 | ORDER granting 315 Motion for Kyle M. Kantarek to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 01/29/2018) |
| 01/30/2018 | 324 | OPINION AND ORDER: re: 317 LETTER MOTION for Local Rule 37.2 Conference (Public Version) addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/16/2018 filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 318 LETTER MOTION for Local Rule 37.2 Conference (Public Version) addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/18/2018 filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the foregoing reasons, it is hereby ORDERED that: Defendants' motion to compel Syntel to provide a Rule 30(b)(6) witness or witnesses as to Topics 1 to 5 is GRANTED IN PART AND DENIED IN PART. Syntel shall provide a witness or witnesses to testify regarding Topics 1 to 5, as modified on pages 4 to 5 of this Opinion and Order. Defendants also have leave to take testimony from Syntel's |

| | | |
|---|---|---|
| | | witness or witnesses regarding the January 18 Questions. Syntel's Rule 30(b)(6) deposition shall be taken as soon as practicable, but no later than February 16, 2018. Syntel's motion to compel electronic production concerning damages information and information about confidential safeguards is GRANTED. Syntel's motion concerning source code-related information is DENIED WITHOUT PREJUDICE. If Syntel wishes to pursue further discovery regarding source code, it must inspect the source code-related information in TriZetto's office in Colorado within thirty (30) days from the date of this Order. At such inspection, Defendants are ORDERED to make a knowledgeable employee available to assist Syntel in understanding and querying any information from the TriZetto databases and to electronically produce any such information. In addition, Defendants shall identify for Syntel at such inspection the source code-related information that Defendants deem to be relevant. Defendants' motion to compel Syntel to produce a declaration is DENIED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 1/30/2018) (ama) (Entered: 01/30/2018) |
| 01/30/2018 | 325 | SEALED DOCUMENT placed in vault.(mps) Modified on 1/31/2018 (mps). (Entered: 01/31/2018) |
| 02/01/2018 | 326 | MOTION for Rajat Khanna to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Rajat Khanna with Certificate of Good Standing, # 2 Text of Proposed Order)(Khanna, Rajat) (Entered: 02/01/2018) |
| 02/01/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 326 MOTION for Rajat Khanna to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs.* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 02/01/2018) |
| 02/01/2018 | 327 | MOTION for Adam M. Kaufmann to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Adam Kaufmann with Certificate of Good Standing, # 2 Text of Proposed Order)(Kaufmann, Adam) (Entered: 02/01/2018) |
| 02/01/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 327 MOTION for Adam M. Kaufmann to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs.* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 02/01/2018) |
| 02/05/2018 | 328 | ORDER: On February 5, 2018, Defendants e-mailed a confidential letter to the Court and all parties regarding three discovery disputes. Plaintiffs are directed to respond to Defendants' letter no later than 9:00 a.m. EST on Tuesday, February 6, 2018. The Court will hold a brief telephone conference on February 6, 2018, at 6:00 p.m. EST to discuss the issues raised in the parties' letters. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. Prior to the conference, the parties shall file redacted copies of their confidential letters, and also comply with the provisions of Section II.G. of Judge Aarons Individual Practices ("Redactions and Filing Under Seal"), available at: http://nysd.uscourts.gov/judge /Aaron. ( Telephone Conference set for 2/6/2018 at 06:00 PM before Magistrate |

| | | |
|---|---|---|
| | | Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 2/5/2018) (js) (Entered: 02/05/2018) |
| 02/06/2018 | 329 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated February 6, 2018 re: Opposition to Defendants' February 5, 2018 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Sekel, Anne) (Entered: 02/06/2018) |
| 02/06/2018 | | ORDER: It is hereby ORDERED that counsel for Syntel shall refrain from making speaking objections when defending depositions. See Fed. R. Civ. P. 30(c)(2). All counsel are instructed to avoid argumentative or repetitive questions and any speaking objections during depositions. Objections as to the form of the question shall be made by opposing counsel, who shall simply state, "Objection." The objecting counsel shall not speak any additional words concerning the basis of the objection unless a clarification is requested. Any clarification as to the basis of the objection shall be stated as succinctly as possible, such as, "Argumentative," or "Ambiguous," or "Asked and Answered." Any violations of these guidelines may lead to the imposition of sanctions. The parties are directed to meet and confer to seek to resolve the other issues raised in Defendants' 2/5/18 letter, and Syntel's 2/6/18 response, prior to the now-scheduled telephone conference with the Court at 6 p.m. EST today. The parties shall notify the Court prior to 6 p.m. EST if these issues have been resolved. (Text Only Order) (Signed by Magistrate Judge Stewart D. Aaron on 2/6/2018) (Entered: 02/06/2018) |
| 02/06/2018 | 330 | LETTER MOTION for Local Rule 37.2 Conference *re Discovery Issues (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated February 5, 2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Redacted), # 3 Exhibit C (Redacted), # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H (Redacted), # 9 Exhibit I)(Cutri, Gianni) (Entered: 02/06/2018) |
| 02/06/2018 | 331 | ORDER: The telephone conference scheduled for today at 6:00 p.m. was adjourned sine die. (Signed by Magistrate Judge Stewart D. Aaron on 2/6/2018) (Text Only Order) (Aaron, Stewart) (Entered: 02/06/2018) |
| 02/07/2018 | 332 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 2/06/2018 re: Defendant Sealing Request. ENDORSEMENT: Request for sealing Granted. (Signed by Magistrate Judge Stewart D. Aaron on 2/07/2018) (ama) (Entered: 02/07/2018) |
| 02/07/2018 | 333 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated February 7, 2018 re: Parties' Agreements re Depositions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/07/2018) |
| 02/07/2018 | 334 | MEMO ENDORSEMENT on re: 333 Letter regarding Parties' Agreements re Depositions, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Application GRANTED. The Clerk of Court shall terminate Letter- Motion at ECF No. 330 as moot. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 2/7/2018) (rj) (Entered: 02/08/2018) |
| 02/08/2018 | 335 | ORDER granting 326 Motion for Rajat Khanna to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/08/2018) |

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 02/08/2018 | 336 | ORDER granting 327 Motion for Adam M. Kaufmann to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/08/2018) |
|---|---|---|
| 02/09/2018 | 337 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/09/2018) |
| 02/09/2018 | 338 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated February 9, 2018 re: Status of Discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/09/2018) |
| 02/16/2018 | 339 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Ryan C. Watkins to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14709520. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Affidavit of Ryan C. Watkins in Support of Motion, # 3 Text of Proposed Order to Admit Counsel Pro Hac Vice)(Sekel, Anne) Modified on 2/16/2018 (bcu). (Entered: 02/16/2018) |
| 02/16/2018 |  | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 339 MOTION for Ryan C. Watkins to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14709520. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Michigan;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** (Entered: 02/16/2018) |
| 02/16/2018 | 340 | MOTION for Ryan C. Watkins to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Affidavit of Ryan C. Watkins in Support of Motion, # 3 Text of Proposed Order to Admit Counsel Pro Hac Vice)(Sekel, Anne) (Entered: 02/16/2018) |
| 02/16/2018 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 340 MOTION for Ryan C. Watkins to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 02/16/2018) |
| 02/20/2018 |  | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 2/20/2018. (kl) (Entered: 02/20/2018) |
| 02/26/2018 | 341 | ORDER granting 340 Motion for Ryan C. Watkins to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/26/2018) |
| 02/28/2018 | 342 | ORDER: NOW, ACCORDINGLY, it appearing to the Court that counsel for Plaintiffs has violated the Court's 2/6/18 Order, IT IS HEREBY ORDERED that counsel for Plaintiffs shall show cause why they should not be sanctioned pursuant to Fed. R. Civ. P. 16(f), Fed. R. Civ. P. 37(b), 28 U.S.C. § 1927 and/or the inherent powers of the Court for this violation. Such showing shall be made by affidavit or declaration and a memorandum of law compliant with Local Civil Rule 7.1(a)(2) filed on or before Monday, March 5, 2018. SO ORDERED. (Signed by Magistrate |

| | | |
|---|---|---|
| | | Judge Stewart D. Aaron on 2/28/2018) (kl) (Entered: 02/28/2018) |
| 03/02/2018 | 343 | MOTION for Jason Conti to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Affidavit of Jason Conti in Support of Motion, # 3 Text of Proposed Order to Admit Counsel Pro Hac Vice)(Sekel, Anne) (Entered: 03/02/2018) |
| 03/02/2018 | | Pro Hac Vice Fee Paid electronically via Pay.gov: for 343 MOTION for Jason Conti to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00. Pay.gov receipt number 0208-14764908, paid on 3/2/2018. (wb) (Entered: 03/02/2018) |
| 03/02/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 343 MOTION for Jason Conti to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/02/2018) |
| 03/02/2018 | 344 | ORDER: granting 343 Motion for Jason Conti to Appear Pro Hac Vice. (Signed by Magistrate Judge Stewart D. Aaron on 3/2/2018) (ap) (Entered: 03/02/2018) |
| 03/05/2018 | 345 | ORDER: It is hereby ORDERED that a conference will be held on March 13, 2018, at 11:30 a.m. for an oral ruling on Plaintiffs/Counterclaim Defendants Syntel's objections to Magistrate Judge Ellis's August 25, 2017, Preclusion Order. Oral argument will not be held. (Status Conference set for 3/13/2018 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 3/5/2018) (ap) (Entered: 03/05/2018) |
| 03/05/2018 | 346 | OPPOSITION BRIEF re: 342 Order,, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 03/05/2018) |
| 03/05/2018 | 347 | DECLARATION of Anne B. Sekel re: 346 Opposition Brief . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sekel, Anne) (Entered: 03/06/2018) |
| 03/06/2018 | 348 | DECLARATION of Todd C. Norbitz re: 346 Opposition Brief . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 03/06/2018) |
| 03/06/2018 | 349 | DECLARATION of Anne B. Sekel re: 346 Opposition Brief *with Corrected Exhibit A (please disregard Exhibit A filed as Dkt. No. 347-1)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sekel, Anne) (Entered: 03/06/2018) |
| 03/06/2018 | 350 | LETTER MOTION for Leave to File Reply re Order to Show Cause addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/6/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 03/06/2018) |
| 03/06/2018 | 351 | ORDER granting 350 Letter Motion for Leave to File Document. ENDORSEMENT: Application GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/6/2018) (kl) (Entered: 03/06/2018) |

A-74

| | | |
|---|---|---|
| 03/08/2018 | 352 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated 3/06/2018 re: Accordingly, upon showing of good cause, Syntel respectfully makes this request for an Order (i) authorizing Syntel's prior filing of the redacted Declaration of Anne B. Sekel, dated March 5, 2018, and Exhibits B, D, and E thereto and (ii) sealing the Protected Material. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/08/2018) (ama) (Entered: 03/08/2018) |
| 03/08/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 352 Endorsed Letter, Set Deadlines/Hearings,,,,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (ama) (Entered: 03/08/2018) |
| 03/09/2018 | 353 | ORDER: It is hereby Ordered that the parties appear for a hearing before Magistrate Judge Stewart Aaron regarding the issue of sanctions on Tuesday, March 13, 2018 at 2:45 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. It is further Ordered that Mr. Norbitz shall be present on behalf of Plaintiffs. SO ORDERED., ( Status Conference set for 3/13/2018 at 02:45 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 3/09/2018) (ama) (Entered: 03/09/2018) |
| 03/09/2018 | 354 | TRANSCRIPT of Proceedings re: telephone conference held on 2/20/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2018. Redacted Transcript Deadline set for 4/9/2018. Release of Transcript Restriction set for 6/7/2018.(rro) (Entered: 03/09/2018) |
| 03/09/2018 | 355 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 2/20/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 03/09/2018) |
| 03/09/2018 | 356 | TRANSCRIPT of Proceedings re: telephone conference held on 1/5/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2018. Redacted Transcript Deadline set for 4/9/2018. Release of Transcript Restriction set for 6/7/2018.(rro) (Entered: 03/09/2018) |
| 03/09/2018 | 357 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 1/5/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 03/09/2018) |

A-75

| 03/09/2018 | 358 | TRANSCRIPT of Proceedings re: Oral Argument held on 1/26/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2018. Redacted Transcript Deadline set for 4/9/2018. Release of Transcript Restriction set for 6/7/2018.(rro) (Entered: 03/09/2018) |
| --- | --- | --- |
| 03/09/2018 | 359 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Oral Argument proceeding held on 1/26/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 03/09/2018) |
| 03/13/2018 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Status Conference held on 3/13/2018. (jcs) (Entered: 03/13/2018) |
| 03/13/2018 | 360 | ORDER: It is hereby ORDERED that Plaintiffs/Counterclaim Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.'s objections to Judge Ellis' August 25, 2017, Preclusion Order are OVERRULED. (Signed by Judge Lorna G. Schofield on 3/13/2018) (kgo) (Entered: 03/13/2018) |
| 03/13/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Status Conference held on 3/13/2018. (kl) (Entered: 03/13/2018) |
| 03/14/2018 | 361 | ORDER: A hearing having been held on March 13, 2018 regarding the parties' cross-motions for sanctions, it is hereby ORDERED, as follows: No later than March 16, 2018, Defendants shall file on ECF redacted versions of Defendants' letter to the Court, dated February 27, 2018, and Defendants' Reply Concerning Syntel's Improper Speaking Objections and Disruption of Depositions, dated March 8, 2018, together with the exhibits thereto. Thereafter, no later than March 23, 2018, Defendants shall follow the provisions of Section II.G. of the Court's Individual Rules for filing the foregoing documents under seal. The provisions of the text-only Order that was entered by the Court on February 6, 2018 (the "2/6/18 Order") (namely, "It is hereby ORDERED that counsel for [Plaintiff] Syntel shall refrain from making speaking objections when defending depositions. See Fed. R. Civ. P. 30(c)(2). All counsel are instructed to avoid argumentative or repetitive questions and any speaking objections during depositions. Objections as to the form of the question shall be made by opposing counsel, who shall simply state, "Objection." The parties shall meet and confer with respect to disputes regarding any requests to take additional deposition testimony subsequent to the now-past fact discovery deadline, and shall advise the Court no later than March 16, 2018 if the parties have agreed to a resolution. If the parties reach agreement, they shall so advise the Court and seek approval of their agreement. If the parties do not reach agreement, they shall provide the Court with a briefing schedule to resolve any disputes. The Court shall reserve decision on the pending cross-motions for sanctions until after the close of fact discovery. However, any violations of the 2/6/18 Order or of this Order in depositions held in future depositions in this case shall lead to the imposition of sanctions. And as set forth herein. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/14/2018) (ama) Modified on 3/14/2018 (ama). (Entered: 03/14/2018) |

| 03/14/2018 | 362 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 2/27/2018 re: Syntel's Violation of 2/6/18 Order (Public Version). Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cutri, Gianni) (Entered: 03/14/2018) |
| --- | --- | --- |
| 03/14/2018 | 363 | BRIEF re: 346 Opposition Brief *Defendants' Reply Concerning Syntel's Improper Speaking Objections and Disruption of Depositions (Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 (Redacted), # 6 Exhibit 6 (Redacted), # 7 Exhibit 7 (Redacted), # 8 Exhibit 8 (Redacted))(Cutri, Gianni) (Entered: 03/14/2018) |
| 03/16/2018 | 364 | LETTER MOTION for Extension of Time to File *Discovery Status Report* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 03/16/2018) |
| 03/17/2018 | 365 | ORDER granting 364 Letter Motion for Extension of Time to File Letter. (Signed by Magistrate Judge Stewart D. Aaron on 3/17/2018) (Aaron, Stewart) (Entered: 03/17/2018) |
| 03/19/2018 | 366 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/14/2018 re: Counsel for defendants and counterclaim-plaintiffs in the above-referenced matter write Accordingly, upon this showing of good cause, Syntel respectfully make this request for an Order permitting Defendants to file Exhibit D under seal to prevent the disclosure of the commercially and competitively sensitive information. ENDORSEMENT: Request Granted. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 3/19/2018) (js) (Entered: 03/19/2018) |
| 03/19/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 366 Endorsed Letter,,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (js) (Entered: 03/19/2018) |
| 03/21/2018 | 367 | SECOND LETTER MOTION for Extension of Time to File *Discovery Status Report* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/21/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 03/21/2018) |
| 03/22/2018 | 368 | ORDER granting 367 Letter Motion for Extension of Time to File Discovery Status Report. Application GRANTED. Further, the parties are directed to appear via telephone for a status conference on Tuesday, March 27, 2018, at 4:00 p.m. EST. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/22/2018) (ama) (Entered: 03/22/2018) |
| 03/22/2018 | | Set/Reset Hearings: Status Conference set for 3/27/2018 at 04:00 PM before Magistrate Judge Stewart D. Aaron. Telephone Conference set for 3/27/2018 at 04:00 PM before Magistrate Judge Stewart D. Aaron. (ama) (Entered: 03/22/2018) |
| 03/22/2018 | | Terminate Transcript Deadlines (ama) (Entered: 03/22/2018) |
| 03/23/2018 | 369 | TRANSCRIPT of Proceedings re: DECISION held on 3/13/2018 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Karen Gorlaski, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. Redaction Request due 4/13/2018. Redacted Transcript Deadline set for 4/23/2018. Release of Transcript Restriction set for 6/21/2018.(McGuirk, Kelly) (Entered: 03/23/2018) |
| 03/27/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 3/27/2018. (kl) (Entered: 03/27/2018) |
| 03/27/2018 | 370 | ORDER: Following a telephone conference with the parties on March 27, 2018, it is hereby ORDERED that: On March 30, 2018, each party shall file a Letter setting forth its position regarding the unresolved discovery disputes set forth in the parties' March 26, 2018 joint letter to the Court, as well as any remaining disputes regarding fact discovery. Each party's Letter may not exceed eight pages and should show good cause as to why the requested discovery was not completed prior to the March 7, 2018 fact discovery deadline. On April 5, 2018, each party shall file its response to the opposing party's Letter. Each party's response may not exceed five pages. In their responses, the parties should indicate whether they seek oral argument regarding any issue or whether the Court should decide the remaining issues based on the parties' written submissions. Any issue regarding fact discovery that is not raised with the Court in either the March 30, 2018 Letters or April 5, 2018 responses shall be deemed waived. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/27/2018) (ama) (Entered: 03/27/2018) |
| 03/28/2018 | 371 | SEALED DOCUMENT placed in vault.(rz) (Entered: 03/28/2018) |
| 03/29/2018 | 372 | TRANSCRIPT of Proceedings re: Status Conference held on 3/13/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Mary Greco, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/19/2018. Redacted Transcript Deadline set for 4/30/2018. Release of Transcript Restriction set for 6/27/2018.(mhe) (Entered: 03/29/2018) |
| 03/29/2018 | 373 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 03/13/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(mhe) (Entered: 03/29/2018) |
| 04/02/2018 | 374 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/26/2018 re: Discovery Issues (Public Version). Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Cutri, Gianni) (Entered: 04/02/2018) |
| 04/04/2018 | 375 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 4/2/2018 re: Accordingly, upon this showing of good cause, Syntel respectfully makes this request for an Order permitting Defendants to file Exhibits I and 2 to Exhibit A to the parties' March 26, 2018 letter under seal to prevent the disclosure of the commercially sensitive information.. ENDORSEMENT: Application Granted. So ordered. (Signed by Magistrate Judge Stewart D. Aaron on 4/4/2018) (js) (Entered: 04/04/2018) |

| 04/04/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 375 Endorsed Letter,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (js) (Entered: 04/04/2018) |
|---|---|---|
| 04/06/2018 | | NOTICE of Hearing: Oral Argument via Telephone set for 4/10/2018 at 04:00 PM before Magistrate Judge Stewart D. Aaron. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. (kl) (Entered: 04/06/2018) |
| 04/10/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephonic Oral Argument held on 4/10/2018. (kl) (Entered: 04/11/2018) |
| 04/11/2018 | 376 | LETTER MOTION for Discovery *Issues (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/30/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B (Redacted), # 3 Exhibit C (Redacted), # 4 Exhibit D (Redacted), # 5 Exhibit E (Redacted), # 6 Exhibit F, # 7 Exhibit G (Redacted), # 8 Exhibit H (Redacted), # 9 Exhibit I (Redacted), # 10 Exhibit J (Redacted), # 11 Exhibit K (Redacted), # 12 Exhibit L (Redacted), # 13 Exhibit M (Redacted), # 14 Exhibit N (Redacted), # 15 Exhibit O (Redacted), # 16 Exhibit P (Redacted), # 17 Exhibit Q (Redacted), # 18 Exhibit R (Redacted), # 19 Exhibit S (Redacted), # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V (Redacted), # 23 Exhibit W (Redacted), # 24 Exhibit X (Redacted), # 25 Exhibit Y)(Cutri, Gianni) (Entered: 04/11/2018) |
| 04/11/2018 | 377 | LETTER MOTION for Discovery *Issues* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated March 30, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 (TO BE SEALED), # 8 Exhibit 8 (TO BE SEALED), # 9 Exhibit 9 (TO BE SEALED), # 10 Exhibit 10 (TO BE SEALED), # 11 Exhibit 11 (TO BE SEALED), # 12 Exhibit 12, # 13 Exhibit 13 (TO BE SEALED), # 14 Exhibit 14 (TO BE SEALED), # 15 Exhibit 15, # 16 Exhibit 16 (REDACTED), # 17 Exhibit 17 (TO BE SEALED), # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20 (REDACTED), # 21 Exhibit 21)(Sekel, Anne) (Entered: 04/11/2018) |
| 04/11/2018 | 378 | LETTER RESPONSE to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated April 5, 2018 re: 376 LETTER MOTION for Discovery *Issues (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/30/2018. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (REDACTED), # 3 Exhibit C (REDACTED), # 4 Exhibit D, # 5 Exhibit E (REDACTED), # 6 Exhibit F (REDACTED), # 7 Exhibit G (REDACTED), # 8 Exhibit H (REDACTED), # 9 Exhibit I, # 10 Exhibit J (REDACTED), # 11 Exhibit K)(Sekel, Anne) (Entered: 04/11/2018) |
| 04/11/2018 | 379 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 4/5/2018 re: Response to Syntel's 3/30/2018 Letter Motion (Redacted Version). Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2 (Redacted), # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 (Redacted), # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 (Redacted), # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15 (Redacted), # 16 Exhibit 16 (Redacted), |

| | | |
|---|---|---|
| | | # 17 Exhibit 17 (Redacted), # 18 Exhibit 18 (Redacted), # 19 Exhibit 19, # 20 Exhibit 20 (Redacted), # 21 Exhibit 21 (Redacted), # 22 Exhibit 22 (Redacted), # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25 (Redacted), # 26 Exhibit 26 (Redacted), # 27 Exhibit 27 (Redacted))(Cutri, Gianni) (Entered: 04/11/2018) |
| 04/12/2018 | 380 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated 4/11/2018 re: Accordingly, upon this showing of good cause, Defendants respectfully make this request for an Order permitting Syntel to file Exhibit B under seal to prevent the disclosure of commercially sensitive business information. Exhibit B will be filed with redactions. ENDORSEMENT: Request Granted. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 4/12/2018) (js) (Entered: 04/12/2018) |
| 04/12/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 380 Endorsed Letter,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (js) (Entered: 04/12/2018) |
| 04/17/2018 | 381 | ENDORSED LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/14/2018 re: filing under seal. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 4/17/2018) (ras) (Entered: 04/17/2018) |
| 04/17/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 381 Endorsed Letter to the Sealed Records Clerk for the sealing or unsealing of document or case. (ras) (Entered: 04/17/2018) |
| 04/17/2018 | 382 | ENDORSED LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 4/11/2018 re: request to file exhibits under seal. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 4/17/2018) (ras) (Entered: 04/17/2018) |
| 04/17/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 382 Endorsed Letter to the Sealed Records Clerk for the sealing or unsealing of document or case. (ras) (Entered: 04/17/2018) |
| 04/17/2018 | 383 | ORDER terminating 376 Letter Motion for Discovery; terminating 377 Letter Motion for Discovery. It is hereby ORDERED that: The deadline for the close of expert discovery is Friday, August 31, 2018. The Clerk of Court is directed to terminate the Letter-Motions at ECF Nos. 376 and 377, and as further set forth herein. (Signed by Magistrate Judge Stewart D. Aaron on 4/17/2018) (ras) (Entered: 04/17/2018) |
| 04/17/2018 | | Set/Reset Deadlines: Expert Discovery due by 8/31/2018. (ras) (Entered: 04/17/2018) |
| 04/18/2018 | 384 | NOTICE OF APPEARANCE by Robert S. Weisbein on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Weisbein, Robert) (Entered: 04/18/2018) |
| 04/19/2018 | 385 | TRANSCRIPT of Proceedings re: Telephonic Oral Argument held on 4/10/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/10/2018. Redacted Transcript Deadline set for 5/21/2018. Release of Transcript Restriction set for 7/18/2018.(mhe) (Entered: 04/19/2018) |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 04/19/2018 | 386 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephonic Oral Argument proceeding held on 04/10/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(mhe) (Entered: 04/19/2018) |
|---|---|---|
| 05/11/2018 | 387 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/11/2018 re: Deposition Dates. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/11/2018) |
| 05/11/2018 | 388 | MEMO ENDORSEMENT on re: 387 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Requested date extensions APPROVED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 5/11/2018) (rro) (Entered: 05/11/2018) |
| 05/11/2018 | | Set/Reset Deadlines: Deposition due by 5/25/2018. (rro) (Entered: 05/11/2018) |
| 05/16/2018 | 389 | LETTER MOTION for Extension of Time *to Respond to Court Ordered Questions* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/16/2018) |
| 05/16/2018 | 390 | ORDER granting 389 Letter Motion for Extension of Time. Request Granted. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 5/16/2018) (js) (Entered: 05/16/2018) |
| 05/23/2018 | 391 | ORDER: Plaintiffs shall respond to Defendant's May 22, 2018 Letter to the Court (sent via e-mail in accordance with the Court's Individual Practice I.B) no later than 5:00 p.m. EDT on Thursday, May 24, 2018. The parties are directed to appear via Telephone for a conference regarding the issues raised in Defendant's Letter on Friday, May 25, 2018, at 11:00 a.m. EDT. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 5/25/2018 at 11:00 AM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 5/23/2018) (kl) (Entered: 05/23/2018) |
| 05/25/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 5/25/2018. (kl) (Entered: 05/25/2018) |
| 05/25/2018 | 392 | ORDER: For the foregoing reasons, and for the reasons stated on the record, it is hereby ORDERED as follows: 1. Within ten days of the date of this Order, Syntel shall produce to Defendants the non-privileged documents from Mr. Chadha's devices that hit on the search term "TriZetto." These documents shall be designated CONFIDENTIAL FOR OUTSIDE COUNSEL ONLY, in accordance with the Protective Order (ECF No. 99). Any documents withheld as privileged shall be set forth in a privilege log, which Syntel shall provide to Defendants within four days of the production. 2. Following Defendants' review of the production, if Defendants can make a showing that a substantial number of documents should have been produced during discovery, Defendants may make an application to the Court for further relief with respect to the remaining search terms. Any such application shall be made within seven days of the date that Defendants receive the production. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 5/25/2018) (kl) (Entered: |

| | | 05/25/2018) |
|---|---|---|
| 05/31/2018 | 393 | LETTER MOTION for Discovery *Production - Public Version* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/22/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/31/2018) |
| 05/31/2018 | 394 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated May 24, 2018 re: Opposition to Defendants/Counterclaim Plaintiffs May 22, 2018 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 05/31/2018) |
| 05/31/2018 | 395 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/25/2018 re: 393 LETTER MOTION for Discovery *Production - Public Version* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/22/2018. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 05/31/2018) |
| 06/01/2018 | 396 | TRANSCRIPT of Proceedings re: telephone conference held on 5/25/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/22/2018. Redacted Transcript Deadline set for 7/2/2018. Release of Transcript Restriction set for 8/30/2018.(rro) (Entered: 06/01/2018) |
| 06/01/2018 | 397 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 5/25/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 06/01/2018) |
| 06/07/2018 | 398 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/07/2018) |
| 06/07/2018 | 399 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated June 7, 2018 Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Attachment to letter)(Sekel, Anne) (Entered: 06/07/2018) |
| 06/07/2018 | 400 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated May 24, 2018 re: Opposition to Defendants/Counterclaim Plaintiffs May 22, 2018 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Sekel, Anne) (Entered: 06/07/2018) |
| 06/07/2018 | 401 | LETTER MOTION for Discovery *(Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/22/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Cutri, Gianni) (Entered: 06/07/2018) |
| 06/07/2018 | 402 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/25/2018 re: 401 LETTER MOTION for Discovery |

| | | |
|---|---|---|
| | | *(Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/22/2018. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Cutri, Gianni) (Entered: 06/07/2018) |
| 06/12/2018 | 403 | ORDER: The Court is in receipt of Defendants' confidential letter, dated June 11, 2018, regarding the production of documents from the files of Ankur Chadha. It is hereby ORDERED that Plaintiff shall send its response to this letter to the Court and to Defendants' counsel no later than 6 p.m. EST on Thursday, June 14, 2018, and that Defendants shall send any reply no later than 6 p.m. EST on Friday, June 15, 2018. The parties are directed to appear via Telephone for a conference in the above-captioned matter on Monday, June 18, 2018, at 10:00 a.m. EST. During the conference, the parties should be prepared to discuss the correspondence set forth in the paragraph above, as well as the deadlines for expert reports, which deadlines are hereby extended sine die, pending the conference. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 6/18/2018 at 10:00 AM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 6/12/2018) (kl) (Entered: 06/12/2018) |
| 06/14/2018 | 404 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated June 14, 2018 re: Response to Defendants' Letter Submitted June 11, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 06/14/2018) |
| 06/18/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 6/18/2018. (kl) (Entered: 06/18/2018) |
| 06/18/2018 | 405 | ORDER: For the reasons stated on the record, it is hereby ORDERED as follows: Syntel shall produce all non-privileged documents from Mr. Chadha's devices that hit on any of the following search terms: "TriZetto," "TZ," "Facets," and "Customer Exchange." These documents shall be produced on a rolling basis beginning on June 26, 2018, with all documents produced no later than July 9, 2018. These documents shall be designated CONFIDENTIAL FOR OUTSIDE COUNSEL ONLY, in accordance with the Protective Order (ECF No. 99). Any documents withheld as privileged shall be set forth in a privilege log, which Syntel shall provide to Defendants no later than July 19, 2018. Syntel shall run the same search terms identified in Paragraph 1 against the "TriZetto Data" folder and produce all documents that hit on any of those search terms to Defendants no later than July 9, 2018. These documents shall be designated CONFIDENTIAL FOR OUTSIDE COUNSEL ONLY, in accordance with the Protective Order (ECF No. 99). Syntel shall specifically identify the documents that are produced from the "TriZetto Data" folder. If, following Syntel's production, Defendants can make a showing as to why additional documents from that folder should be produced, they may renew their application. Any such application shall be made prior to July 30, 2018. Syntel shall produce an unredacted version of SYNSUPP-0207148. The Court finds that the portions of that document that were redacted by Syntel (see SYNSUPP-0207213, at 44) are not subject to the attorney-client privilege. The redacted language merely indicates that a document was forwarded to an attorney for "review and closure." That language does not reflect any attorney-client communication. The parties shall meet and confer about Syntel's privilege log (Ex. 19 to 6/11/2018 Letter from Mr. Cutri) and, in conjunction therewith, Syntel shall provide Defendants with a revised privilege log as promptly as possible, but no later than July 2, 2018. Defendants' |

| | | |
|---|---|---|
| | | motion for sanctions regarding Syntel's alleged discovery misconduct shall be filed no later than July 30, 2018. Syntel's opposition shall be filed no later than August 17, 2018, and Defendants' reply shall be filed no later than August 24, 2018. An in-person hearing on Defendants' motion for sanctions shall be held on Tuesday, August 28, 2018, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. All deadlines regarding expert discovery are adjourned sine die. SO ORDERED. (Motions due by 7/30/2018., Responses due by 8/17/2018, Replies due by 8/24/2018., Oral Argument set for 8/28/2018 at 10:00 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 6/18/2018) (kl) (Entered: 06/18/2018) |
| 06/21/2018 | 406 | LETTER MOTION for Discovery *Production (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/11/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/21/2018) |
| 06/21/2018 | 407 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/15/2018 re: 406 LETTER MOTION for Discovery *Production (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/11/2018. *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 06/21/2018) |
| 06/28/2018 | 408 | LETTER MOTION for Discovery *Production (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/11/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Sealed), # 3 Exhibit 3 (Sealed), # 4 Exhibit 4 (Sealed), # 5 Exhibit 5, # 6 Exhibit 6 (Sealed), # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (Sealed), # 10 Exhibit 10, # 11 Exhibit 11 (Sealed), # 12 Exhibit 12 (Sealed), # 13 Exhibit 13, # 14 Exhibit 14 (Sealed), # 15 Exhibit 15 (Sealed), # 16 Exhibit 16 (Sealed), # 17 Exhibit 17 (Sealed), # 18 Exhibit 18 (Sealed), # 19 Exhibit 19 (Sealed), # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22 (Sealed), # 23 Exhibit 23 (Sealed), # 24 Exhibit 24 (Sealed), # 25 Exhibit 25 (Sealed))(Cutri, Gianni) (Entered: 06/28/2018) |
| 06/28/2018 | 409 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/15/2018 re: 408 LETTER MOTION for Discovery *Production (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/11/2018. *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 26 (Sealed), # 2 Exhibit 27 (Sealed), # 3 Exhibit 28, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 31, # 7 Exhibit 32 (Sealed), # 8 Exhibit 33, # 9 Exhibit 34)(Cutri, Gianni) (Entered: 06/28/2018) |
| 06/28/2018 | 410 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/29/2018) |
| 07/13/2018 | 411 | ORDER: The Court is in receipt of the parties' July 13, 2018 confidential letter, submitted via e-mail in accordance with the Court's Individual Practices. On consent, Defendants' request to brief additional claims and for an expansion of the briefing page limits is GRANTED. (Signed by Magistrate Judge Stewart D. Aaron on 7/13/2018) (cf) (Entered: 07/13/2018) |

A-84

| | | |
|---|---|---|
| 07/26/2018 | 412 | TRANSCRIPT of Proceedings re: telephone conference held on 6/18/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/16/2018. Redacted Transcript Deadline set for 8/27/2018. Release of Transcript Restriction set for 10/24/2018.(rro) (Entered: 07/26/2018) |
| 07/26/2018 | 413 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 6/18/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 07/26/2018) |
| 07/27/2018 | 414 | LETTER MOTION for Leave to File Excess Pages addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 7/27/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/27/2018) |
| 07/27/2018 | 415 | ORDER granting 414 Letter Motion for Leave to File Excess Pages. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 7/27/2018) (kl) (Entered: 07/27/2018) |
| 08/10/2018 | 416 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated August 10, 2018 re: Opposition to Defendants' August 7, 2018 Letter Motion. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Sekel, Anne) (Entered: 08/10/2018) |
| 08/14/2018 | 417 | ORDER: The parties are directed to appear via Telephone for Oral Argument regarding the issues raised in Defendants' August 7, 2018 letter on Tuesday, August 21, 2018 at 2:30 p.m. EDT. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. (As further set forth in this order) (Telephone Conference set for 8/21/2018 at 02:30 PM before Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 8/14/2018) (ne) Modified on 8/14/2018 (ne). (Entered: 08/14/2018) |
| 08/17/2018 | 418 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Discovery *re privilege documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/17/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Cutri, Gianni) Modified on 8/24/2018 (ldi). (Entered: 08/17/2018) |
| 08/17/2018 | 419 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/13/2018 re: 418 LETTER MOTION for Discovery *re privilege documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/17/2018. . Document filed by The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cutri, Gianni) (Entered: 08/17/2018) |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 08/21/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 8/21/2018. (kl) (Entered: 08/21/2018) |
|---|---|---|
| 08/22/2018 | 420 | ORDER denying without prejudice 418 Letter Motion for Discovery. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 8/22/2018) (js) (Entered: 08/22/2018) |
| 08/23/2018 | 421 | ORDER: It is hereby Ordered that, no later than 5 p.m. EST on Monday, August 27, 2018, the parties shall each provide to the Court by letter filed on ECF an estimated number of documents produced by Plaintiff pursuant to the Court's June 18, 2018 Order (ECF No. 405) that in whole or in part contain information derived directly or indirectly from The TriZetto Group, and any additional communications relating to them. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 8/23/2018) (kl) (Entered: 08/23/2018) |
| 08/23/2018 | 422 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated August 23, 2018 re: Clarification of Dkt. 421. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 08/23/2018) |
| 08/24/2018 | 423 | MEMO ENDORSEMENT on re: 422 Letter filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: Request GRANTED. The Court shall hold a brief telephone conference with the parties today, Friday, August 24, 2018, at 4:00 p.m. EDT. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 8/24/2018 at 04:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 8/24/2018) (kl) (Entered: 08/24/2018) |
| 08/24/2018 | 424 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/24/2018 re: Telephone Conference. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)(Cutri, Gianni) (Entered: 08/24/2018) |
| 08/24/2018 | 425 | MEMO ENDORSEMENT on re: 424 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Request GRANTED. The telephone conference shall be held today at 2:30 p.m. EDT. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 8/24/2018 at 02:30 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 8/24/2018) (kl) (Entered: 08/24/2018) |
| 08/24/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 8/24/2018. (kl) (Entered: 08/24/2018) |
| 08/27/2018 | 426 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel, Esq. dated August 27, 2018 re: Plaintiffs' Letter Responding to Court's August 23, 2018 Order (ECF No. 421). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 08/27/2018) |
| 08/27/2018 | 427 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/27/2018 re: Response to 8/23/2018 Order re Produced Documents. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/27/2018) |

SDNY CM/ECF NextGen Version 1.6    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 08/28/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Oral Argument held on 8/28/2018. Court Reporter Rose Prater present. (kl) (Entered: 08/28/2018) |
|---|---|---|
| 08/29/2018 | 428 | ORDER: Following oral argument on Defendants' motion for sanctions, it is hereby Ordered that, no later than September 4, 2018: The parties shall provide the Court with hard copies of all documents derived directly or indirectly from TriZetto and which contain the words "confidential," "proprietary" or any similar confidentiality legend, or which are attached to other documents or communications referencing the confidential or proprietary nature of TriZetto's information. The parties shall confer regarding whether or not they agree as to the number of such documents and/or which such documents are duplicates. To the extent the parties disagree they should state which documents are in dispute. Plaintiffs shall provide to Defendants and the Court any documentary evidence regarding their contention in Footnote 31 of their Opposition Brief that the Forensic Examiner offered Defendants the option of trying to have twelve computers restored and Defendants declined the offer. Plaintiffs shall run the search terms "TriZetto," "TZ," "Customer Exchange" and "FACETS" against the Forensic Examiner's copy of the PCT drive for the date range January 1, 2013 through the date the drive was collected, and provide the hit counts to Defendants and the Court. The parties shall confer and file a joint letter regarding a proposed schedule for expert discovery. To the extent not already filed, the parties shall file redacted versions of their motion papers pertaining to Defendants' motion for sanctions on ECF, and file the complete motion papers under seal. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 8/29/2018) (kl) (Entered: 08/29/2018) |
| 08/31/2018 | 429 | JOINT LETTER MOTION for Extension of Time *to Complete Tasks in 8/29/2018 Order* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/31/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/31/2018) |
| 08/31/2018 | 430 | ORDER granting 429 Letter Motion for Extension of Time. (Signed by Magistrate Judge Stewart D. Aaron on 8/31/2018) (Aaron, Stewart) (Entered: 08/31/2018) |
| 09/06/2018 | 431 | NOTICE OF APPEARANCE by Matthew Joseph Hrutkay on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Hrutkay, Matthew) (Entered: 09/06/2018) |
| 09/06/2018 | 432 | NOTICE of Withdrawal of Appearance of Matthew J. Hrutkay re: 431 Notice of Appearance. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Hrutkay, Matthew) (Entered: 09/06/2018) |
| 09/10/2018 | 433 | TRANSCRIPT of Proceedings re: Telephone Conference held on 8/24/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/1/2018. Redacted Transcript Deadline set for 10/11/2018. Release of Transcript Restriction set for 12/10/2018.(aea) (Entered: 09/10/2018) |
| 09/10/2018 | 434 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 8/24/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aea) (Entered: 09/10/2018) |
| 09/10/2018 | 435 | TRANSCRIPT of Proceedings re: Telephone Conference held on 8/21/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/1/2018. Redacted Transcript Deadline set for 10/11/2018. Release of Transcript Restriction set for 12/10/2018.(aea) (Entered: 09/10/2018) |
| 09/10/2018 | 436 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 8/21/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aea) (Entered: 09/10/2018) |
| 09/11/2018 | 437 | JOINT LETTER MOTION for Extension of Time *to Complete Tasks from 8/29 Order* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 9/11/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/11/2018) |
| 09/11/2018 | 438 | ORDER granting 437 Letter Motion for Extension of Time. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/11/2018) (kl) (Entered: 09/11/2018) |
| 09/12/2018 | 439 | MOTION for Sanctions *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61)(Cutri, Gianni) (Entered: 09/12/2018) |
| 09/12/2018 | 440 | REPLY MEMORANDUM OF LAW in Support re: 439 MOTION for Sanctions *(Public Version)*. *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 63, # 2 Exhibit 64, # 3 Exhibit 65, # 4 Exhibit 66, # 5 Exhibit 67, # 6 Exhibit 68, # 7 Exhibit 69, # 8 Exhibit 70, # 9 Exhibit 70a, # 10 Exhibit 70b, # 11 Exhibit 71, # 12 Exhibit 72, # 13 Exhibit 73, # 14 Exhibit 74)(Cutri, Gianni) (Entered: 09/12/2018) |
| 09/12/2018 | 441 | SECOND LETTER MOTION for Extension of Time *to Complete Tasks from 8/29 Order* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 9/12/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | Group, Inc..(Cutri, Gianni) (Entered: 09/12/2018) |
| 09/13/2018 | 442 | ORDER granting 441 Letter Motion for Extension of Time. ENDORSEMENT: Per email sent by Chambers yesterday evening, this request is GRANTED on consent nunc pro tunc. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/13/2018) (kl) (Entered: 09/13/2018) |
| 09/13/2018 | 443 | MEMORANDUM OF LAW in Opposition re: 439 MOTION for Sanctions *(Public Version)*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55)(Sekel, Anne) (Entered: 09/13/2018) |
| 09/13/2018 | 444 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 9/13/2018 re: Expert Discovery Schedule. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/13/2018) |
| 09/13/2018 | 445 | THIRD LETTER MOTION for Extension of Time *to Complete Tasks from 8/29 Order* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 9/13/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/13/2018) |
| 09/13/2018 | 447 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 09/14/2018) |
| 09/13/2018 | 449 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 09/14/2018) |
| 09/14/2018 | 446 | ORDER granting 445 Letter Motion for Extension of Time. ENDORSEMENT: Per email sent by Chambers yesterday evening, this request is GRANTED on consent nunc pro tunc. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/14/2018) (kl) (Entered: 09/14/2018) |
| 09/14/2018 | 448 | MEMO ENDORSEMENT on re: 444 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/14/2018) (kl) (Entered: 09/14/2018) |
| 09/14/2018 | | Set/Reset Deadlines: Expert Discovery due by 12/18/2018. (kl) (Entered: 09/14/2018) |
| 09/18/2018 | 450 | LETTER dated 7/13/2016 re: Motion To Appeal The Magistrate Judges June 29, 2016 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Filed by Chambers)(kl) (Main Document 450 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 451 | TRANSCRIPT of Proceedings re: Appeal of Discovery Order held on 7/28/2016 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/9/2018. Redacted Transcript Deadline set for 10/19/2018. Release of Transcript Restriction set for 12/17/2018.(kl) (Main Document 451 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 452 | LETTER addressed to Judge Lorna G. Schofield dated 7/25/2016 re: Opposition to Plaintiffs' Motion to Appeal the Magistrate Judges June 29, 2016 Order. Document filed by The Trizetto Group, Inc. (Filed by Chambers) (kl) (Main Document 452 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 453 | TRANSCRIPT of Proceedings re: Sanctions Hearing held on 8/28/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Rose Prater, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/9/2018. Redacted Transcript Deadline set for 10/19/2018. Release of Transcript Restriction set for 12/17/2018.(kl) (Main Document 453 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 454 | LETTER addressed to Magistrate Judge Stewart D. Aaron dated 9/14/2018 re: August 29, 2018 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc. (Filed By Chambers) (kl) (Main Document 454 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 455 | LETTER addressed to Magistrate Judge Stewart D. Aaron dated 9/13/2018 re: August 29, 2018 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Filed By Chambers) (kl) (Main Document 455 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/19/2018 | 456 | OPINION AND ORDER re: 439 MOTION for Sanctions *(Public Version)*, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the reasons set forth above, Defendants' Motion for Sanctions (ECF No. 439) is GRANTED IN PART and DENIED IN PART. The parties' earlier cross-motions for sanctions are DENIED. (See ECF No. 361.) It is hereby ORDERED, as follows: Within forty-five days of the date of this Opinion and Order, Syntel and/or its counsel shall reimburse Defendants for the reasonable attorneys' fees and expenses that they incurred in connection with (a) preparing their May 22, 2018 Letter-Motion and their June 11, 2018 Letter-Motion, and only that portion of their July 30, 2018 Motion for Sanctions that related to the production of documents from Mr. Chadha; and (b) preparing for and participating in the court proceedings relating to these submissions. If Syntel and its counsel dispute the reasonableness of Defendants' fees and expenses with respect to Defendants' identified motions, then Defendants shall submit a fee application to this Court for resolution. Defendants are granted leave to take a Rule 30(b)(6) deposition of a Syntel witness, to be taken no later than November 9, 2018, within the parameters set forth above. Plaintiffs shall pay the attorneys' fees (up to a maximum of $15,000) and reasonable expenses of such deposition no later seven days following the conclusion of the deposition. Syntel shall produce to Defendants all non-privileged documents from the PCT drive that hit on any of the search terms set forth above. Syntel shall produce the documents on a rolling basis beginning no later than seven days from the date of this Opinion and Order and concluding no later than twenty-one days thereafter. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/19/2018) (kl) (Entered: 09/19/2018) |

| 10/12/2018 | 457 | JOINT LETTER MOTION for Extension of Time *to Submit Opening Expert Reports* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated October 12, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 10/12/2018) |
|---|---|---|
| 10/12/2018 | 458 | ORDER granting 457 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 10/12/2018) (kl) (Entered: 10/12/2018) |
| 10/16/2018 | 459 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Local Rule 37.2 Conference *re Discovery* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Cutri, Gianni) Modified on 10/17/2018 (db). (Entered: 10/16/2018) |
| 10/17/2018 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Gianni L Cutri to RE-FILE Document 459 LETTER MOTION for Local Rule 37.2 Conference *re Discovery* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. Use the event type Compel found under the event list Motion (Letter). (db)** (Entered: 10/17/2018) |
| 10/17/2018 | 460 | LETTER MOTION to Compel Syntel to produce *Atos documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Cutri, Gianni) (Entered: 10/17/2018) |
| 10/17/2018 | 461 | LETTER MOTION for Extension of Time *to Respond to Defendants' Letter Motion (ECF No. 460)* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated October 17, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 10/17/2018) |
| 10/18/2018 | 462 | ORDER granting 461 Letter Motion for Extension of Time. Application GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 10/18/2018) (kl) (Entered: 10/18/2018) |
| 10/18/2018 | | Set/Reset Deadlines: Responses due by 10/24/2018 (kl) (Entered: 10/18/2018) |
| 10/24/2018 | 463 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated October 24, 2018 re: 460 LETTER MOTION to Compel Syntel to produce *Atos documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sekel, Anne) (Entered: 10/24/2018) |
| 10/25/2018 | 464 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/25/2018 re: 460 LETTER MOTION to Compel Syntel to produce *Atos documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 10/25/2018) |

| | | |
|---|---|---|
| 10/26/2018 | 465 | ORDER: The parties are directed to appear via Telephone for a conference in the above-captioned matter on Thursday, November 1, 2018, at 11:00 a.m. EST. During the conference, the parties should be prepared to discuss Defendants' Letter- Motion to compel (ECF No. 460). The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO Ordered. ( Telephone Conference set for 11/1/2018 at 11:00 AM before Magistrate Judge Stewart D. Aaron .) (Signed by Magistrate Judge Stewart D. Aaron on 10/26/2018) (js) Modified on 10/26/2018 (js). (Entered: 10/26/2018) |
| 10/29/2018 | | NOTICE of Hearing RESCHEDULED: The Telephone Conference previously scheduled for November 1, 2018 at 11:00 a.m. is hereby rescheduled to 12:00 p.m. the same day. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. (Telephone Conference set for 11/1/2018 at 12:00 PM before Magistrate Judge Stewart D. Aaron.) (kl) (Entered: 10/29/2018) |
| 10/30/2018 | 466 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/30/2018) |
| 10/30/2018 | 467 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/30/2018) |
| 10/30/2018 | 468 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/30/2018) |
| 10/30/2018 | 469 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/30/2018) |
| 10/30/2018 | 470 | SEALED DOCUMENT placed in vault.(rz) (Entered: 10/31/2018) |
| 11/01/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 11/1/2018. (kl) (Entered: 11/01/2018) |
| 11/02/2018 | 471 | OPINION AND ORDER: re: 460 LETTER MOTION to Compel Syntel to produce *Atos documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the foregoing reasons, Defendants Letter-Motion is DENIED. So Ordered (Signed by Magistrate Judge Stewart D. Aaron on 11/1/2018) (js) (Entered: 11/02/2018) |
| 11/02/2018 | 472 | MOTION for Benjamin A. Herbert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-15850971. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Benjamin A. Herbert in Support of Motion, # 2 Text of Proposed Order to Admit Counsel Pro Hac Vice)(Herbert, Benjamin) (Entered: 11/02/2018) |
| 11/02/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 472 MOTION for Benjamin A. Herbert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-15850971. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 11/02/2018) |
| 11/02/2018 | 473 | ORDER FOR ADMISSION PRO HAC VICE granting 472 Motion for Benjamin A. Herbert to Appear Pro Hac Vice. (Signed by Magistrate Judge Stewart D. Aaron on 11/2/2018) (rjm) (Entered: 11/02/2018) |
| 11/06/2018 | 474 | MOTION for Jared Barcenas to Withdraw as Attorney *for Defendants*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order)(Cutri, Gianni) (Entered: 11/06/2018) |

SDNY CM/ECF NextGen Version 1.6　　　　　　　https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 11/08/2018 | 475 | JOINT LETTER MOTION for Extension of Time *to Complete Deposition* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz and Gianni Aaron dated November 8, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 11/08/2018) |
| --- | --- | --- |
| 11/08/2018 | 476 | ORDER granting 475 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED. Deposition due by 11/15/2018. (Signed by Magistrate Judge Stewart D. Aaron on 11/8/2018) (kl) (Entered: 11/08/2018) |
| 11/08/2018 | 477 | ORDER GRANTING WITHDRAWAL OF APPEARANCE granting 474 Motion to Withdraw as Attorney. Attorney Jared Michael Barcenas terminated. (Signed by Judge Lorna G. Schofield on 11/8/2018) (jca) (Entered: 11/08/2018) |
| 11/12/2018 | 478 | JOINT LETTER MOTION for Extension of Time *for the parties to attempt to resolve reimbursement of attorneys' fees pursuant to 456 without motion practice* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Robert S. Weisbein dated November 12, 2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 11/12/2018) |
| 11/13/2018 | 479 | ORDER granting 478 Letter Motion for Extension of Time. Application Granted nunc pro tunc. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 11/13/2018) (js) (Entered: 11/13/2018) |
| 11/15/2018 | 480 | JOINT LETTER MOTION for Extension of Time *re Rebuttal expert reports* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Todd C. Norbitz dated November 15, 2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 11/15/2018) |
| 11/15/2018 | 481 | ORDER granting 480 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 11/15/2018) (kl) (Entered: 11/15/2018) |
| 12/07/2018 | 482 | ORDER. It is hereby ORDERED that on January 15, 2019, at 10:30 a.m., a pre-motion conference will be held for any anticipated dispositive motions, and as further specified and set forth in this Order. (Pre-Motion Conference set for 1/15/2019 at 10:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 12/7/2018) (rjm) (Entered: 12/07/2018) |
| 12/18/2018 | 483 | JOINT LETTER MOTION for Extension of Time *to Complete Expert Discovery* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz and Gianni Cutri dated December 18, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 12/18/2018) |
| 12/18/2018 | 484 | ORDER granting 483 Letter Motion for Extension of Time. Application GRANTED. No further extensions will be granted absent exigent circumstances. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 12/18/2018) (js) (Entered: 12/18/2018) |
| 12/18/2018 | | Set/Reset Deadlines: Expert Discovery due by 1/31/2019. (js) (Entered: 12/18/2018) |
| 12/19/2018 | 485 | ORDER: ORDERED that the pre-motion conference for any anticipated dispositive motions scheduled for January 15, 2019, is adjourned to February 19, 2019, at 10:30 a.m., provided that: party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference and in the form provided in the Court's Individual Rule III.A.1. (As further set forth in this |

SDNY CM/ECF NextGen Version 1.6     https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | Order.) (Pre-Motion Conference set for 2/19/2019 at 10:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 12/19/2018) (cf) Modified on 12/20/2018 (cf). (Entered: 12/19/2018) |
| 01/18/2019 | 486 | NOTICE OF APPEARANCE by Leslie Marie Schmidt on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Schmidt, Leslie) (Entered: 01/18/2019) |
| 01/22/2019 | 487 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Discovery *Conference Regarding Expert Depositions* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1)(Sekel, Anne) Modified on 2/6/2019 (db). (Entered: 01/22/2019) |
| 01/23/2019 | 488 | ORDER re: 487 LETTER MOTION for Discovery Conference Regarding Expert Depositions addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019 filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.: Defendants shall file on ECF their response to Plaintiffs' Letter Motion (ECF No. 487) no later than 9 a.m. ET on 1/24/2019, and Plaintiffs shall file on ECF any reply no later than 10 p.m. ET on 1/24/2019. A telephone conference will be held at 12 noon ET on 1/25/2019, during which the Court will ask any questions of the parties and issue a ruling (to be followed by a written order). The parties shall call the Court's conference line at 212-805-0110 after both sides are on the line. (Signed by Magistrate Judge Stewart D. Aaron on 1/23/19) (Aaron, Stewart) (Entered: 01/23/2019) |
| 01/23/2019 | | Set/Reset Hearings: Telephone Conference set for 1/25/2019 at 12:00 PM before Magistrate Judge Stewart D. Aaron. (kl) (Entered: 01/23/2019) |
| 01/24/2019 | 489 | LETTER RESPONSE to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated January 24, 2019 re: 487 LETTER MOTION for Discovery *Conference Regarding Expert Depositions* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 01/24/2019) |
| 01/24/2019 | 490 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 24, 2019 re: 487 LETTER MOTION for Discovery *Conference Regarding Expert Depositions* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 01/24/2019) |
| 01/25/2019 | 491 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 24, 2019 re: 487 LETTER MOTION for Discovery *Conference Regarding Expert Depositions* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019. *Corrected letter reply to include Exhibit 1, which was inadvertently omitted from Dkt. 490.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 01/25/2019) |
| 01/25/2019 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 1/25/2019. (kl) (Entered: 01/25/2019) |

| 01/25/2019 | 492 | ORDER granting in part and denying in part 487 Letter Motion for Discovery. For the reasons stated on the record during the telephone conference held today, the Plaintiffs' Letter-Motion (ECF No. 487) is GRANTED IN PART and DENIED IN PART. Defendants shall make their expert witness, Thomas Britven, available for 12 hours of deposition time. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 1/25/2019) (kl) (Entered: 01/25/2019) |
| --- | --- | --- |
| 01/30/2019 | 493 | JOINT LETTER MOTION to Adjourn Conference *Scheduled for February 19, 2019 at 10:30 a.m.* 485 addressed to Judge Lorna G. Schofield from Gianni Cutri dated January 30, 2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 01/30/2019) |
| 01/31/2019 | 494 | ORDER granting in part 493 Letter Motion to Adjourn Conference. Application GRANTED. The February 19, 2019, conference is adjourned to February 21, 2019, at 11:00 a.m. (Signed by Judge Lorna G. Schofield on 1/31/2019) Pre-Motion Conference set for 2/21/2019 at 11:00 AM before Judge Lorna G. Schofield. (ks) (Entered: 01/31/2019) |
| 02/05/2019 | 495 | LETTER MOTION for Conference *Pursuant to Court's Individual Rule III.A.1* addressed to Judge Lorna G. Schofield from Norman C. Ankers dated February 5, 2019. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Ankers, Norman) (Entered: 02/05/2019) |
| 02/06/2019 | 496 | ENDORSED LETTER addressed to Judge Lorna G. Schofield from Norman C. Ankers dated February 5, 2019 re: letter notifying the Court and Defendants / Counterclaim Plaintiffs of its intention to file for Motion Summary Judgement. ENDORSEMENT: Defendants shall file their response letter in accordance with the Court's Individual Rule III.A.1 by February 12, 2019. SO ORDERED. (Signed by Judge Lorna G. Schofield on 2/6/2019) (ks) (Entered: 02/06/2019) |
| 02/08/2019 | 497 | ORDER: WHEREAS, Defendants submitted their pre-motion for summary judgment letter to the Chambers inbox under the Court's Individual Rule I.C.3; it is hereby ORDERED that Plaintiffs shall file their response letter in accordance with the Court's Individual Rule III.A.1 by February 14, 2019. (Responses due by 2/14/2019) (Signed by Judge Lorna G. Schofield on 2/8/2019) (cf) (Entered: 02/08/2019) |
| 02/14/2019 | 498 | LETTER addressed to Judge Lorna G. Schofield from Norman C. Ankers dated February 14, 2019 re: Plaintiffs' Response to Defendants' Pre-Motion Letter for Summary Judgment Pursuant to Court's Individual Rule III.A.1. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Ankers, Norman) (Entered: 02/14/2019) |
| 02/15/2019 | 499 | ORDER: WHEREAS, both parties have filed pre-motion for summary judgment letters and responses; it is hereby ORDERED that the pre-motion conference scheduled for February 21, 2019, is cancelled. The parties' contemplated motions for summary judgment will be referred to Judge Aaron for a report and recommendation. A referral order will separately issue. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 2/15/2019) (cf) (Entered: 02/15/2019) |
| 02/15/2019 | 500 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Stewart D. Aaron. (Signed by Judge Lorna G. Schofield on 2/15/2019) (cf) (Entered: 02/15/2019) |

| 02/15/2019 | 501 | ORDER: No later than February 22, 2019, the parties shall file a joint letter setting forth a proposed briefing schedule on their motions for summary judgment. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 2/15/2019) (ks) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/19/2019 | 502 | TRANSCRIPT of Proceedings re: Telephone Conference held on 1/25/2019 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/12/2019. Redacted Transcript Deadline set for 3/22/2019. Release of Transcript Restriction set for 5/20/2019.(aea) (Entered: 02/19/2019) |
| 02/19/2019 | 503 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 1/25/2019 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aea) (Entered: 02/19/2019) |
| 02/22/2019 | 504 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated February 22, 2019 re: stay of the filing of the motions for summary judgment pending a settlement conference 499 . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/22/2019) |
| 02/22/2019 | 505 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated February 22, 2019 re: proposed briefing schedule and page limits for the parties motions for summary judgment 501 . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/22/2019) |
| 02/25/2019 | 506 | MEMO ENDORSEMENT on re: 504 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties shall appear for a telephone conference by jointly calling Chambers at (212) 805-0288 from a landline on February 26, 2019, at 11:30 a.m. (Telephone Conference set for 2/26/2019 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 2/25/2019) (cf) (Entered: 02/25/2019) |
| 02/26/2019 | 507 | ORDER: WHEREAS, a conference was held on February 26, 2019; it is hereby ORDERED that by March 19, 2019, the parties shall submit a status letter identifying the parties' chosen mediator and jointly proposing how to deal with the proposed summary judgment motions. It is further ORDERED that the parties' proposed motion for summary judgment briefing schedule (Dkt. No. 505) is stayed pending the parties' March 19, 2019, letter. SO ORDERED. (Signed by Judge Lorna G. Schofield on 2/26/2019) (kv) (Entered: 02/26/2019) |
| 03/19/2019 | 508 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated March 19, 2019 re: selection of Mediator. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 03/19/2019) |
| 03/20/2019 | 509 | MEMO ENDORSEMENT on re: 508 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' propose mediation is SO ORDERED. The parties shall submit their proposed motion for summary judgment briefing schedule to Judge Aaron. (Signed by Judge Lorna G. |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | Schofield on 3/20/2019) (jca) (Entered: 03/20/2019) |
| 05/15/2019 | 510 | ORDER: No later than Monday, May 20, 2019, the parties shall advise the Court regarding the status of mediation and any proposed motion for summary judgment briefing schedule. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 5/15/2019) (js) (Entered: 05/15/2019) |
| 05/20/2019 | 511 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Todd Norbitz dated 5/20/2019 re: In-Person Mediation Deadline. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/20/2019) |
| 05/20/2019 | 512 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Todd Norbitz dated 5/20/2019 re: Summary Judgment Briefing Schedule. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 05/20/2019) |
| 05/21/2019 | 513 | MEMO ENDORSEMENT on re: 512 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The briefing schedule is Approved. So Ordered. (Motions due by 6/26/2019. Responses due by 7/31/2019. Replies due by 8/21/2019.) (Signed by Magistrate Judge Stewart D. Aaron on 5/21/2019) (js) (Entered: 05/21/2019) |
| 05/21/2019 | 514 | MEMO ENDORSEMENT on re: 511 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Application GRANTED. The mediation deadline is extended to May 29, 2019. (Signed by Judge Lorna G. Schofield on 5/21/2019) (ks) Transmission to Mediation Clerk for processing. (Entered: 05/21/2019) |
| 06/13/2019 | 515 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 13, 2019 re: Status Regarding Mediation. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/13/2019) |
| 06/13/2019 | 516 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated June 13, 2019 re: Status Regarding Mediation. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/13/2019) |
| 06/25/2019 | 517 | JOINT LETTER MOTION for Extension of Time *to File Redacted Copies of Summary Judgment Motions and Sealing Request* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/25/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/25/2019) |
| 06/25/2019 | 518 | ORDER granting 517 Letter Motion for Extension of Time. Application GRANTED. However, the parties shall provide to the Court courtesy copies of their respective motions (either via hand delivery or overnight mail) in accordance with the June 26, 2019 deadline. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/25/2019) (kl) (Entered: 06/25/2019) |
| 07/09/2019 | 519 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 7/9/2019 re: Parties' Joint Sealing Request for Summary Judgment Submissions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/09/2019) |

A-97

| | | |
|---|---|---|
| 07/09/2019 | 520 | MOTION for Summary Judgment . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 521 | MEMORANDUM OF LAW in Support re: 520 MOTION for Summary Judgment . *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 522 | REDACTION to 520 MOTION for Summary Judgment . *Rule 56.1 Statement of Undisputed Facts in Support of Motion* by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 523 | DECLARATION of Thomas W. Britven in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 524 | DECLARATION of Bryan P. Bergeron (Redacted Version) in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 525 | DECLARATION of Vikramaditya Khanna (Redacted Version) in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 526 | DECLARATION of Chuck Sanders (Redacted Version) in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 527 | DECLARATION of Leslie M. Schmidt (Redacted Version) in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 528 | MOTION for Summary Judgment *(Public Version)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 07/09/2019) |

A-98

| 07/09/2019 | 529 | MEMORANDUM OF LAW in Support re: 528 MOTION for Summary Judgment *(Public Version)*. *(Redactea)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 07/09/2019) |
|---|---|---|
| 07/09/2019 | 530 | RULE 56.1 STATEMENT. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 07/09/2019) |
| 07/09/2019 | 531 | DECLARATION of Todd C. Norbitz in Support re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27)(Norbitz, Todd) (Entered: 07/09/2019) |
| 07/24/2019 | 532 | CONSENT LETTER MOTION for Extension of Time *(Request for Revised Briefing Schedule on Consent)* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated July 24, 2019. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 07/25/2019) |
| 07/25/2019 | 533 | ORDER granting 532 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED (Signed by Magistrate Judge Stewart D. Aaron on 7/25/2019) (kl) (Entered: 07/25/2019) |
| 08/06/2019 | 534 | JOINT LETTER MOTION for Extension of Time *to File Redacted Copies of Summary Judgment Opposition Briefs and Sealing Request* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 8/6/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/06/2019) |
| 08/07/2019 | 535 | ORDER granting 534 Letter Motion for Extension of Time. Application GRANTED. So Ordered. Brief due by 8/22/2019. (Signed by Magistrate Judge Stewart D. Aaron on 8/7/2019) (js) (Entered: 08/07/2019) |
| 08/20/2019 | 536 | LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Cutri, Gianni) (Entered: 08/20/2019) |
| 08/22/2019 | 537 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 8/22/2019 re: Parties' Joint Sealing Request re Summary Judgment Submissions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 538 | MEMORANDUM OF LAW in Opposition re: 528 MOTION for Summary Judgment *(Public Version)*. *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 539 | REDACTION *to Defendants' Counterstatement to Plaintiffs' 56.1 Statement of Undisputed Material Facts* by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.(Cutri, Gianni) (Entered: 08/22/2019) |

A-99

| 08/22/2019 | 540 | DECLARATION of Bryan P. Bergeron M.D. (Redacted Version) in Opposition re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/22/2019) |
|---|---|---|
| 08/22/2019 | 541 | DECLARATION of Chuck Sanders (Redacted Version) in Opposition re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 542 | DECLARATION of Benjamin A. Herbert (Redacted Version) in Opposition re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 68, # 2 Exhibit 69, # 3 Exhibit 70, # 4 Exhibit 71, # 5 Exhibit 72, # 6 Exhibit 73, # 7 Exhibit 74, # 8 Exhibit 75, # 9 Exhibit 76, # 10 Exhibit 77, # 11 Exhibit 78, # 12 Exhibit 79, # 13 Exhibit 80, # 14 Exhibit 81, # 15 Exhibit 82, # 16 Exhibit 83, # 17 Exhibit 84, # 18 Exhibit 85, # 19 Exhibit 86)(Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 543 | MEMORANDUM OF LAW in Opposition re: 520 MOTION for Summary Judgment . *(Public Version)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 544 | COUNTER STATEMENT TO Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 545 | DECLARATION of Todd C. Norbitz in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61a, # 62 Exhibit 61b)(Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 546 | DECLARATION of Manish Mehta (Public Version) in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 547 | DECLARATION of John G. Plumpe (Public Version) in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 548 | DECLARATION of Daniel E. Roffman (Public Version) in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |

| 08/22/2019 | 549 | DECLARATION of Glenn C. Sheets (Public Version) in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/23/2019 | 550 | LETTER RESPONSE to Motion addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated August 23, 2019 re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Norbitz, Todd) (Entered: 08/23/2019) |
| 08/26/2019 | 551 | JOINT LETTER MOTION for Extension of Time *to File Redacted Reply Summary Judgment Submissions* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 8/26/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/26/2019) |
| 08/26/2019 | 552 | ORDER granting 551 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 8/26/2019) (kl) (Entered: 08/26/2019) |
| 08/26/2019 | 553 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/26/2019 re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 7)(Cutri, Gianni) (Entered: 08/26/2019) |
| 08/27/2019 | 554 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated August 27, 2019 re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. *Syntel Letter in Response to Defendants' August 26 Letter (ECF No. 553)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sekel, Anne) (Entered: 08/27/2019) |
| 08/27/2019 | 555 | ORDER: The Court shall hold a Telephone conference on Thursday, September 5, 2019 at 4:00 p.m. to address Defendants' 8/20/2019 Letter-Motion (ECF No. 536) and related filings. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 9/5/2019 at 04:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 8/27/2019) (Text Only Order) (kl) (Entered: 08/27/2019) |
| 09/01/2019 | 556 | CONSENT LETTER MOTION to Continue *Conference Scheduled for September 5 at 4 pm to September 6 at 10 am* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated September 1, 2019. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 09/01/2019) |
| 09/01/2019 | 557 | ORDER granting 556 Letter Motion to Continue: Request GRANTED. Telephone Conference set for 9/6/2019 at 10:00 AM before Magistrate Judge Stewart D. Aaron. (Signed by Magistrate Judge Stewart D. Aaron on 9/1/2019) (Aaron, Stewart) (Entered: 09/01/2019) |

A-101

| | | |
|---|---|---|
| 09/06/2019 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 9/6/2019. (kl) (Entered: 09/06/2019) |
| 09/06/2019 | 558 | ORDER: Following a telephone conference with the parties, it is hereby Ordered as follows: 1. No later than 5:00 p.m. on September 23, 2019, the parties shall submit any additional briefing, not to exceed ten pages, regarding the topics raised in Defendants' August 20,2019 Letter Motion (ECF No. 536). 2. No later than 5:00 p.m. on September 30, 2019, the parties shall file their replies, if any, not to exceed five pages. 3. The parties shall meet and confer regarding dates for oral argument on their motions for summary judgment, to occur in December 2019, and shall email their proposed dates to Chambers no later than 5:00 p.m. on September 23, 2019. 4. No later than 5:00 p.m. September 23, 2019, Plaintiffs shall email Chambers a copy of any email correspondence with Mr. Mehta showing the date and time that the Mehta Declaration was finalized (including a copy of the Declaration attached to the email). Alternatively, Plaintiffs may provide the final Word version of the Declaration and accompanying metadata and/or the version history from counsel's document management system. So Ordered. 9/6/2019 (Replies due by 9/30/2019.) (Signed by Magistrate Judge Stewart D. Aaron on 9/6/2019) (js) (Entered: 09/06/2019) |
| 09/19/2019 | 559 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 9/6/2019 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/10/2019. Redacted Transcript Deadline set for 10/21/2019. Release of Transcript Restriction set for 12/18/2019.(aea) Modified on 9/24/2019 (aea). (Entered: 09/19/2019) |
| 09/19/2019 | 560 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 9/6/2019 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aea) (Entered: 09/19/2019) |
| 09/20/2019 | 561 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 9/20/2019 re: Parties' Joint Sealing Request re Reply Summary Judgment Submissions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/20/2019) |
| 09/20/2019 | 562 | REPLY MEMORANDUM OF LAW in Support re: 520 MOTION for Summary Judgment . *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 09/20/2019) |
| 09/20/2019 | 563 | DECLARATION of Leslie Schmidt in Support of Defendants' Reply in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 87, # 2 Exhibit 88, # 3 Exhibit 89, # 4 Exhibit 90, # 5 Exhibit 91)(Cutri, Gianni) (Entered: 09/20/2019) |

| | | |
|---|---|---|
| 09/20/2019 | 564 | REPLY MEMORANDUM OF LAW in Support re: 528 MOTION for Summary Judgment *(Public Version)*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 09/20/2019) |
| 09/20/2019 | 565 | DECLARATION of Todd C. Norbitz in Support re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Norbitz, Todd) (Entered: 09/20/2019) |
| 09/20/2019 | 566 | DECLARATION of Daniel M. Moore in Support re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 09/20/2019) |
| 09/20/2019 | 567 | REDACTION *Counterstatement to Defendants' Statement of Additional Facts* by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.(Norbitz, Todd) (Entered: 09/20/2019) |
| 09/20/2019 | 568 | REDACTION *Rebuttal to Defendants' Counterstatement to Syntel's Statement of Undisputed Facts* by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.(Norbitz, Todd) (Entered: 09/20/2019) |
| 09/23/2019 | 569 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Todd Norbitz and Gianni Cutri dated 9/23/2019 re: Proposed Oral Argument Date. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/23/2019) |
| 09/24/2019 | 570 | MEMO ENDORSEMENT on re: 569 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The Court will hold oral argument on the parties' motions for summary judgment on Friday, December 13, 2019, at 2:00 p.m. in Courtroom 11C. Each side shall be limited to 90 minutes. SO ORDERED. (Oral Argument set for 12/13/2019 at 02:00 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 9/24/2019) (ne) (Entered: 09/24/2019) |
| 09/26/2019 | 571 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne Sekel and Gianni Cutri dated September 26, 2019 re: Parties' Joint Sealing Request re Syntel's Opposition to Defendants' Application to Strike. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 09/26/2019) |
| 09/26/2019 | 572 | MEMORANDUM OF LAW in Opposition re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 09/26/2019) |
| 09/26/2019 | 573 | DECLARATION of Todd C. Norbitz in Opposition re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 |

|  |  |  |
|---|---|---|
|  |  | Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Sekel, Anne) (Entered: 09/26/2019) |
| 09/26/2019 | 574 | DECLARATION of Anne B. Sekel in Opposition re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sekel, Anne) (Entered: 09/26/2019) |
| 10/03/2019 | 575 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne Sekel and Gianni Cutri dated October 3, 2019 re: Parties' Joint Sealing Request re Defendants' Reply in Support of their Motion to Strike. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 10/03/2019) |
| 10/03/2019 | 576 | REPLY MEMORANDUM OF LAW in Support re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 10/03/2019) |
| 10/03/2019 | 577 | DECLARATION of Adam Kaufmann (Redacted Version) in Support of Defendants' Reply Brief in Support re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15, # 9 Exhibit 16, # 10 Exhibit 17, # 11 Exhibit 18, # 12 Exhibit 19)(Cutri, Gianni) (Entered: 10/03/2019) |
| 12/13/2019 |  | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Oral Argument held on 12/13/2019. (Court Reporter Lisa Smith) (kl) (Entered: 12/13/2019) |
| 12/16/2019 | 578 | ORDER: It is hereby Ordered that, no later than December 27, 2019, the parties shall submit additional briefing regarding the substantive law to be applied to Plaintiff's claims for intentional interference with contractual relations (Counts II and III of the Amended Complaint). SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 12/16/2019) (kl) (Entered: 12/16/2019) |
| 12/20/2019 | 579 | JOINT LETTER MOTION for Extension of Time to File *Additional Briefing from December 27, 2019 to January 17, 2020* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 12/20/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 12/20/2019) |
| 12/20/2019 | 580 | ORDER granting 579 Letter Motion for Extension of Time to File. Application Granted. So Ordered.. (Signed by Magistrate Judge Stewart D. Aaron on 12/20/2019) (js) (Entered: 12/20/2019) |
| 12/20/2019 |  | Set/Reset Deadlines: Brief due by 1/17/2020. (js) (Entered: 12/20/2019) |

A-104

| 01/02/2020 | 581 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/13/2019 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Lisa Smith, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/23/2020. Redacted Transcript Deadline set for 2/3/2020. Release of Transcript Restriction set for 4/1/2020.(McGuirk, Kelly) (Entered: 01/02/2020) |
|---|---|---|
| 01/24/2020 | 582 | DECLARATION OF NORMAN C. ANKERS IN SUPPORT OF PLAINTIFFS MEMORANDUM SUBMITTED PURSUANT TO THIS COURTS DECEMBER 16, 2019 ORDER. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9, # 10 Exhibit Ex. 10, # 11 Exhibit Ex. 11, # 12 Exhibit Ex. 12) (Case Participant View Only) (kl) (Entered: 01/24/2020) |
| 01/24/2020 | 583 | PLAINTIFFS' MEMORANDUM SUBMITTED PURSUANT TO THIS COURT'S DECEMBER 16, 2019 ORDER. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Case Participants View Only) (kl) (Entered: 01/24/2020) |
| 01/24/2020 | 584 | DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING THE SUBSTANTIVE LAW TO BE APPLIED TO PLAINTIFFS' CLAIMS FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Case Participant View Only) (kl) (Entered: 01/24/2020) |
| 01/24/2020 | 585 | DECLARATION OF VIKRAMADITYA KHANNA. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Case Participant View Only) (kl) (Entered: 01/24/2020) |
| 01/24/2020 | 586 | DECLARATION OF ADAM KAUFMANN. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Case Participant View Only) (kl) (Entered: 01/24/2020) |
| 01/27/2020 | 587 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Norman Ankers & Gianni Cutri dated January 27, 2020 re: Parties' Joint Sealing Request for Summary Judgment Supplemental Briefing. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Ankers, Norman) (Entered: 01/27/2020) |
| 01/27/2020 | 588 | REPORT AND RECOMMENDATION AND ORDER re: 520 MOTION for Summary Judgment filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 528 MOTION for Summary Judgment *(Public Version)* filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., 536 LETTER MOTION to Strike. For the foregoing reasons, I respectfully recommend that Plaintiffs' partial motion for summary judgment be DENIED and that Defendants' partial motion for summary judgment be GRANTED IN PART and DENIED IN PART. In addition, I order that Defendants' motion to strike be DENIED. Objections to R&R due by 2/10/2020 (Signed by Magistrate Judge Stewart D. Aaron on 1/27/2020) (kl) (Main Document 588 replaced on 2/11/2020) (kl). (Entered: 01/27/2020) |
| 01/27/2020 | 589 | BRIEF *DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING THE SUBSTANTIVE LAW TO BE APPLIED TO PLAINTIFFS' CLAIMS FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS.* Document |

| | | |
|---|---|---|
| | | filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 01/27/2020) |
| 01/27/2020 | 590 | DECLARATION of VIKRAMADITYA KHANNA in Support re: 589 Brief,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)(Cutri, Gianni) (Entered: 01/27/2020) |
| 01/27/2020 | 591 | DECLARATION of ADAM KAUFMANN in Support re: 589 Brief,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cutri, Gianni) (Entered: 01/27/2020) |
| 01/27/2020 | 597 | ***Sealed*** REPORT AND RECOMMENDATION AND ORDER: For the foregoing reasons, I respectfully recommend that Plaintiffs' partial motion for summary judgment be DENIED and that Defendants' partial motion for summary judgment be GRANTED IN PART and DENIED IN PART. In addition, I order that Defendants' motion to strike be DENIED. (Signed by Magistrate Judge Stewart D. Aaron on 1/27/2020) (mro) (Entered: 02/11/2020) |
| 01/29/2020 | 592 | ORDER re: 588 Report and Recommendations. It is hereby ORDERED that the parties are advised that no extensions will be granted for any objections or responses to objections. It is further ORDERED that any objections shall not exceed 10 double-spaced pages. Any responses shall not exceed 10 double-spaced pages. No exhibits will be permitted, and the parties shall cite, if needed, to the summary judgment record. The responding party to any objections shall send courtesy copies to Chambers. (Signed by Judge Lorna G. Schofield on 1/29/2020) (kv) (Entered: 01/29/2020) |
| 02/03/2020 | 593 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri & Anne B. Sekel dated February 3, 2020 re: Parties' Joint Sealing Request for 1/27/20 Court Order (ECF No. 588). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 02/03/2020) |
| 02/04/2020 | 594 | MEMO ENDORSEMENT on re: 593 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: Application GRANTED IN PART and DENIED IN PART. The parties' proposed redactions are approved, except for Defendants' proposed redactions to the explanations of test cases and automation scripts on p. 13 of the Report & Recommendation (R&R), as the Court finds that such information is publicly available. The parties shall, no later than Friday, February 7, 2020, email Chambers a PDF version of the R&R with the approved redactions, which the Court will enter on the docket at ECF No. 588. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 2/4/2019) (kl) (Entered: 02/04/2020) |
| 02/10/2020 | 595 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** APPEAL OF MAGISTRATE JUDGE DECISION to District Court from 588 Report and Recommendations. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: Defendants' Counsel (Kirkland & Ellis). (Norbitz, Todd) Modified on 2/11/2020 (tp). (Entered: 02/10/2020) |
| 02/10/2020 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Norbitz, Todd to RE-FILE Document 595 Appeal of Magistrate Judge Decision to District Court. Use the event type Objection to** |

SDNY CM/ECF NextGen Version 1.6       https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | **Report and Recommendations found under the event list Other Answers. (tp)** (Entered: 02/11/2020) |
| 02/11/2020 | 596 | ORDER: Having reviewed the parties' Joint Letters requesting permission to file under seal certain submissions in connection with the parties' cross-motions for partial summary judgment (see ECF Nos. 519, 537, 561, 571, 575 & 587), it is hereby Ordered that, the parties' applications are GRANTED. Because the parties' filings pre-date the change in the Court's practices regarding filing under seal, the parties shall, no later than February 25, 2020, file in the traditional manner (i.e. in paper form) the full, unredacted versions with the Clerk of Court. (Signed by Magistrate Judge Stewart D. Aaron on 2/11/2020) (mro) (Entered: 02/11/2020) |
| 02/11/2020 | 598 | OBJECTION to 588 Report and Recommendations *(Public Version)* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 02/11/2020) |
| 02/24/2020 | 599 | RESPONSE *in Opposition to Defendants' Objections to Report and Recommendation (Public Version)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 02/24/2020) |
| 02/24/2020 | 600 | ***SELECTED PARTIES*** RESPONSE *in Opposition to Defendants' Objections to Report and Recommendation (Sealed Version of Syntel Sterling Best Shores Mauritius Limited & Syntel, Inc.'s Responses to Defendants' Objections)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 596 .(Norbitz, Todd) (Entered: 02/24/2020) |
| 02/24/2020 | 601 | LETTER MOTION to Seal *Defendants' Response to Syntel's Objections to Report and Recommendation* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 2/24/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/24/2020) |
| 02/24/2020 | 602 | ***SELECTED PARTIES*** RESPONSE re: 598 Objection to Report and Recommendations *(Sealed Version of Defendants' Response to Syntel's Objections)*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 601 .(Cutri, Gianni) (Entered: 02/24/2020) |
| 02/24/2020 | 603 | RESPONSE re: 598 Objection to Report and Recommendations *(Public Version of Defendants' Response to Syntel's Objections)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/24/2020) |
| 02/25/2020 | 604 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/25/2020) |
| 02/25/2020 | 605 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/25/2020) |
| 02/25/2020 | 606 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/25/2020) |
| 03/24/2020 | 607 | ORDER adopting 588 Report and Recommendations, 520 Motion for Summary Judgment filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 528 Motion for Summary Judgment filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. WHEREAS, Judge Aaron issued a Report and Recommendation (the "Report") on the parties' cross-motions for partial summary judgment on January 27, 2020. It is hereby ORDERED that, for reasons stated in the Opinion & Order, which will follow separately under seal, the Report is adopted in full. The parties' |

A-107

| | | |
|---|---|---|
| | | objections either are overruled or deemed waived. It is further ORDERED that, if the parties seek any portion of the Opinion & Order to remain under seal, they shall file a letter request specifically justifying each category of information to be sealed, by March 27, 2020. The letter shall attach a copy of the Opinion & Order highlighting any portions the parties seek to be sealed. The parties may either file separate letters or, preferably, a joint letter. If a joint letter, each party's proposed sealing should be highlighted in a different color. The Court will not permit the entire Opinion & Order to be sealed, but at most only particular lines. If the parties make no letter request, the Opinion & Order will be unsealed by March 30, 2020. The Clerk of Court is respectfully directed to close Dkt. Nos. 520 and 528. (Signed by Judge Lorna G. Schofield on 3/24/2020) (mro) (Entered: 03/24/2020) |
| 03/24/2020 | 608 | ***SELECTED PARTIES*** OPINION & ORDER: For the reasons above, the Report is adopted in full.Defendants' motion for summary judgment is granted in part and denied in part. Specifically, summary judgment is granted to Defendants on: (1) the breach of contract claim based on the Non-Solicitation Provision and on (2) the tortious interference claims, except as to the five employment agreements. Summary judgment is denied to Defendant on (1) the confidential information claims and (2) Defendants' trade secrets counterclaim.Plaintiffs' motion for summary judgment is denied, specifically as to: (1) the breach of contract claim based on Transition Rebates and (2) Defendants' copyright infringement counterclaim. For clarity, the surviving claims and counterclaims are: Count I: Breach of Contract, based on Sections 19.01 (Confidentiality) and 23.02 (Transition Rebates), as to Defendant TriZetto;Counts II and III: Tortious Interference, based on the five employment agreements only, as to both Defendants; Count IV: Misappropriation of Confidential Information, as to both Defendants; Counterclaim Counts I and II: Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing, as to Plaintiff Syntel Mauritius; Counterclaim Counts III and IV: Misappropriation of Trade Secrets, as to both Plaintiffs;Counterclaim Count V: Unfair Competition, as to both Plaintiffs; Counterclaim Count VI: Tortious Interference, as to both Plaintiffs; Counterclaim VIII: Copyright Infringement, as to both Plaintiffs.The Clerk of Court is respectfully directed to (1) close Dkt. Nos. 520 and 528 and to (2) docket this Order under seal and making it viewable only to counsel of record for Plaintiffs Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc., and Defendants The TriZetto Group's and Cognizant Technology Solutions Corp. (Signed by Judge Lorna G. Schofield on 3/24/2020) (rro) (Entered: 03/24/2020) |
| 03/26/2020 | 609 | SCHEDULING ORDER: It is hereby ORDERED that this action will be placed in second place on the Court's August 2020 trial-ready calendar. Motions in limine due by 7/17/2020. Responses due by 7/24/2020. Final Pretrial Conference set for 8/10/2020 at 11:30 AM before Judge Lorna G. Schofield. Pretrial Order due by 7/31/2020. Ready for Trial by 8/17/2020. Jury Trial set for 8/17/2020 at 10:45 AM before Judge Lorna G. Schofield, and as further specified and set forth in this Scheduling Order.(Signed by Judge Lorna G. Schofield on 3/26/2020) (rjm). (Entered: 03/26/2020) |
| 03/27/2020 | 610 | JOINT LETTER MOTION to Seal *Portions of Docket No. 608 - Opinion and Order* addressed to Judge Lorna G. Schofield from Gianni Cutri and Anne Sekel dated 3/27/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Appendix A - Filed Under Seal, # 2 Appendix B).(Cutri, Gianni) (Entered: 03/27/2020) |

| 03/27/2020 | 611 | ***SELECTED PARTIES***REDACTION to 610 JOINT LETTER MOTION to Seal *Portions of Docket No. 608 - Opinion and Order* addressed to Judge Lorna G. Schofield from Gianni Cutri and Anne Sekel dated 3/27/2020. *Appendix A - Proposed Redactions to Opinion and Order* by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.Motion or Order to File Under Seal: 610 .(Cutri, Gianni) (Entered: 03/27/2020) |
| --- | --- | --- |
| 03/30/2020 | 612 | ORDER granting 610 Letter Motion to Seal. It is hereby ORDERED that both parties requests are GRANTED. The Clerk of Court is respectfully directed to close Dkt. No. 610. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 3/30/2020) (cf) (Entered: 03/30/2020) |
| 03/30/2020 | 613 | ***SELECTED PARTIES*** OPINON AND ORDER: For the reasons above, the Report is adopted in full. Defendants' motion for summary judgment is granted in part and denied in part. Specifically, summary judgment is granted to Defendants on: (1) the breach of contract claim based on the Non-Solicitation Provision and on (2) the tortious interference claims, except as to the five employment agreements. Summary judgment is denied to Defendant on (1) the confidential information claims and (2) Defendants trade secrets counterclaim. Plaintiffs' motion for summary judgment is denied, specifically as to: (1) the breach of contract claim based on Transition Rebates and (2) Defendants copyright infringement counterclaim. For clarity, the surviving claims and counterclaims are: Count I: Breach of Contract, based on Sections 19.01 (Confidentiality) and 23.02 (Transition Rebates), as to Defendant TriZetto; Counts II and III: Tortious Interference, based on the five employment agreements only, as to both Defendants; Count IV: Misappropriation of Confidential Information, as to both Defendants; Counterclaim Counts I and II: Breach of Contract and Breach of the ImpliedCovenant of Good Faith and Fair Dealing, as to Plaintiff Syntel Mauritius; Counterclaim Counts III and IV: Misappropriation of Trade Secrets, as to bothPlaintiffs; Counterclaim Count V: Unfair Competition, as to both Plaintiffs; Counterclaim Count VI: Tortious Interference, as to both Plaintiffs; Counterclaim VIII: Copyright Infringement, as to both Plaintiffs. The Clerk of Court is respectfully directed to (1) close Dkt. Nos. 520 and 528 and to (2) docket this Order (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 3/24/2020) (cf) (Main Document 613 replaced on 3/31/2020 (cf). Modified on 3/31/2020 (cf). (Entered: 03/30/2020) |
| 04/07/2020 | 614 | ORDER granting 601 Letter Motion to Seal. It is hereby ORDERED that Defendants' request is GRANTED. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 4/6/2020) (cf) (Entered: 04/07/2020) |
| 04/07/2020 | 615 | MOTION to Correct Judgment re: 608 Memorandum & Opinion,,,,,,, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 04/07/2020) |
| 04/07/2020 | 616 | MEMORANDUM OF LAW in Support re: 615 MOTION to Correct Judgment re: 608 Memorandum & Opinion,,,,,,, . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 04/07/2020) |
| 04/08/2020 | 617 | MEMO ENDORSED ORDER with respect to 615 Motion to Correct Judgment. ENDORSEMENT: Defendants shall respond to this motion by April 17, 2020. SO ORDERED. (Signed by Judge Lorna G. Schofield on 4/8/2020) (mml) (Entered: 04/09/2020) |

A-109

| 04/08/2020 | | Set/Reset Deadlines: Responses due by 4/17/2020. (mml) (Entered: 04/09/2020) |
|---|---|---|
| 04/17/2020 | 618 | MOTION for Phillip Hill to Withdraw as Attorney *for Defendants-Counterclaimants The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Cutri, Gianni) (Entered: 04/17/2020) |
| 04/17/2020 | 619 | RESPONSE to Motion re: 615 MOTION to Correct Judgment re: 608 Memorandum & Opinion,,,,,, . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/17/2020) |
| 04/20/2020 | 620 | AMENDED OPINION & ORDER for 615 Motion to Correct Judgment filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., 588 Report and Recommendations. For the reasons above, the Report is adopted in full. Defendants' motion for summary judgment is granted in part and denied in part. Specifically, summary judgment is granted to Defendants on: (1) the breach of contract claim based on the Non-Solicitation Provision and on (2) the tortious interference claims, except as to the five employment agreements. Summary judgment is denied to Defendant on (1) the confidential information claims and (2) Defendants trade secrets counterclaim. Plaintiffs' motion for summary judgment is denied, specifically as to: (1) the breach of contract claim based on Transition Rebates and (2) Defendants' copyright infringement counterclaim. For clarity, the surviving claims and counterclaims are: Count I: Breach of Contract, based on Sections 19.01 (Confidentiality) and 23.02 (Transition Rebates), as to Defendant TriZetto; Count II: Tortious Interference, based on the five employment agreements only, as to Defendant TriZetto; Count III: Tortious Interference, based on the five employment agreements and Section 19.01 of the MSA, as to Defendant Cognizant; Count IV: Misappropriation of Confidential Information, as to both Defendants; Counterclaim Counts I and II: Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing, as to Plaintiff Syntel Mauritius; Counterclaim Counts III and IV: Misappropriation of Trade Secrets, as to both Plaintiffs; Counterclaim Count V: Unfair Competition, as to both Plaintiffs; Counterclaim Count VI: Tortious Interference, as to both Plaintiffs; Counterclaim VIII: Copyright Infringement, as to both Plaintiffs. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 4/20/2020) (cf) (Entered: 04/20/2020) |
| 04/20/2020 | 621 | ***SELECTED PARTIES*** AMENDED OPINION & ORDER for 588 Report and Recommendations. For the reasons above, the Report is adopted in full. Defendants' motion for summary judgment is granted in part and denied in part. Specifically, summary judgment is granted to Defendants on: (1) the breach of contract claim based on the Non-Solicitation Provision and on (2) the tortious interference claims, except as to the five employment agreements. Summary judgment is denied to Defendant on (1) the confidential information claims and (2) Defendants' trade secrets counterclaim. Plaintiffs' motion for summary judgment is denied, specifically as to: (1) the breach of contract claim based on Transition Rebates and (2) Defendants' copyright infringement counterclaim. For clarity, the surviving claims and counterclaims are: Count I: Breach of Contract, based on Sections 19.01 (Confidentiality) and 23.02 (Transition Rebates), as to Defendant TriZetto; Count II: Tortious Interference, based on the five employment agreements only,as to Defendant TriZetto; Count III: Tortious Interference, based on the five employment agreements and Section 19.01 of the MSA, as to Defendant Cognizant; Count IV: |

SDNY CM/ECF NextGen Version 1.6 https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | Misappropriation of Confidential Information, as to both Defendants; Counterclaim Counts I and II: Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing, as to Plaintiff Syntel Mauritius; Counterclaim Counts III and IV: Misappropriation of Trade Secrets, as to both Plaintiffs;Counterclaim Count V: Unfair Competition, as to both Plaintiffs; Counterclaim Count VI: Tortious Interference, as to both Plaintiffs; Counterclaim VIII: Copyright Infringement, as to both Plaintiffs. The Clerk of Court is respectfully directed to docket this Order under seal, making it viewable only to counsel of record for Plaintiffs Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc., and Defendants The TriZetto Group and Cognizant Technology Solutions Corp. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 4/20/2020) (cf) (Entered: 04/20/2020) |
| 04/20/2020 | 622 | ORDER re: 615 MOTION to Correct Judgment re: 608 Memorandum & Opinion, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. It is hereby ORDERED that Plaintiffs' unopposed motion is GRANTED. The inadvertently omitted references neither alter the original meaning of the Opinion & Order nor correct a legal or factual error. An Amended Opinion and Order will follow separately under seal. A redacted public version of the Amended Opinion and Order will also issue, consistent with the redactions granted by the Order at Dkt. No. 612. The Clerk of Court is respectfully directed to close Dkt. No. 615. (Signed by Judge Lorna G. Schofield on 4/20/2020) (va) (Entered: 04/20/2020) |
| 04/20/2020 | 623 | ORDER granting 618 Motion to Withdraw as Attorney. For good cause shown, the Court finds that Defendants' Motion for Leave to Withdraw the Appearance of Phillip Hill should be granted. It is therefore Ordered that Phillip Hill is hereby withdrawn as counsel of record for Defendants-Counterclaimants The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. in the above- referenced matter and that he be removed from electronic notification in this matter. So Ordered. Attorney Phillip Aaron Lee Hill terminated (Signed by Magistrate Judge Stewart D. Aaron on 4/20/2020) (js) (Entered: 04/20/2020) |
| 06/19/2020 | 624 | MOTION for Rajat Khanna to Withdraw as Attorney . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Cutri, Gianni) (Entered: 06/19/2020) |
| 06/19/2020 | 625 | MOTION for Andrew Morrill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20337937. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Morrill, Andrew) (Entered: 06/19/2020) |
| 06/19/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 625 MOTION for Andrew Morrill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20337937. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/19/2020) |
| 06/19/2020 | 626 | MOTION for Gavin W. Moler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-20338828. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Moler, Gavin) (Entered: 06/19/2020) |

SDNY CM/ECF NextGen Version 1.6       https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 06/19/2020 | 627 | MOTION for Justin Singh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20339197. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Singh, Justin) (Entered: 06/19/2020) |
| 06/19/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 627 MOTION for Justin Singh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20339197. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/19/2020) |
| 06/19/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 626 MOTION for Gavin W. Moler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-20338828. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/19/2020) |
| 06/19/2020 | 628 | ORDER granting 625 Motion for Andrew Morrill to Appear Pro Hac Vice. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/19/2020) (kl) (Entered: 06/19/2020) |
| 06/19/2020 | 629 | ORDER GRANTING WITHDRAWAL OF APPEARANCE granting 624 Motion to Withdraw as Attorney. For good cause shown, the Court finds that Defendants Motion for Leave to Withdraw the Appearance of Rajat Khanna should be granted. It is therefore Ordered that Rajat Khanna is hereby withdrawn as counsel of record for Defendants-Counterclaimants The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. in the above-referenced matter and that he be removed from electronic notification in this matter. Attorney Rajat Khanna terminated. (Signed by Magistrate Judge Stewart D. Aaron on 6/19/2020) (kl) (Entered: 06/19/2020) |
| 06/19/2020 | 630 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF GAVIN W. MOLER 626 Motion for Gavin W. Moler to Appear Pro Hac Vice. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/19/2020) (kl) (Entered: 06/19/2020) |
| 06/19/2020 | 631 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF JUSTIN SINGH 627 Motion for Justin Singh to Appear Pro Hac Vice. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/19/2020) (kl) (Entered: 06/19/2020) |
| 06/29/2020 | 632 | LETTER MOTION to Continue *(Acjourn) Pre-Trial Deadlines* addressed to Judge Lorna G. Schofield from Norman C. Ankers dated June 29, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Ankers, Norman) (Entered: 06/29/2020) |
| 07/01/2020 | 633 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 7/1/2020 re: Syntel's Request to Adjourn Pretrial Deadlines. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 07/01/2020) |
| 07/01/2020 | 634 | AMENDED SCHEDULING ORDER terminating 632 Letter Motion to Continue: It is hereby ORDERED that this action will be placed in third place on the Court's |

| | | |
|---|---|---|
| | | October 2020 trial-ready calendar; the jury trial is adjourned to October 19, 2020, at 9:45 a.m., or the Courts first available date thereafter. The parties shall be ready to proceed on 24 hours notice on or after October 19, 2020. Any motions in limine shall be filed by August 31, 2020. Responses to the motions shall be filed by September 7, 2020. The final pretrial order shall be filed September 14, 2020. The final pretrial conference scheduled for August 10, 2020, at 11:30 a.m. is adjourned to October 7, 2020, at 11:30 a.m. The Clerk of Court is respectfull directed to close Dkt. No. 632. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 6/30/2020) (cf) (Entered: 07/01/2020) |
| 07/01/2020 | | Set/Reset Deadlines: ( Motions due by 8/31/2020., Pretrial Order due by 9/14/2020., Responses due by 9/7/2020, Ready for Trial by 10/19/2020.), Set/Reset Hearings:( Final Pretrial Conference set for 10/7/2020 at 11:30 AM before Judge Lorna G. Schofield.) (cf) (Entered: 07/01/2020) |
| 07/30/2020 | 635 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 7/30/2020 re: pretrial exchange schedule. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Cutri, Gianni) (Entered: 07/30/2020) |
| 07/31/2020 | 636 | MEMO ENDORSEMENT on re: 635 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Plaintiffs/Counter-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. shall file a response to this letter by August 3, 2020. (Signed by Judge Lorna G. Schofield on 7/31/2020) (cf) (Entered: 07/31/2020) |
| 08/03/2020 | 637 | LETTER addressed to Judge Lorna G. Schofield from Anne B. Sekel dated August 3, 2020 re: Response in Opposition to Defendants' Letter [ECF No. 635] pursuant to [ECF No. 636]. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 08/03/2020) |
| 08/04/2020 | 638 | SECOND AMENDED SCHEDULING ORDER: ORDERED that Defendants' application is GRANTED in part. Plaintiffs shall provide any proposed revisions or objections to the voir dire, jury instructions and verdict forms by August 11, 2020. Defendants shall provide any proposed revisions or objections by August 25, 2020. The parties shall engage in active negotiations thereafter to make the filing as required by August 31, 2020. Motions due by 9/21/2020. Responses due by 9/28/2020. The Final Pretrial Conference set for 10/7/2020 at 11:30 AM before Judge Lorna G. Schofield. Final Pretrial Order due by 9/14/2020. (Signed by Judge Lorna G. Schofield on 8/04/2020) (ama) (Entered: 08/04/2020) |
| 08/31/2020 | 639 | LETTER MOTION to Seal *Defendants' Pretrial Memorandum of Law and Supporting Exhibits* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 8/31/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 08/31/2020) |
| 08/31/2020 | 640 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..Motion or Order to File Under Seal: 639 .(Cutri, Gianni) (Entered: 08/31/2020) |
| 08/31/2020 | 641 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 640 Pretrial Memorandum. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38)Motion or Order to File Under Seal: 639 .(Cutri, Gianni) (Entered: 08/31/2020) |
| 08/31/2020 | 642 | DECLARATION of Adam Kaufmann (Public Version) in Support re: 640 Pretrial Memorandum. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38).(Cutri, Gianni) (Entered: 08/31/2020) |
| 08/31/2020 | 643 | JOINT PRETRIAL STATEMENT *OF THE CASE*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Cutri, Gianni) (Entered: 08/31/2020) |
| 08/31/2020 | 644 | LETTER MOTION to Seal *Syntel's Pretrial Memorandum of Law* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated August 31, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 08/31/2020) |
| 08/31/2020 | 645 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Motion or Order to File Under Seal: 644 .(Sekel, Anne) (Entered: 08/31/2020) |
| 09/01/2020 | 646 | NOTICE of Joint Submission of the Parties' Proposed Verdict Forms. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Cutri, Gianni) (Entered: 09/01/2020) |
| 09/01/2020 | 647 | PRETRIAL MEMORANDUM. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/01/2020) |
| 09/01/2020 | 648 | PROPOSED VOIR DIRE QUESTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/01/2020) |
| 09/01/2020 | 649 | JOINT LETTER MOTION for Extension of Time *to File Joint Proposed Jury Instructions* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated August 31, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/01/2020) |

SDNY CM/ECF NextGen Version 1.6       https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 09/01/2020 | 650 | ORDER granting 649 Letter Motion for Extension of Time. This application is untimely but nevertheless GRANTED. The parties shall file their joint proposed jury instructions by 5:30 p.m. ET. (Signed by Judge Lorna G. Schofield on 9/1/2020) (cf) (Entered: 09/01/2020) |
| --- | --- | --- |
| 09/01/2020 | 651 | ORDER: It is hereby ORDERED that by September 4, 2020, Syntel and Defendants shall file letters requesting any proposed redactions to Defendants' and Syntel's pretrial memoranda, respectively, with specific justifications for each category of information to be sealed. It is further ORDERED that any future requests to file redacted pre-trial submissions must be made jointly, with each party's proposed sealing highlighted in a different color. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 9/1/2020) (cf) (Entered: 09/01/2020) |
| 09/01/2020 | 652 | PROPOSED JURY INSTRUCTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/01/2020) |
| 09/04/2020 | 653 | ORDER: ORDERED that the parties are advised that jury trials will resume, and the jury trial in this action is in line to proceed the week of October 19, 2020. The parties shall be ready to proceed on 24 hours' notice on or after October 19, 2020. The final pre-trial conference previously scheduled to take place on October 7, 2020, at 11:30 a.m., will take place telephonically on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time., ( Telephone Conference set for 10/7/2020 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 9/04/2020) (ama) (Entered: 09/04/2020) |
| 09/04/2020 | 654 | LETTER addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 4, 2020 re: 09/01/20 Order (ECF No. 651) - Syntel's Proposed Redactions to Defendants' Pretrial Memorandum of Law. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/04/2020) |
| 09/04/2020 | 655 | LETTER MOTION to Seal *Portions of Plainti/fs/Counterclaim Defendants' Pretrial Memorandum* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/4/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/04/2020) |
| 09/04/2020 | 656 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..Motion or Order to File Under Seal: 655 .(Cutri, Gianni) (Entered: 09/04/2020) |
| 09/08/2020 | 657 | LETTER MOTION to Seal *Defendants/Counterclaim-Plainti/fs' Response to Syntel's Pretrial Memorandum* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/8/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/08/2020) |
| 09/08/2020 | 658 | LETTER MOTION to Seal *Syntel's Response to Defendants' Pretrial Memorandum* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 8, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Sekel, Anne) (Entered: 09/08/2020) |
| 09/08/2020 | 659 | ***SELECTED PARTIES*** OPPOSITION BRIEF *Defendants/Counterclaim-Plainti/fs' Response to Syntel's Pretrial Memorandum*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best |

|  |  |  |
|---|---|---|
|  |  | Shores Mauritius Limited, Syntel, Inc..Motion or Order to File Under Seal: 657 .(Cutri, Gianni) (Entered: 09/08/2020) |
| 09/08/2020 | 660 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Motion or Order to File Under Seal: 658 .(Sekel, Anne) (Entered: 09/08/2020) |
| 09/08/2020 | 661 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 659 Opposition Brief,. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)Motion or Order to File Under Seal: 657 .(Cutri, Gianni) (Entered: 09/08/2020) |
| 09/09/2020 | 662 | ORDER granting in part 639 Letter Motion to Seal; granting in part 644 Letter Motion to Seal; granting in part 655 Letter Motion to Seal; granting 657 Letter Motion to Seal; granting 658 Letter Motion to Seal. It is hereby ORDERED the parties' redaction requests at Dkt. Nos. 639, 644, 654 and 655 are GRANTED in part. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nations history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 11920 (2d Cir. 2006) (internal quotation marks omitted); see also Nixon v. Warner Commc'ns., Inc., 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). The proposed redactions, except for the following, are narrowly tailored to prevent unauthorized dissemination of sensitive business information: Defendants' proposed redactions to damages figures in their pretrial memorandum of law at Dkt. No. 640 on pages 11, 13, 15, 17, 18, 19, 21, 24 and 25. It is further ORDERED that by September 11, 2020, Defendants shall re-file a public redacted version of their pretrial memorandum of law that does not redact the damages figures on the pages provided above. It is further ORDERED that by September 11, 2020, Defendants shall file the public redacted version of Syntel's pretrial memorandum of law, including the redactions as proposed in Dkt. No. 656. The parties are reminded that per Individual Rule I.D.3, requests for redactions must be accompanied by both the sealed document with the proposed redactions highlighted and a publicly-filed document with the proposed redactions. It is further ORDERED that the parties requests at Dkt. Nos. 657 and 658 to file their joint sealing requests to their respective responses to the pretrial memoranda of law are GRANTED. The parties shall file the requests by September 10, 2020. For future submissions, joint sealing requests, with the proposed public and sealed versions, must be made on the same date the filings are due. The Clerk of Court is respectfully directed to close Dkt. Nos. 639, 644, 655, 657 and 658. (Signed by Judge Lorna G. Schofield on 9/9/2020) (jca) (Entered: 09/09/2020) |
| 09/10/2020 | 663 | JOINT LETTER MOTION to Seal *Responses to Pretrial Memoranda of Law* addressed to Judge Lorna G. Schofield from Anne B. Sekel and Gianni Cutri dated September 10, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/10/2020) |
| 09/10/2020 | 664 | MOTION for Jake Rambeau to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21596892. **Motion and supporting papers to be reviewed by** |

A-116

| | | |
|---|---|---|
| | | **Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1] Affidavit of Jake Rambeau, # [2] Exhibit Certificate of Good Standing, # [3] Text of Proposed Order).(Rambeau, Jacob) (Entered: 09/10/2020) |
| 09/10/2020 | [665] | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Motion or Order to File Under Seal: [663] .(Sekel, Anne) (Entered: 09/10/2020) |
| 09/10/2020 | [666] | ***SELECTED PARTIES*** OPPOSITION BRIEF *Defendants/Counterclaim-Plaintifs' Response to Syntel's Pretrial Memorandum*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1] Exhibit 1 to the Declaration of Adam Kaufmann, # [2] Exhibit 4 to the Declaration of Adam Kaufmann)Motion or Order to File Under Seal: [663] .(Sekel, Anne) (Entered: 09/10/2020) |
| 09/10/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [664] MOTION for Jake Rambeau to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21596892. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 09/11/2020) |
| 09/11/2020 | [667] | LETTER addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 11, 2020 re: Request for Clarification of Submission Procedure for 9.14.2020 Pretrial Order Deposition Transcripts. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/11/2020) |
| 09/11/2020 | [668] | ORDER granting in part and denying in part [663] Letter Motion to Seal: It is hereby ORDERED that the parties' redaction requests at Dkt. No. 663 are GRANTED in part, as further set forth in this order. ORDERED that by September 14, 2020, the parties shall file public redacted versions of their responses to the pretrial memoranda of law with redactions as proposed, except for the redactions rejected above. The Clerk of Court is respectfully directed to close Dkt. No. 663. (Signed by Judge Lorna G. Schofield on 9/11/2020) (jwh) (Entered: 09/11/2020) |
| 09/11/2020 | [669] | BRIEF *Plaintifs / Counterclaim Defendants' Pretrial Memorandum of Law (Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/11/2020) |
| 09/11/2020 | [670] | PRETRIAL MEMORANDUM. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/11/2020) |
| 09/11/2020 | [671] | MEMO ENDORSEMENT on re: [667] Letter. ENDORSEMENT: The deposition testimony may be submitted by e-mail to Chambers by Tuesday, September 15, 2020. The parties shall file one copy of the entire transcript of each witness, marked in accordance with Individual Rule IV.B.2.h. The parties shall confirm in each case that the deponent is unavailable to testify. (Signed by Judge Lorna G. Schofield on 9/11/2020) (jwh) (Entered: 09/11/2020) |
| 09/14/2020 | [672] | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/14/2020 re: Parties' Damages Statements. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/14/2020) |

A-117

| | | |
|---|---|---|
| 09/14/2020 | 673 | LETTER addressed to Judge Lorna G. Schofield from Robert S. Weisbein dated September 14, 2020 re: Response to Defendants' Letter re Damages Statements. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Weisbein, Robert) (Entered: 09/14/2020) |
| 09/14/2020 | 674 | JOINT LETTER MOTION for Extension of Time *to File Joint Final Pretrial Order* addressed to Judge Lorna G. Schofield from Robert S. Weisbein & Gianni Cutri dated September 14, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Weisbein, Robert) (Entered: 09/14/2020) |
| 09/14/2020 | 675 | REDACTION *Pursuant to ECF No. 668 of Syntel's Response to Defendants' Pretrial Memorandum of Law (Previously Filed Under Seal as ECF No. 660)* by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 09/14/2020) |
| 09/14/2020 | 676 | REDACTION to 659 Opposition Brief, *Defendants/Counterclaim-Plaintiffs' Response to Syntel's Pretrial Memorandum* by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/14/2020) |
| 09/14/2020 | 677 | REDACTION to 661 Declaration in Support, *of Defendants/Counterclaim-Plaintiffs' Response to Syntel's Pretrial Memorandum* by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8).(Cutri, Gianni) (Entered: 09/14/2020) |
| 09/15/2020 | 678 | ORDER granting 674 Letter Motion for Extension of Time. This application is untimely but nevertheless GRANTED. The parties' deadline to file the joint final pretrial order is extended to today, September 15, 2020, and the parties' deadline to e-mail the deposition transcripts is extended to September 16, 2020. Regarding the parties' letters at Dkt. Nos. 672 and 673, Plaintiffs/Counterclaim-Defendants are advised that their damages statement should include each element of damages that they intend to seek and the dollar amounts only and should not include any additional argument. Pretrial Order due by 9/15/2020. (Signed by Judge Lorna G. Schofield on 9/15/2020) (cf) (Entered: 09/15/2020) |
| 09/15/2020 | 679 | PROPOSED PRE-TRIAL ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Cutri, Gianni) (Entered: 09/16/2020) |
| 09/16/2020 | 680 | ORDER: It is hereby ORDERED that a telephonic status conference will be held on September 17, 2020, at 11:00 a.m. (EDT) on the following conference line: Dial-in 888-363-4749, Access code 558-3333. The parties' respective jury consultants, if any, shall join the telephonic status conference. The time of the conference is approximate, but the parties shall be ready to proceed by that time. (Telephone Conference set for 9/17/2020 at 11:00 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 9/16/2020) (jca) (Entered: 09/16/2020) |
| 09/17/2020 | 681 | LETTER MOTION to Continue *Trial* addressed to Judge Lorna G. Schofield from Norman Ankers dated September 17, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Ankers, Norman) (Entered: 09/17/2020) |
| 09/17/2020 | 682 | ORDER terminating 681 Letter Motion to Continue. It is hereby ORDERED that by September 24, 2020, the parties shall meet and confer regarding Plaintiffs Syntel Inc. and Syntel Sterling Best Shores Mauritius Ltd.'s ("Syntel") application to adjourn the |

| | | |
|---|---|---|
| | | trial and file a joint letter apprising the Court of whether the parties have agreed on any joint proposal. It is further ORDERED that by September 24, 2020, the parties shall meet and confer on amendments to the joint final pretrial order and its attachments and shall file any amended joint file pretrial order and attachments, including the following: as further set forth herein. It is further ORDERED that the parties shall meet and confer to obviate any motions in limine, and shall list the motions in Section L. The Clerk of Court is respectfully directed to close Dkt. No. 681. SO ORDERED.. (Signed by Judge Lorna G. Schofield on 9/17/2020) (kv) (Entered: 09/17/2020) |
| 09/18/2020 | 683 | LETTER MOTION for Extension of Time *to file Motions in Limine* addressed to Judge Lorna G. Schofield from Todd C. Norbitz dated September 18, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Norbitz, Todd) (Entered: 09/18/2020) |
| 09/18/2020 | 684 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/18/2020 re: 683 LETTER MOTION for Extension of Time *to file Motions in Limine* addressed to Judge Lorna G. Schofield from Todd C. Norbitz dated September 18, 2020. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/18/2020) |
| 09/18/2020 | 685 | ORDER denying 683 Letter Motion for Extension of Time: Application DENIED to provide the Court sufficient time to adjudicate the motions. The motions in limine are due September 21, 2020, and any responses are due September 28, 2020. (Signed by Judge Lorna G. Schofield on 9/18/2020) (jwh) (Entered: 09/18/2020) |
| 09/21/2020 | 686 | LETTER MOTION to Seal *Defendants' Motions in Limine* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/21/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 687 | MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 688 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 689 | MOTION in Limine *#3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 690 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | 09/21/2020) |
| 09/21/2020 | 691 | MEMORANDUM OF LAW in Support re: 689 MOTION in Limine #3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 692 | MOTION in Limine No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Reifman Contravening Court's Preclusion Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 693 | MEMORANDUM OF LAW in Support re: 692 MOTION in Limine No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Reifman Contravening Court's Preclusion Order. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 694 | MOTION in Limine #4 - Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 695 | MEMORANDUM OF LAW in Support re: 694 MOTION in Limine #4 - Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 696 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 692 MOTION in Limine No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Reifman Contravening Court's Preclusion Order.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 697 | MOTION in Limine No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 698 | MOTION in Limine #9 - Syntel's Motion in Limine to Preclude The Presentation of Discovery Procedures and Artifacts To the Jury. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 699 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 697 MOTION in Limine No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 700 | MEMORANDUM OF LAW in Support re: 698 MOTION in Limine #9 - Syntel's Motion in Limine to Preclude The Presentation of Discovery Procedures and |

SDNY CM/ECF NextGen Version 1.6      https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | *Art.facts To the Jury.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 701 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 702 | MOTION in Limine *#10 - Syntel's Motion in Limine to Preclude Certain Evidence Relating To Transition Rebates.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 703 | MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 704 | MEMORANDUM OF LAW in Support re: 702 MOTION in Limine *#10 - Syntel's Motion in Limine to Preclude Certain Evidence Relating To Transition Rebates.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 705 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 706 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 707 | MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 708 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |

| | | |
|---|---|---|
| 09/21/2020 | 709 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 712 | MOTION in Limine *#12 - Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In ICD-10 Configuration And Facets Roadmap Review.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/21/2020 | 713 | MEMORANDUM OF LAW in Support re: 712 MOTION in Limine *#12 - Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In IC* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/21/2020 | 714 | MOTION in Limine *#14 - Syntel's Motion in Limine to Preclude Testimony And Documentary Evidence Regarding Reasonable Royalty Damages That Accrued By Alleged Infringing Conduct Prior To September 30, 2013.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/21/2020 | 716 | MEMORANDUM OF LAW in Support re: 714 MOTION in Limine *#14 - Syntel's Motion in Limine to Preclude Testimony And Documentary Evidence Regarding Reasonable Royalty Damages That Accrued By Alleged Infringing Conduct Prior To September 30, 2013. .* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 710 | MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 711 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims. .* Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/22/2020) |

| 09/22/2020 | 715 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 Part 1, # 8 Exhibit 7 Part 2, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 717 | MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 718 | MEMORANDUM OF LAW in Support re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 719 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 720 | MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 721 | MEMORANDUM OF LAW in Support re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 722 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 723 | MOTION in Limine *No. 9 - Defendants' Motion in Limine to Exclude Irrelevant Evidence Relating To The FCIA Investigation*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |

| 09/22/2020 | [724](#) | MEMORANDUM OF LAW in Support re: [723](#) MOTION in Limine *No. 9 - Defendants' Motion in Limine to Exclude Irrelevant Evidence Relating To The FCIA Investigation.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | [725](#) | DECLARATION of Adam Kaufmann in Support re: [723](#) MOTION in Limine *No. 9 - Defendants' Motion in Limine to Exclude Irrelevant Evidence Relating To The FCIA Investigation.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3).(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | [726](#) | LETTER MOTION to Seal *Syntel's Motions in Limine* addressed to Judge Lorna G. Schofield from Todd C. Norbitz dated September 21, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | [727](#) | MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | [728](#) | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: [727](#) MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: [726](#) .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | [729](#) | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: [727](#) MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4)Motion or Order to File Under Seal: [726](#) .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | [730](#) | MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | [731](#) | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: [730](#) MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: [726](#) .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | [732](#) | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: [730](#) MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3)Motion or Order to File Under Seal: [726](#) .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | [733](#) | MOTION in Limine *#5 - Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | 09/22/2020) |
|---|---|---|
| 09/22/2020 | 734 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 735 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 736 | MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 737 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 738 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 739 | MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 740 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |

SDNY CM/ECF NextGen Version 1.6        https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| 09/22/2020 | 741 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 742 | MOTION in Limine #8 - *Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 743 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 742 MOTION in Limine #8 - *Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 744 | MOTION in Limine #11 - *Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 745 | LETTER MOTION for Leave to File Excess Pages *in Defendants' Exhibits in Support of their Motions in Limine* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/22/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 746 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 744 MOTION in Limine #11 - *Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 747 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 744 MOTION in Limine #11 - *Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 748 | MOTION in Limine #13 - *Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.10 Software*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| 09/22/2020 | 749 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 748 MOTION in Limine *#13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Toda) (Entered: 09/22/2020)* |
| 09/22/2020 | 750 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 748 MOTION in Limine *#13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 726 .(Norbitz, Toda) (Entered: 09/22/2020)* |
| 09/22/2020 | 751 | MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 752 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 751 MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 753 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 751 MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 754 | MOTION in Limine *#16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 755 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 754 MOTION in Limine *#16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 756 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 754 MOTION in Limine *#16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |

A-127

| 09/22/2020 | 757 | LETTER MOTION for Leave to File Excess Pages *For Certain Exhibits In Support of Syntel's Motions In Limine* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 21, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/22/2020) |
|---|---|---|
| 09/22/2020 | 758 | NOTICE OF APPEARANCE by Nicholas Groombridge on behalf of Syntel Sterling Best Shores Mauritius Limited..(Groombridge, Nicholas) (Entered: 09/22/2020) |
| 09/22/2020 | 759 | NOTICE OF APPEARANCE by Jon Steven Baughman on behalf of Syntel Sterling Best Shores Mauritius Limited..(Baughman, Jon) (Entered: 09/22/2020) |
| 09/22/2020 | 760 | NOTICE OF APPEARANCE by Jaren Elizabeth Janghorbani on behalf of Syntel Sterling Best Shores Mauritius Limited..(Janghorbani, Jaren) (Entered: 09/22/2020) |
| 09/22/2020 | 761 | NOTICE OF APPEARANCE by Crystal Lohmann Parker on behalf of Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 09/22/2020) |
| 09/22/2020 | 762 | NOTICE OF APPEARANCE by Cecilia Copperman on behalf of Syntel Sterling Best Shores Mauritius Limited..(Copperman, Cecilia) (Entered: 09/22/2020) |
| 09/22/2020 | 763 | MOTION for Melissa R. Alpert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21785143. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Declaration of Melissa R. Alpert, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)..(Alpert, Melissa) (Entered: 09/22/2020) |
| 09/22/2020 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 763 MOTION for Melissa R. Alpert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21785143. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/22/2020) |
| 09/22/2020 | 764 | ORDER granting in part and denying in part 757 Letter Motion for Leave to File Excess Pages. This application is untimely but is nevertheless GRANTED in part and DENIED in part. Plaintiffs need not re-file the exhibits to comply with Individual Rule Section III.B.3; however, in adjudicating the motions, the Court may decline to consider any pages or exhibits in excess of the limits. The parties are advised that all applications regarding filings must be made at least two business days prior to the filing deadline. (Signed by Judge Lorna G. Schofield on 9/22/2020) (kv) (Entered: 09/22/2020) |
| 09/23/2020 | 765 | ORDER granting in part and denying in part 745 Letter Motion for Leave to File Excess Pages. This application is untimely but is nevertheless GRANTED in part and DENIED in part. Defendants need not re-file the exhibits to comply with Individual Rule Section III.B.3; however, in adjudicating the motions, the Court may decline to consider any pages or exhibits in excess of the limits. The parties are advised that all applications regarding filings must be made at least two business days prior to the filing deadline. (Signed by Judge Lorna G. Schofield on 9/23/2020) (cf) (Entered: 09/23/2020) |
| 09/23/2020 | 766 | ORDER: It is hereby ORDERED that by September 25, 2020, Defendants/Counterclaim-Plaintiffs shall file a two-column chart identifying in (i) the left column the testimony they seek to have precluded and (ii) the right column the question not answered on the ground of privilege, including citations to the deposition transcripts. Defendants/Counterclaim-Plaintiffs shall file as exhibits to the |

SDNY CM/ECF NextGen Version 1.6

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | chart the relevant transcript pages to the extent not provided as exhibits to the Declaration of Adam Kaufmann at Dkt. No. 709. The filing should be electronically related to Dkt. No. 707 on ECF. (Signed by Judge Lorna G. Schofield on 9/23/2020) (ama) (Entered: 09/23/2020) |
| 09/23/2020 | 767 | NOTICE OF APPEARANCE by Patricia Ann Carson on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Carson, Patricia) (Entered: 09/23/2020) |
| 09/23/2020 | 768 | NOTICE OF APPEARANCE by Ryan Patrick Kane on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Kane, Ryan) (Entered: 09/23/2020) |
| 09/24/2020 | 769 | LETTER MOTION for Leave to File Excess Pages *For Certain Exhibits In Support of Syntel's Oppositions to Motions In Limine* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 24, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/24/2020) |
| 09/24/2020 | 770 | PROPOSED PRE-TRIAL ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Cutri, Gianni) (Entered: 09/25/2020) |
| 09/24/2020 | 771 | JOINT LETTER addressed to Judge Lorna G. Schofield from Norman Ankers and Gianni Cutri dated September 24, 2020 re: Request for Adjournment. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3).(Ankers, Norman) (Entered: 09/25/2020) |
| 09/25/2020 | 772 | MEMO ENDORSEMENT on re: 771 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: Application DENIED for substantially the same reasons as provided by Defendants in this letter. (Signed by Judge Lorna G. Schofield on 9/25/2020) (ks) (Entered: 09/25/2020) |
| 09/25/2020 | 773 | ORDER denying 769 Letter Motion for Leave to File Excess Pages. Application DENIED. The limitations on the number and pages of exhibits is not enlarged. However, regarding the first request, the Court is in receipt of the full deposition transcripts for Daniel Moore from March 6, 2018, and May 25, 2018. To the extent that Syntel seeks to submit exhibits with excerpts of this testimony, Syntel may do so and file excerpts from the "mini" versions of the transcripts, consolidating 4 consecutive transcript pages on a single "printed" exhibit page to conserve exhibit pages. Syntel may do the same with excerpts of other testimony and separately provide the full transcript. Such excerpts shall be included as exhibits. (See also the Courts Individual Rules to this effect). The Clerk of Court is respectfully directed to close Dkt. No. 769. (Signed by Judge Lorna G. Schofield on 9/25/2020) (kv) (Entered: 09/25/2020) |
| 09/25/2020 | 774 | ORDER: WHEREAS, the parties filed an amended final pretrial order (FPTO) at Dkt. No. 770 . The FPTO states that the parties are willing to work together to identify and describe recurring issues in a subsequent joint letter, including identifying and describing categories of exhibits and objections that may be addressed categorically at or before trial. It is hereby ORDERED that the parties shall file such joint letter as soon as possible and no later than noon on October 1, 2020. (Signed by Judge Lorna G. Schofield on 09/25/2020) (jcs) (Entered: 09/25/2020) |

| | | |
|---|---|---|
| 09/25/2020 | [775](#) | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Adam Alper to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21854063. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1](#) Affidavit of Adam Alper, # [2](#) Text of Proposed Order).(Alper, Adam) Modified on 9/27/2020 (bcu). (Entered: 09/25/2020) |
| 09/25/2020 | [776](#) | **FILING ERROR - DEFICIENT DOCKET ENTRY -** AFFIDAVIT of Adam Alper (Corrected) in Support re: [775](#) MOTION for Adam Alper to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21854063. **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Alper, Adam) Modified on 9/27/2020 (bcu). (Entered: 09/25/2020) |
| 09/25/2020 | [777](#) | \*\*\*SELECTED PARTIES\*\*\*NOTICE of Daniel Moore's Privilege Assertions in Support of TriZetto's Motion in Limine No. 5 re: [707](#) MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # [1](#) Exhibit A)Motion or Order to File Under Seal: [686](#) .(Cutri, Gianni) (Entered: 09/25/2020) |
| 09/27/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. [775](#) MOTION for Adam Alper to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21854063. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California. We do accept certificates from a state bar registar from this state;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** (Entered: 09/27/2020) |
| 09/27/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. [776](#) Affidavit in Support of Motion,.. The filing is deficient for the following reason(s): Wrong event used, Missing Certificate of Good Standing from Supreme Court of California. We do accept certificates from a state bar registar from this state; Missing Proposed Order;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** Modified on 9/27/2020 (bcu). (Entered: 09/27/2020) |
| 09/28/2020 | [778](#) | MOTION for Samuel Blake to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21878026. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1](#) Affidavit of Samuel Blake, # [2](#) Text of Proposed Order).(Blake, Samuel) (Entered: 09/28/2020) |
| 09/28/2020 | [779](#) | MOTION for Adam Alper to Appear Pro Hac Vice *(Correctea)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1](#) |

SDNY CM/ECF NextGen Version 1.6
https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | Affidavit of Adam Alper, # 2 Text of Proposed Order).(Alper, Adam) (Entered: 09/28/2020) |
| 09/28/2020 | 780 | LETTER MOTION to Seal *Defendants' Responses to Syntel's Motions in Limine* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/28/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 781 | MEMORANDUM OF LAW in Opposition re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 782 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 783 | MEMORANDUM OF LAW in Opposition re: 730 MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 784 | MEMORANDUM OF LAW in Opposition re: 689 MOTION in Limine *#3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 785 | ***SELECTED PARTIES***DECLARATION of Ryan Kane in Opposition re: 689 MOTION in Limine *#3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 786 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 742 MOTION in Limine *#8 - Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 787 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 742 MOTION in Limine *#8 - Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 09/28/2020 | 788 | MEMORANDUM OF LAW in Opposition re: 702 MOTION in Limine *#10 - Syntel's Motion in Limine to Preclude Certain Evidence Relating To Transition Rebates*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 09/28/2020) |
|---|---|---|
| 09/28/2020 | 789 | DECLARATION of Adam Kaufmann in Opposition re: 702 MOTION in Limine *#10 - Syntel's Motion in Limine to Preclude Certain Evidence Relating To Transition Rebates*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 790 | MEMORANDUM OF LAW in Opposition re: 744 MOTION in Limine *#11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 791 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 744 MOTION in Limine *#11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 792 | MEMORANDUM OF LAW in Opposition re: 712 MOTION in Limine *#12 - Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In IC* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020)* |
| 09/28/2020 | 793 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 712 MOTION in Limine *#12 - Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In IC*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020)* |
| 09/28/2020 | 794 | MEMORANDUM OF LAW in Opposition re: 748 MOTION in Limine *#13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020)* |
| 09/28/2020 | 795 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 748 MOTION in Limine *#13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 780 |

| | | |
|---|---|---|
| | | .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 796 | MEMORANDUM OF LAW in Opposition re: 714 MOTION in Limine #14 - *Syntel's Motion in Limine to Preclude Testimony And Documentary Evidence Regarding Reasonable Royalty Damages That Accrued By Alleged Infringing Conduct Prior To September 30, 2013.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 797 | DECLARATION of Adam Kaufmann in Opposition re: 714 MOTION in Limine *#14 - Syntel's Motion in Limine to Preclude Testimony And Documentary Evidence Regarding Reasonable Royalty Damages That Accrued By Alleged Infringing Conduct Prior To September 30, 2013.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 798 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 751 MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 799 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri in Opposition re: 751 MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 800 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 754 MOTION in Limine *#16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 801 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 694 MOTION in Limine *#4 - Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 802 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 694 MOTION in Limine *#4 - Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 803 | JOINT LETTER addressed to Judge Lorna G. Schofield from Todd C. Norbitz and Gianni Cutri dated September 28, 2020 re: Syntel's Motion in Limine No. 9 (ECF |

| | | |
|---|---|---|
| | | Nos. 698, 700). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 804 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 805 | LETTER MOTION to Seal *Syntel's Responses to Defendants' Motions in Limine* addressed to Judge Lorna G. Schofield from Todd C. Norbitz dated September 28, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 806 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 807 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 808 | ***SELECTED PARTIES*** RESPONSE to Motion re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 809 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 692 MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Reifman Contravening Court's Preclusion Order.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 810 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) |

A-134

| | | (Entered: 09/28/2020) |
|---|---|---|
| 09/28/2020 | 811 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 812 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 813 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 814 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial..* Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 815 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Opposition re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 816 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 817 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Opposition re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |

A-135

| 09/28/2020 | 818 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| --- | --- | --- |
| 09/28/2020 | 819 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 820 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/28/2020 re: Withdrawal of TriZetto's Motion in Limine No. 9. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 821 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Opposition re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 822 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/29/2020 | 823 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Opposition re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/29/2020) |
| 09/29/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 778 MOTION for Samuel Blake to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21878026. Motion and supporting papers to be reviewed by Clerk's Office staff., 779 MOTION for Adam Alper to Appear Pro Hac Vice *(Corrected)*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 09/29/2020) |
| 09/30/2020 | 824 | ORDER: (Plaintiffs' MIL 3 & 4) granting in part and denying in part 689 Motion in Limine; granting in part and denying in part 694 Motion in Limine. For these reasons, it is ORDERED that Syntel's motions in limine Nos. 3 and 4 are GRANTED |

A-136

| | | |
|---|---|---|
| | | in part and DENIED in part. The parties shall not reference at trial discovery disputes or the Court's discovery orders; however evidence of the events underlying the disputes and orders are not precluded. The Clerk of Court is respectfully directed to close the motions at Docket Nos. 689 and 694.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 825 | ORDER (Plaintiffs' MIL 5, 6 & 7) denying 733 Motion in Limine; denying 736 Motion in Limine; denying 739 Motion in Limine: For these reasons, it is ORDERED that Syntel's motions in limine Nos 5, 6 and 7 relating to the Forensic Examination are DENIED, except that the issue of the admissibility of the written Forensic Report is RESERVED. The Clerk of Court is respectfully directed to close the motions at Docket Nos. 733, 736, 739. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jwh) (Entered: 09/30/2020) |
| 09/30/2020 | 826 | ORDER: (Plaintiffs' MIL 8) denying 742 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion in limine No. 8 is DENIED. Defendants may proffer evidence and argument about TriZetto's purported repository of test cases and automation scripts. The Clerk of Court is respectfully directed to close the motion at Docket No. 742.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 827 | ORDER (Plaintiffs' MIL 10) denying 702 Motion in Limine: For these reasons, it is ORDERED that Syntel's motion in limine No. 10 is DENIED. Defendants may introduce evidence and argument disputing TriZetto's liability to reimburse Syntel Mauritius for certain Transition Rebates pursuant to the MSA. The Clerk of Court is respectfully directed to close the motion at Docket No. 702. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jwh) (Entered: 09/30/2020) |
| 09/30/2020 | 828 | ORDER (Plaintiffs' MIL 13) denying 748 Motion in Limine: For these reasons, it is ORDERED that Syntel's motion to exclude the testimony of Mr. Sanders is DENIED. Mr. Sanders may testify as to (i) whether the Data Dictionary tool is subsumed within Facets 5.10, (ii) whether the Data Dictionary tool is a derivative work based on Facets 5.10 and shares protectable elements therein, and (iii) the functionality of the Data Dictionary tool and whether or not Syntel's D-2 Data Dictionary is substantially similar thereto. The Clerk of Court is respectfully directed to close Docket No. 748. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jwh) (Entered: 09/30/2020) |
| 09/30/2020 | 829 | ORDER: (Plaintiffs' MIL 12) denying 712 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion in limine No. 12 is DENIED. Defendants may elicit testimony regarding copyrights in prior versions of the Facet software to provide background about the copyrighted works at issue here. The Clerk of Court is respectfully directed to close the motion at Docket No. 712.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |

| 09/30/2020 | 830 | ORDER (Plaintiffs' MIL 15) denying 751 Motion in Limine. Based on the parties' recitation of facts in their memoranda of law, it is ORDERED that Syntel's motion in limine No. 15 is DENIED, and Mr. Noonan may testify at trial. By October 2, 2020, Defendants shall disclose whether they will call Mr. Noonan at trial as he is currently on their "may call list" (and in doing so shall consider the trial time limits the Court has yet to impose). It is further ORDERED that Syntel may take a deposition of Mr. Noonan, not to exceed seven hours, at a mutually agreeable time in advance of his trial testimony. The Clerk of Court is respectfully directed to close the motion at Docket No. 751.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| --- | --- | --- |
| 09/30/2020 | 831 | ORDER (Plaintiffs' MIL 14) denying 714 Motion in Limine: It is hereby ORDERED that the motion to exclude the testimony of Thomas Britven and the offering of any documentary evidence regarding TriZetto's alleged reasonable royalty damages that arose from Syntel's infringing acts that occurred prior to September 30, 2013, is DENIED. Mr. Britven may testify, and Defendants may offer documentary evidence as to TriZetto's alleged reasonable royalty damages that arose on or after February 23, 2012, as further set forth in this order. The Clerk of Court is directed to close the motion at Dkt. No. 714.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jwh) (Entered: 09/30/2020) |
| 09/30/2020 | 832 | ORDER (Plaintiffs' MIL 16) denying 754 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion in limine No. 16 is DENIED. Defendants may introduce evidence relating to whether Facets constitutes a protectable trade secret. The Clerk of Court is respectfully directed to close the motion at Docket No. 754. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 833 | ORDER (Plaintiffs' MIL 11) with respect to 744 MOTION in Limine #11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary. For these reasons, it is ORDERED that Syntel's motion in limine No. 11 as to the admissibility of the "Facets Data Dictionary Guide" and the "Facets 5.01 Physical Package Document" is RESERVED. (And as further set forth herein.) (Signed by Judge Lorna G. Schofield on 9/30/2020) (jca) (Entered: 09/30/2020) |
| 09/30/2020 | 834 | ORDER (Defendants' MIL 1) granting 687 Motion in Limine. For these reasons, it is ORDERED that TriZetto's motion in limine No. 1 is GRANTED. The Clerk of Court is respectfully directed to close the motion at Docket No. 687. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 835 | ORDER (Defendants' MIL 2) granting 692 Motion in Limine. For these reasons, it is ORDERED that TriZetto's motion in limine No. 2 is GRANTED. Syntel is precluded from introducing opinions offered by Mr. Roffman concerning test cases and automation scripts as set forth in the Roffman Declaration. The Clerk of Court is respectfully directed to close the motion at Docket No. 692.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 836 | ORDER (Defendants' MIL 3) denying without prejudice to renewal 697 MOTION in Limine No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery. For these reasons, it is ORDERED that Defendants' motion in limine No. 3 for an adverse inference instruction is DENIED without prejudice to renewal under the circumstances set forth above. The Clerk of Court is respectfully directed to close |

A-138

| | | |
|---|---|---|
| | | the motion at Docket No. 697. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jca) (Entered: 09/30/2020) |
| 09/30/2020 | 837 | ORDER: (Defendants' MIL 4) denying 703 Motion in Limine. For these reasons, it is ORDERED that Defendants' motion in limine No. 4 is DENIED. The jury will not be instructed to draw any inferences adverse to Syntel regarding its failure to produce certain computers to the forensic examiner. The Clerk of Court is respectfully directed to close the motion at Docket No. 703.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 838 | ORDER (Defendants' MIL 6) with respect to 710 MOTION in Limine No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims. For these reasons, it is ORDERED that Defendants' motion in limine No. 6 is RESERVED. No later than October 6, 2020, Syntel may (but need not) file a certification pursuant to Rule 803(6)(D) to provide the foundation for the admissibility of any document(s) showing the amount of transition rebates TriZetto received, consistent with the analysis set forth above. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jca) (Entered: 09/30/2020) |
| 09/30/2020 | 839 | ORDER (Defendants' MIL 7) granting in part and denying in part 717 Motion in Limine. For these reasons, it is ORDERED that Defendants' motion in limine No. 7 is GRANTED in part and DENIED in part. Syntel is precluded from introducing evidence, testimony, or argument about the meaning or terms of the Non-Solicitation Provision, or introducing evidence or argument that TriZetto breached, or that Cognizant induced TriZetto to breach, the Non-Solicitation Provision. Syntel is not otherwise precluded from introducing evidence concerning the Non-Solicitation Provision. The Clerk of Court is respectfully directed to close the motion at Docket No. 717.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 840 | ORDER (Defendants' MIL 8) denying 720 MOTION in Limine No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case. For these reasons, it is ORDERED that Defendants' motion in limine No. 8 is DENIED. Syntel may introduce evidence relating to Project Koala. The Clerk of Court is respectfully directed to close the motion at Docket No. 720. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jca) (Entered: 09/30/2020) |
| 09/30/2020 | 841 | ORDER (Plaintiffs' MIL 2) granting in part and denying in part 730 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion GRANTED in part. In sum, Dr. Bergeron may provide testimony on: 1. whether TriZetto's confidential and proprietary information constitutes trade secrets; 2. whether Syntel used TriZetto's confidential and proprietary information; and 3. whether Syntel's source code is similar to the Data Dictionary. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 730. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 842 | ORDER: Defendants shall file a Reply, not to exceed five pages, to Syntel's Opposition (Dkt. Nos. 816 and 817) by October 5, 2020. (Signed by Judge Lorna G. Schofield on 9/30/2020) ( Replies due by 10/5/2020.) (ks) (Entered: 09/30/2020) |

| | | |
|---|---|---|
| 09/30/2020 | 843 | ORDER: (Plaintiffs' MIL 1) granting in part and denying in part 727 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion in limine No. 1 is GRANTED in part and DENIED in part. Mr. Britven's expert testimony is excluded only with respect to the asserted costs incurred for breach of contract. The Clerk of Court is respectfully directed to close the motion at Docket No. 727. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 10/01/2020 | 844 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Todd Norbitz dated 10/1/2020 re: Trial. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/01/2020) |
| 10/01/2020 | 845 | ORDER denying as moot 698 Motion in Limine; denying as moot 723 Motion in Limine. It is hereby ORDERED that the motions in limine at Dkt. Nos. 698 and 723 are DENIED as moot. The Clerk of Court is respectfully directed to close Dkt. Nos. 698 and 723. (Signed by Judge Lorna G. Schofield on 10/1/2020) (rro) (Entered: 10/01/2020) |
| 10/02/2020 | 846 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/2/2020 re: trial witness Mike Noonan. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/02/2020) |
| 10/05/2020 | 847 | ORDER: It is ORDERED that the final pretrial conference scheduled for October 7, 2020, will be held by videoconference using the Court's Skype for Business technology. The parties will receive an e-mail including a link to join the videoconference in advance of the conference. The public may dial in to the conference using the following conference call line: 888-363-4749, access code: 558-3333. (Telephone Conference set for 10/7/2020 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 10/5/2020) (rro) (Entered: 10/05/2020) |
| 10/05/2020 | 848 | LETTER MOTION to Seal *TriZetto's Reply to its Motion in Limine No. 5* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/5/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/05/2020) |
| 10/05/2020 | 849 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 848 .(Cutri, Gianni) (Entered: 10/05/2020) |
| 10/05/2020 | 850 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 848 .(Cutri, Gianni) (Entered: 10/05/2020) |

A-140

| 10/06/2020 | 851 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 6, 2020 re: Syntel's Response to Defendant's reply in support of motion in limine no. 5. Document filed by Syntel Sterling Best Shores Mauritius Limited.. (Janghorbani, Jaren) (Entered: 10/06/2020) |
|---|---|---|
| 10/06/2020 | 852 | NOTICE OF APPEARANCE by Kripa Anand Raman on behalf of Syntel Sterling Best Shores Mauritius Limited..(Raman, Kripa) (Entered: 10/06/2020) |
| 10/06/2020 | 853 | NOTICE OF APPEARANCE by Joshua D. Reich on behalf of Syntel Sterling Best Shores Mauritius Limited..(Reich, Joshua) (Entered: 10/06/2020) |
| 10/06/2020 | 854 | JOINT LETTER MOTION to Seal addressed to Judge Lorna G. Schofield from J. Steven Baughman dated October 6, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Appendix).(Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 855 | LETTER addressed to Judge Lorna G. Schofield from J. Steven Baughman dated October 6, 2020 re: Submissions pursuant to Fed. R. Evid. 803(6)(D). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 856 | ***SELECTED PARTIES***DECLARATION of Daniel M. Moore . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Letter, # 2 Exhibit 2 - Email, # 3 Exhibit 3 - Email)Motion or Order to File Under Seal: 854 .(Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 857 | ***SELECTED PARTIES***DECLARATION of Anil Agrawal . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Letter, # 2 Exhibit 2 - Email, # 3 Exhibit 3 - Email, # 4 Exhibit 4 - Email, # 5 Exhibit 5 - Website, # 6 Exhibit 6 - Memorandum of Agreement, # 7 Exhibit 7 - Letter, # 8 Exhibit 8 - Spreadsheet, # 9 Exhibit 9 - Email, # 10 Exhibit 10 - Email)Motion or Order to File Under Seal: 854 .(Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 858 | DECLARATION of Anil Agrawal *[Filed Under Seal]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Letter [Filed Under Seal], # 2 Exhibit 2 - Email [Filed Under Seal], # 3 Exhibit 3 - Email [Filed Under Seal], # 4 Exhibit 4 - Email [Filed Under Seal], # 5 Exhibit 5 - Website, # 6 Exhibit 6 - Memorandum of Agreement [Filed Under Seal], # 7 Exhibit 7 - Letter [Filed Under Seal], # 8 Exhibit 8 - Spreadsheet [Filed Under Seal], # 9 Exhibit 9 - Email [Filed Under Seal], # 10 Exhibit 10 - Email [Filed Under Seal]). (Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 859 | DECLARATION of Charles Sanders in Opposition re: 744 MOTION in Limine *#11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/06/2020) |
| 10/07/2020 | 860 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 7, 2020 re: Revised Deposition Designations and Jury Charge. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - TriZetto Designations, # 2 Exhibit 2 - Syntel Designations, # 3 Exhibit 3 |

| | | |
|---|---|---|
| | | - Syntel jury charge edits clean, # 4 Exhibit 4 - Syntel jury charge edits redline, # 5 Exhibit 5 - Syntel voir dire edits clean, # 6 Exhibit 6 - Syntel voir dire edits redline, # 7 Exhibit 7 - Syntel powerpoint edits clean, # 8 Exhibit 8 - Syntel powerpoint edits redline.(Janghorbani, Jaren) (Entered: 10/07/2020) |
| 10/07/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Final Pretrial Conference held on 10/7/2020. (Court Reporter Present) (jcs) (Entered: 10/07/2020) |
| 10/07/2020 | 861 | ORDER: It is hereby ORDERED that by October 8, 2020, at 5:00 p.m., Defendants/Counterclaim- Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp., and Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. shall provide proposed jury instructions regarding their affirmative defenses, suitable for the preliminary charge. It is further ORDERED that, if there are any remaining objections regarding the parties' trial exhibits, the parties shall provide by October 12, 2020, at 5:00 p.m., a revised exhibit list, in the form set forth in the Court's Trial Procedures During Covid 19 Pandemic, and shall file a letter identifying remaining evidentiary objections and the parties respective positions. It is further ORDERED that the parties shall continue to meet and confer on deposition designations and, when the parties have reached an impasse, they shall re-submit the relevant deposition transcripts, marked in accordance with Individual Rule IV.B.2(h). (Signed by Judge Lorna G. Schofield on 10/7/2020) (rro) (Entered: 10/07/2020) |
| 10/07/2020 | 862 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 7, 2020 re: remote witness instruction. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Proposed Instruction).(Janghorbani, Jaren) (Entered: 10/07/2020) |
| 10/08/2020 | 863 | ORDER (Defendants' MIL No. 5) granting 707 Motion in Limine. It is hereby ORDERED that Defendants' motion in limine No. 5 is GRANTED. Syntel may not provide testimony concerning matters about which Syntels Rule 30(b)(6) witness Daniel Moore refused to testify based on claims of privilege at his deposition in his Rule 30(b)(6) capacity and at his depositions in his personal capacity, but trial counsel may argue regarding the meaning and interpretation of the MSA. The Clerk of Court is respectfully directed to close the motion at Docket No. 707. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 10/8/2020) (cf) (Entered: 10/08/2020) |
| 10/08/2020 | 864 | ORDER (Defendants' MIL 6) regarding 710 Motion in Limine. It is hereby ORDERED that since the foundational witness Mr. Agrawal has never previously been deposed, Defendants may (but need not) take Mr. Agrawal's deposition -- not to exceed three hours -- prior to October 16, 2020, and shall file any objections to admissibility by October 16, 2020, at noon. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 10/8/2020) (cf) Modified on 10/16/2020 (jwh). Modified on 10/16/2020 (ama). (Entered: 10/08/2020) |
| 10/08/2020 | 866 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/8/2020 re: preliminary instructions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/08/2020) |
| 10/08/2020 | | ***DELETED DOCUMENT. Deleted document number 865 Order. The document was incorrectly filed in this case. (jcs) (Entered: 10/08/2020) |

| 10/08/2020 | 867 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 8, 2020 re: Jury Charge. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Syntel's Proposed Revision to the Excerpt of Preliminary Jury Charge, # 2 Exhibit 2 - Syntel's Proposed Revision to the Preliminary Jury Charge Powerpoint).(Janghorbani, Jaren) (Entered: 10/08/2020) |
| 10/08/2020 | 868 | ORDER denying 744 Motion in Limine: It is hereby ORDERED that Syntel's motion in limine No. 11 as to the admissibility of the "Facets Data Dictionary Guide" and the "Facets 5.01 Physical Package Document" is DENIED. The supplemental declaration adequately provides the business record foundation for the admissibility of the two documents pursuant to Rule 803(6)(D). The Clerk of Court is respectfully directed to close Dkt. No. 744. (Signed by Judge Lorna G. Schofield on 10/8/2020) (jwh) (Entered: 10/08/2020) |
| 10/09/2020 | 869 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 9, 2020 re: Defendants' October 8, 2020 Letter Dkt. 866. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/09/2020) |
| 10/09/2020 | 870 | ORDER: It is hereby ORDERED that Defendants' request for a bench trial on the equitable defenses is DENIED for substantially the reasons stated in Syntel's October 9, 2020, letter. It is further ORDERED that by October 13, 2020, Syntel and Defendants shall file respective letters, not to exceed three (3) pages, stating their positions on whether damages for avoided costs are available in equity for the New York trade secret misappropriation claim, and if not, what if any impact such a ruling would have on the evidence to be presented at trial. (As further set forth in this Order.) ( Responses due by 10/13/2020) (Signed by Judge Lorna G. Schofield on 10/9/2020) (cf) (Entered: 10/09/2020) |
| 10/09/2020 | 871 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/7/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/30/2020. Redacted Transcript Deadline set for 11/9/2020. Release of Transcript Restriction set for 1/7/2021..(McGuirk, Kelly) (Entered: 10/09/2020) |
| 10/09/2020 | 872 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/7/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/09/2020) |
| 10/11/2020 | 873 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 10/11/2020 re: Disclosure Procedures for Trial. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A).(Cutri, Gianni) (Entered: 10/11/2020) |
| 10/11/2020 | 874 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 10/11/2020 re: Agreed Proposed Jury Instruction. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit 1 - Joint Proposed Instruction).(Cutri, Gianni) (Entered: 10/11/2020) |
| 10/12/2020 | 875 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 10/12/2020 re: the Parties' remaining evidentiary objections. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - TriZetto's Exhibit List, # 2 Exhibit 2 - Syntel's Exhibit List).(Cutri, Gianni) (Entered: 10/12/2020) |
| 10/13/2020 | 876 | TRIAL PROCEDURE STIPULATION: Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. ("Plaintiffs") and Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. ("Defendants") (collectively, the Parties), by their undersigned counsel, hereby agree that the following procedures shall apply during the jury trial in the above-captioned matter. (As further set forth in this Order.) The Parties shall be available to meet and confer at 10:00 p.m. Eastern Time daily to resolve any outstanding issues. (Signed by Judge Lorna G. Schofield on 10/13/2020) (cf) (Entered: 10/13/2020) |
| 10/13/2020 | 877 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 10/13/2020 re: TriZetto's affirmative defenses. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/13/2020) |
| 10/13/2020 | 878 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/13/2020 re: damages for avoided costs. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/13/2020) |
| 10/13/2020 | 879 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 13, 2020 re: Court's Oct. 9, 2020 Order, Dkt. 870. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/13/2020) |
| 10/14/2020 | 880 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/14/2020 re: deposit of maximum possible judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/14/2020) |
| 10/14/2020 | 881 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/14/2020 re: breach of contract claims. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/14/2020) |
| 10/15/2020 | 882 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 15, 2020 re: Response to Defendants' 10/14/2020 Letter, Dkt. No. 880. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Correspondence).(Janghorbani, Jaren) (Entered: 10/15/2020) |
| 10/15/2020 | 883 | MEMO ENDORSEMENT on re: 880 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: TriZetto shall file a reply to Syntel's response letter at Dkt. No. 881 as soon as possible, and in any event no later than 9:00 a.m., October 16, 2020. (Signed by Judge Lorna G. Schofield on 10/15/2020) (cf) (Entered: 10/15/2020) |
| 10/15/2020 | 884 | ORDER: It is hereby ORDERED that the Order dated September 30, 2020, granting in part and denying in part Syntel's motion in limine seeking to preclude Mr. |

|  |  |  |
|---|---|---|
|  |  | Britven's expert testimony is supplemented and modified as follows. It is further ORDERED that regarding the draft final jury charge referred to in the joint letter at Dkt. No. 877, the parties shall provide any revised jointly proposed damages instructions by October 16, 2020. As to any remaining instructions, the parties shall use the substantive excerpt of the preliminary charge as the base document, add any instructions that the parties believe will be necessary in light of the evidence in redline and submit those instructions by October 19, 2020. By October 19, 2020, the parties shall also provide any revised jointly proposed verdict form. The parties are reminded that these submissions should be "joint" and shall attempt to resolve all objections. (And as further set forth herein.) (Signed by Judge Lorna G. Schofield on 10/15/2020) (jca) (Entered: 10/15/2020) |
| 10/15/2020 | 885 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/15/2020 re: reply in support of proposal to resolve the transition rebates claim. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/15/2020) |
| 10/16/2020 | 886 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: Letter requesting time to reply or a brief call re: Defendants' 10/15/2020 Letter, D.I. 885. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/16/2020) |
| 10/16/2020 | 887 | MEMO ENDORSEMENT on re: 886 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: A status conference to discuss the parties' letters (Dkt. Nos. 880, 882, 885) will be held today at 2:00 p.m. EDT on the following conference line: 888-363-4749, access code 558-3333. The timing of the conference is approximate but the parties shall be prepared to begin at that time. So Ordered. (Telephone Conference set for 10/16/2020 at 02:00 PM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 10/16/2020) (cf) (Entered: 10/16/2020) |
| 10/16/2020 | 888 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020 re: preliminary jury charge. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A).(Cutri, Gianni) (Entered: 10/16/2020) |
| 10/16/2020 | 889 | LETTER MOTION to Seal *TriZetto's Letter Maintaining Objections to Transition Rebates Evidence* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/16/2020) |
| 10/16/2020 | 890 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020 re: Syntel's transition rebates evidence. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 889 .(Cutri, Gianni) (Entered: 10/16/2020) |
| 10/16/2020 | 891 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: Proposed Revisions to Preliminary Charge and Presentation. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/16/2020) |
| 10/16/2020 | 892 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: Response to Defendants' 10/16/2020 Letter, Dkt. No. 888. |

| | | |
|---|---|---|
| | | Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 10/16/2020) |
| 10/16/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 10/16/2020. (Court Reporter Present) (jcs) (Entered: 10/16/2020) |
| 10/16/2020 | 893 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: proposal at 10/16/2020 hearing. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/16/2020) |
| 10/16/2020 | 894 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020 re: TriZetto's position on Court's proposal re transition rebates. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/16/2020) |
| 10/16/2020 | 895 | ORDER (Defendants' MIL 6) re: 890 Letter, 864 Order on Motion in Limine, 710 MOTION in Limine: It is ORDERED that for the reasons stated at today's telephonic status conference, the motion in limine No. 6 filed by Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "Defendants") (Dkt. No. 710), and Defendants' application maintaining their objections to the transition rebates evidence (Dkt. No. 890) are DENIED. The Clerk of Court is respectfully directed to correct the docket entry at Dkt. No. 864, which incorrectly states that the motion in limine at Dkt. No. 710 was granted. Instead, the docket entry should read "ORDER (Defendants' MIL 6) regarding 710 Motion in Limine." (Signed by Judge Lorna G. Schofield on 10/16/2020) (jwh) Modified on 10/26/2020 (jwh). (Entered: 10/16/2020) |
| 10/16/2020 | 896 | ORDER: It is ORDERED that Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.'s (together, "Syntel") evidentiary objections to the following trial exhibits of Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "TriZetto") are overruled for substantially the reasons stated by TriZetto: DTX-0256.002; DTX-0258.0009 to.0028; DTX-0275; DTX-0277. It is further ORDERED that Syntel's evidentiary objections to the following TriZetto trial exhibits are sustained for substantially the reasons stated by Syntel: DTX-0485; DTX-0490; DTX-0491. It is further ORDERED that for the reasons stated at today's telephonic status conference, the following Syntel trial exhibits are admitted: PTX-199-200; PTX 205; PTX 206; PTX 685. Accordingly, TriZetto's motion in limine No. 6 (Dkt. No. 710) and application maintaining the objections to the transition rebates evidence (Dkt. No. 890) are DENIED. It is further ORDERED that by end of today, the parties shall meet and confer on the stipulation to moot Syntel's breach of contract claim regarding transition rebates and shall file a jointly proposed stipulation of facts. The stipulation may reference the date TriZetto agreed to pay and the date of payment. Assuming TriZetto still wants to proceed, the parties shall submit today the proposed stipulation and any disputes about its precise wording, and the Court will rule on them. If TriZetto does not wish to proceed on these terms, it shall file a letter with the Court immediately so stating. The Clerk of Court is respectfully directed to correct the docket entry at Dkt. No. 864, which incorrectly states that the motion in limine at Dkt. No. 710 was granted. Instead, the docket entry should read "ORDER (Defendants' MIL 6) regarding 710 Motion in Limine." (Signed by Judge Lorna G. Schofield on 10/16/2020) (ama) (Entered: 10/16/2020) |

SDNY CM/ECF NextGen Version 1.6       https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| 10/16/2020 | 902 | ORDER: It is ORDERED that the following deposition designations are permitted. Chadha, Ankur 2018-02-20 (As further sets forth in this Order.) (Signed by Judge Lorna G. Schofield on 10/16/2020) (cf) (Entered: 10/19/2020) |
| 10/17/2020 | 897 | PROPOSED JURY INSTRUCTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/17/2020) |
| 10/17/2020 | 898 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: Court's Order, Dkt. 896, attaching Joint Stipulation. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Joint Stipulation).(Janghorbani, Jaren) (Entered: 10/17/2020) |
| 10/17/2020 | 899 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/17/2020 re: Cross Examination Materials. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/17/2020) |
| 10/17/2020 | 900 | MOTION for Jason Wilcox to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22185055. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Jason Wilcox, # 2 Attachment - Certificates of Good Standing, # 3 Text of Proposed Order).(Cutri, Gianni) (Entered: 10/17/2020) |
| 10/19/2020 | 901 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 19, 2020 re: Stipulation of Uncontested Facts. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Stipulation of Uncontested Facts).(Janghorbani, Jaren) (Entered: 10/19/2020) |
| 10/19/2020 | | NOTICE REGARDING trial beginning on October 19, 2020 CONFERENCE: The parties, members of the press, and public may dial into these trial proceedings using Conference Call In Number: (888) 363-4749; and Access Code: 558-3333. (jcs) (Entered: 10/19/2020) |
| 10/19/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Selection held on 10/19/2020. (jcs) (Entered: 10/19/2020) |
| 10/19/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial begun on 10/19/2020. TriZetto's opening statements held. Syntel's opening statements held. TriZetto's First Witness: Michael Noonan. (Court Reporter Present) (jcs) (Entered: 10/19/2020) |
| 10/20/2020 | 903 | PROPOSED JURY INSTRUCTIONS. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Preliminary Jury Charge Redline, # 2 Proposed Verdict Forms, # 3 Exhibit 1 - Proposed Verdict Form (Syntel), # 4 Exhibit 2 - Proposed Verdict Form (TriZetto)).(Groombridge, Nicholas) (Entered: 10/20/2020) |
| 10/20/2020 | 904 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/20/2020 re: trial materials. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/20/2020) |
| 10/20/2020 | 905 | MEMO ENDORSEMENT on re: 904 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: So Ordered. (Signed by Judge Lorna G. Schofield on 10/20/2020) (cf) (Entered: 10/20/2020) |

| | | |
|---|---|---|
| 10/20/2020 | 906 | ORDER: It is hereby ORDERED that Syntel's breach of contract claim regarding transition rebates is DISMISSED with prejudice. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 10/19/2020) (cf) (Entered: 10/20/2020) |
| 10/20/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 10/20/2020. TriZetto's First Witness: Michael Noonan (continued). TriZetto's Second Witness: Sandeep Sinha. TriZetto's Third Witness: Ankur Chadha. TriZetto's Fourth Witness: Vipul Dekhtawala. TriZetto's Fifth Witness: Chuck Sanders. (Court Reporter Present) (jcs) (Entered: 10/21/2020) |
| 10/21/2020 | 907 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/21/2020 re: Curative Instruction on Preclusion Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/21/2020) |
| 10/21/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 10/21/2020. TriZetto's Sixth Witness: Bryan Bergeron. TriZetto's Seventh Witness: Thomas Britven. (Court Reporter Present) (jcs) (Entered: 10/26/2020) |
| 10/22/2020 | 908 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/22/2020 re: Laches Instruction. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/22/2020) |
| 10/22/2020 | 909 | ORDER granting 664 Motion for Jake Rambeau to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | 910 | ORDER granting 763 Motion for Melissa R. Alpert to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | 911 | ORDER granting 778 Motion for Samuel Blake to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | 912 | ORDER granting 779 Motion for Adam Alper to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 900 MOTION for Jason Wilcox to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22185055. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/22/2020) |
| 10/22/2020 | 913 | ORDER granting 900 Motion for Jason Wilcox to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | 914 | JOINT STIPULATION: Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. ("Syntel") and Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. ("TriZetto") (collectively, the 'Parties"), by their undersigned counsel, hereby stipulate to the following facts: The Master Services Agreement between TriZetto and Syntel ("MSA") provided for the payment of certain transition rebates; As of |

| | | |
|---|---|---|
| | | October 16, 2020, TriZetto agreed to pay $5,183,241, reflecting the amount due for the rebates; as further set forth in this Order. (Signed by Judge Lorna G. Schofield on 10/17/2020) (cf) (Entered: 10/22/2020) |
| 10/22/2020 | 915 | MEMO ENDORSEMENT on re: 899 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties shall also provide the Court a binder and digital copy at the same time. (Signed by Judge Lorna G. Schofield on 10/17/2020) (cf) (Entered: 10/22/2020) |
| 10/22/2020 | 916 | ORDER: It is ORDERED that the final charging conference will be held on October 23, 2020, at 1:00 p.m., on the following conference line: 888-363-4749, access code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. Telephone Conference set for 10/23/2020 at 01:00 PM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 10/22/2020) (kv) (Entered: 10/22/2020) |
| 10/22/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 10/22/2020. TriZetto's Seventh Witness: Thomas Britven (continued). TriZetto rests. Syntel's First Witness: Murlidhar Reddy. Syntel's Second Witness: Manish Mehta. Syntel's Third Witness: Daniel Moore. (Court Reporter Present) (jcs) (Entered: 10/26/2020) |
| 10/24/2020 | 917 | LETTER MOTION to Seal *Oct. 24, 2020 Letter and accompanying exhibits* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 24, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Appendix A).(Janghorbani, Jaren) (Entered: 10/24/2020) |
| 10/24/2020 | 918 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 24, 2020 re: Bergeron Cross Exhibits. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - Part 1 (Declaration of Jesse Stevenson), # 2 Exhibit 1 - Part 2 (Exhibit A to Declaration), # 3 Exhibit 1 - Part 3 (Exhibit B to Declaration), # 4 Exhibit 1 - Part 4 (Exhibit C to Declaration), # 5 Exhibit 2 - Email)Motion or Order to File Under Seal: 917 .(Janghorbani, Jaren) (Entered: 10/24/2020) |
| 10/24/2020 | 919 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 24, 2020 re: Bergeron Cross Exhibits [Redacted]. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Part 1 (Declaration of Jesse Stevenson) [Redacted], # 2 Exhibit 1 - Part 2 (Exhibit A to Declaration) [Filed Under Seal], # 3 Exhibit 1 - Part 3 (Exhibit B to Declaration) [Filed Under Seal], # 4 Exhibit 1 - Part 4 (Exhibit C to Declaration) [Filed Under Seal], # 5 Exhibit 2 - Email).(Janghorbani, Jaren) (Entered: 10/24/2020) |
| 10/24/2020 | 920 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/24/2020 re: Bergeron Cross Documents. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit Google Search, # 2 Exhibit vinaynu18 Profile).(Cutri, Gianni) (Entered: 10/24/2020) |
| 10/26/2020 | 921 | MOTION for Judgment as a Matter of Law . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/26/2020) |

A-149

| | | |
|---|---|---|
| 10/26/2020 | 922 | MEMORANDUM OF LAW in Support re: 921 MOTION for Judgment as a Matter of Law . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/26/2020) |
| 10/26/2020 | 923 | ORDER: It is ORDERED that for reasons that will be explained at a convenient time at trial: 1. Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.'s application to admit PTX 1530 - 1533, 1535, 1537 - 3539, into evidence or as demonstrative aids (Dkt. No. 918) is DENIED. 2. Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.'s application to admit into evidence documents to show that these exhibits and the documents shown at trial were pirated (Dkt. No. 920) is also DENIED. Counsel are cautioned that the statements of counsel not adopted by the witness (in this instance Mr. Bergeron during his cross-examination about the Google search) are not evidence and should not be referred to in closing argument. (Signed by Judge Lorna G. Schofield on 10/24/2020) (ama) (Entered: 10/26/2020) |
| 10/26/2020 | 924 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/16/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/16/2020. Redacted Transcript Deadline set for 11/27/2020. Release of Transcript Restriction set for 1/24/2021..(McGuirk, Kelly) (Entered: 10/26/2020) |
| 10/26/2020 | 925 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/16/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/26/2020) |
| 10/26/2020 | 926 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/19/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Rebecca Forman, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/16/2020. Redacted Transcript Deadline set for 11/27/2020. Release of Transcript Restriction set for 1/24/2021..(McGuirk, Kelly) (Entered: 10/26/2020) |
| 10/26/2020 | 927 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/19/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/26/2020) |
| 10/26/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 10/26/2020. Syntel's Third Witness: Daniel Moore (continued). Syntel's Fourth Witness: John Plumpe. Syntel's Fifth Witness: Glenn Sheets. Syntel Rests. TriZetto's First Rebuttal Witness: Thomas Britven. Jury Charged-in part. TriZetto's summations held. Syntel's summations held. (Court Reporter Present) (jcs) (Entered: 10/26/2020) |

| | | |
|---|---|---|
| 10/27/2020 | 928 | MOTION for Judgment *as a Matter of Law*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/27/2020) |
| 10/27/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial completed on 10/27/2020. Jury charge Completed. Jury deliberations begin. Verdict reached. (Court Reporter Present) (jcs) (Entered: 10/28/2020) |
| 10/27/2020 | 931 | JURY VERDICT.(jcs) (Entered: 10/28/2020) |
| 10/27/2020 | 935 | Court Exhibit List. (Attachments: # 1 Court Exhibit No. 1 - Exhibits Admitted on 10.21.2020, # 2 Court Exhibit No. 2 - Syntel's Preemptory Challenges, # 3 Court Exhibit No. 3 - TriZetto's Preemptory Challenges, # 4 Court Exhibit No. 4 - Joint Stipulation of Uncontested Facts, # 5 Court Exhibit No. 5 - Joint Stipulation re Rebates, # 6 Court Exhibit No. 6 - Listing of TriZetto's Alleged Trade Secrets, # 7 Court Exhibit No. 7 - Jury Note re Digital Exhibits, # 8 Court Exhibit No. 8 - Jury Note re Demonstratives, # 9 Court Exhibit No. 9 - Court Note to Jury, # 10 Court Exhibit No. 10 - Jury Note re Withdrawing Prior Request, # 11 Court Exhibit No. 11 - Jury Note re Verdict, # 12 Court Exhibit No. 12 - Final Charge (Annotated), # 13 Court Exhibit No. 13 - Final Charge (Non-Annotated), # 14 Court Exhibit No. 14 - Parties' Admitted Exhibit List).(jcs) (Entered: 11/04/2020) |
| 10/28/2020 | 929 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 28, 2020 re: post-trial briefing. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/28/2020) |
| 10/28/2020 | 930 | ORDER: It is ORDERED that the parties shall file a joint letter by Friday, October 30, 2020, proposing a mutually agreeable procedure and schedule for all matters that remain to be tried and adjudicated by the Court, both before and after entry of judgment and, if not all matters are mutually agreed upon, also describing the separate proposals. (Signed by Judge Lorna G. Schofield on 10/28/2020) (cf) (Entered: 10/28/2020) |
| 10/30/2020 | 932 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 30, 2020 re: Court's Oct. 28, 2020 Order, D.I. 930. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/30/2020) |
| 11/02/2020 | 933 | MEMO ENDORSEMENT on re: 932 Letter filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: A status conference will be held today at 5:00 p.m. EST to discuss this submission. Counsel for the parties shall call into the following conference line: 888-363-4749, Access Code: 558-3333. The timing of the conference is approximate, but counsel shall be ready to proceed at that time. ( Telephone Conference set for 11/2/2020 at 05:00 PM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 11/2/2020) (cf) (Entered: 11/02/2020) |
| 11/04/2020 | 934 | ORDER re: 932 Letter filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. For the reasons stated at the conference, it is hereby ORDERED that the parties shall file a joint letter by November 6, 2020, proposing a revised cross-motion briefing schedule -- contemplating four briefs total and reasonable page limits -- along with a plan for any issues that remain to be tried. The letter should also inform the Court of any agreement on (i) holding the motions for attorneys' fees in abeyance and (ii) interim measures prior to the adjudication of any motion for permanent |

|  |  |  |
|---|---|---|
| | | injunction. (Signed by Judge Lorna G. Schofield on 11/3/2020) (kv) (Entered: 11/04/2020) |
| 11/04/2020 | 936 | JOINT LETTER MOTION to Seal *Certain Trial Exhibits* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 11/4/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 11/04/2020) |
| 11/06/2020 | 937 | JOINT LETTER addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated November 6, 2020 re: Cross-Motion Briefing Schedule. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 11/06/2020) |
| 11/09/2020 | 938 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/2/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Steven Griffing, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/30/2020. Redacted Transcript Deadline set for 12/10/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/09/2020) |
| 11/09/2020 | 939 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/2/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/09/2020) |
| 11/09/2020 | 940 | ORDER: ORDERED that the parties shall brief their proposed post-trial motions -- which include Syntel's motion for judgment as a matter of law or, in the alternative, a new trial or remittitur, Syntel's proposal that the Court make further findings on its equitable defenses of laches and unclean hands, TriZetto's motions for a permanent injunction and for pre- and post-judgment interest, and TriZetto's unclean hands defense -- according to the following schedule: Motions due by 12/4/2020., Responses due by 1/29/2021, Replies due by 2/9/2021. No party shall exceed seventy-five (75) pages of briefing in total. The parties shall email a courtesy copy of their memoranda of law with hyperlinks to Westlaw for any cited cases and hyperlinks to any cited exhibits and testimony from the record. The parties shall otherwise comply with the Court's Individual Rules, and if in effect, the Emergency Individual Rules andPractices in light of COVID-19. It is further ORDERED that per the parties' agreement, any motion for attorneys' fees will be filed and briefed following entry of a final judgment on appeal. It is further ORDERED that by November 13, 2020, the parties shall file a letter providing an update regarding potential agreements for interim measures prior to adjudication of TriZetto's motion for a permanent injunction. (Signed by Judge Lorna G. Schofield on 11/09/2020) (ama) (Entered: 11/09/2020) |
| 11/10/2020 | 941 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/7/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction |

| | | set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
|---|---|---|
| 11/10/2020 | 942 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/7/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 943 | TRANSCRIPT of Proceedings re: TRIAL held on 10/19/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 944 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/19/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 945 | TRANSCRIPT of Proceedings re: TRIAL held on 10/20/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 946 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/20/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 947 | TRANSCRIPT of Proceedings re: TRIAL held on 10/21/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 948 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/21/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this |

| | | |
|---|---|---|
| | | transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 949 | TRANSCRIPT of Proceedings re: TRIAL held on 10/22/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 950 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/22/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 951 | TRANSCRIPT of Proceedings re: TRIAL held on 10/23/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 952 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/23/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 953 | TRANSCRIPT of Proceedings re: TRIAL held on 10/26/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 954 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/26/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/10/2020) |

| 11/10/2020 | 955 | TRANSCRIPT of Proceedings re: TRIAL held on 10/27/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
|---|---|---|
| 11/10/2020 | 956 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/27/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/13/2020 | 957 | JOINT LETTER addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated November 13, 2020 re: Potential Agreements for Interim Measures. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 11/13/2020) |
| 11/16/2020 | 958 | MEMO ENDORSEMENT on re: 957 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: The parties shall continue to meet and confer, and shall advise the Court if further assistance is necessary. (Signed by Judge Lorna G. Schofield on 11/16/2020) (cf) (Entered: 11/16/2020) |
| 12/04/2020 | 959 | MOTION for Judgment as a Matter of Law , *A New Trial or Remittitur under Rules 50(b) and 59*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 12/04/2020) |
| 12/04/2020 | 960 | MEMORANDUM OF LAW in Support re: 959 MOTION for Judgment as a Matter of Law , *A New Trial or Remittitur under Rules 50(b) and 59*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 12/04/2020) |
| 12/21/2020 | 961 | NOTICE of Filing of Deposition Testimony Played at Trial. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Cutri, Gianni) (Entered: 12/21/2020) |
| 01/05/2021 | 962 | LETTER MOTION to Seal *exhibits in support of TriZetto's Opposition to Syntel's Motion for Judgment as a Matter of Law, a New Trial, or Remittitur and Motion for a Permanent Injunction and Pre- and Post-Judgment Interest* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 1/5/2021. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 01/05/2021) |
| 01/05/2021 | 963 | MEMORANDUM OF LAW in Opposition re: 959 MOTION for Judgment as a Matter of Law , *A New Trial or Remittitur under Rules 50(b) and 59. and Motion for a Permanent Injunction and Pre- and Post-Judgment Interest*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 01/05/2021) |

SDNY CM/ECF NextGen Version 1.6　　　　　　　　https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 01/05/2021 | 964 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 959 MOTION for Judgment as a Matter of Law , *A New Trial or Remittitur under Rules 50(b) and 59*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)Motion or Order to File Under Seal: 962 .(Cutri, Gianni) (Entered: 01/05/2021) |
| 01/05/2021 | 965 | MOTION for Permanent Injunction *and Pre- and Post-Judgment Interest*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Cutri, Gianni) (Entered: 01/05/2021) |
| 01/29/2021 | 966 | MEMORANDUM OF LAW in Opposition re: 965 MOTION for Permanent Injunction *and Pre- and Post-Judgment Interest*. *and REPLY MEMORANDUM OF LAW in Support re: 959 MOTION for Judgment as a Matter of Law, A New Trial or Remittitur under Rules 50(b) and 59*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 01/29/2021) |
| 01/29/2021 | 967 | DECLARATION of Nicholas Groombridge in Support re: 959 MOTION for Judgment as a Matter of Law , *A New Trial or Remittitur under Rules 50(b) and 59*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - January 8, 2021 Order in Motorola Sols. Inc. v. Hytera Commc'ns Ltd., # 2 Exhibit 2 - Excerpt of the Court's Final Charge for Parties Court Draft (Damages) for Final Charging Conference, # 3 Exhibit 3 - December 17, 2020 Order in Motorola Sols. Inc. v. Hytera Commc'ns Ltd., # 4 Exhibit 4 - November 13, 2020 joint letter in Syntel Sterling Best Shores Mauritius Limited, et al. v. The TriZetto Grp., Inc., et al, # 5 Exhibit 5 - SDNY Is Back in the Civil Jury Trial Business With $855 Million Verdict, LAW.COM (Oct. 27, 2020), # 6 Exhibit 6 - Declaration of Glenn C. Sheets).(Groombridge, Nicholas) (Entered: 01/29/2021) |
| 01/29/2021 | 968 | LETTER MOTION for Oral Argument addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated January 29, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 01/29/2021) |
| 02/02/2021 | 969 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Alpert, Melissa) (Entered: 02/02/2021) |
| 02/03/2021 | 970 | NOTICE AND ORDER TO WITHDRAW AS COUNSEL: Melissa R. Alpert hereby withdraws as counsel for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. (As further set forth in this Order.) Attorney Melissa Alpert terminated. (Signed by Judge Lorna G. Schofield on 2/3/2021) (cf) (Entered: 02/03/2021) |
| 02/09/2021 | 971 | REPLY MEMORANDUM OF LAW in Support re: 965 MOTION for Permanent Injunction *and Pre- and Post-Judgment Interest*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/09/2021) |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 02/09/2021 | 972 | DECLARATION of Adam Kaufmann in Support re: 965 MOTION for Permanent Injunction *and Pre- and Post-Judgment Interest*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 14, # 2 Exhibit 15).(Cutri, Gianni) (Entered: 02/09/2021) |
| 02/09/2021 | 973 | PROPOSED ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Related Document Number: 965 ..(Cutri, Gianni) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/09/2021) |
| 02/09/2021 | 974 | LETTER MOTION for Oral Argument *on Plaintiffs' Motion for Judgment as a Matter of Law, a New Trial, or Remittitur Pursuant to Federal Rules of Civil procedure 50(b) and 59 (Dkt. 959; Dkt. 960) and on Defendants' Motion for a Permanent Injunction and Pre- and Post-Judgment Interest (Dkt. 963; Dkt. 965)* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 2/9/2021. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/09/2021) |
| 02/09/2021 | 975 | NOTICE of Supplemental Authority in Support of TriZetto's Opposition to Syntel's Motion for JMOL re: 963 Memorandum of Law in Opposition to Motion,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) (Entered: 02/09/2021) |
| 02/10/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 973 Proposed Order was reviewed and approved as to form. (km)** (Entered: 02/10/2021) |
| 04/20/2021 | 976 | ORDER granting in part and denying in part 686 Letter Motion to Seal; granting in part and denying in part 726 Letter Motion to Seal; granting in part and denying in part 780 Letter Motion to Seal; granting in part and denying in part 805 Letter Motion to Seal; granting in part and denying in part 848 Letter Motion to Seal; granting in part and denying in part 854 Letter Motion to Seal; granting in part and denying in part 889 Letter Motion to Seal; granting in part and denying in part 917 Letter Motion to Seal; granting in part and denying in part 936 Letter Motion to Seal; granting in part and denying in part 962 Letter Motion to Seal. WHEREAS, the parties have filed several motions to seal in connection with (1) pre-trial motions in limine ("MIL") (Dkt. Nos. 686, 726, 780, 805, 848, 854, 889), (2) a filing made during trial (Dkt. No. 917), (3) trial exhibits (Dkt. No. 936) and (4) post-trial motions (Dkt. No. 962). For the reasons below, the motions to seal are GRANTED in part and DENIED in part without prejudice to renewal. (As further set forth in this Order.) ORDERED that the foregoing denials are without prejudice to renewal. The parties shall consider carefully the principles stated above to determine whether to renew any requests to seal. The Court anticipates that any renewed requests to seal will be substantially fewer and narrower. To the extent the parties seek to renew any request to seal, they shall do so by May 11, 2021. ORDERED that the parties shall consolidate their renewed requests to seal any pretrial filings in a single joint filing and in a format similar to the parties previous applications (e.g., Dkt. No. 686). All renewed requests to seal shall comply with Individual Rule I.D.3, except that no hard copies shall be delivered to Chambers per the Emergency Individual Rules. For all renewed requests, the parties shall provide specific justifications particular to each document, and to the extent necessary particular redactions, and attach or "electronically relate" to the application the relevant documents under seal with the proposed redactions tailored to the information sought to be sealed. The parties shall bear in mind the above rulings and provide justifications that apply the applicable |

A-157

| | | |
|---|---|---|
| | | legal standards (e.g., the parties shall state why the document is a judicial document and state whether the First Amendment presumption of access applies). The Court will not entertain any applications to seal entire documents unless such request is accompanied by a justification demonstrating why all of the information in the document warrants sealing. ORDERED that to the extent the parties seek to renew their applications to seal or redact trial exhibits, they shall also file a proposed joint sealing order, which articulates as to each exhibit, and to the extent necessary particular redactions, in a non-conclusory fashion, what the exhibit is, why sealing the exhibit is necessary to preserve higher values and how the sealing order is narrowly tailored to achieve that aim. ORDERED that within two weeks of the Court's ruling on any renewed application, the parties shall file in an orderly fashion the public versions of the filings currently under seal, consistent with the Courts rulings. The documents shall reflect the redactions approved above or upon the renewed application. If the Court has approved sealing an entire document, the public version of that document shall be a single page stating that the document is filed under seal. The Clerk of Court is respectfully directed to close Dkt. Nos. 686, 726, 780, 805, 848, 854, 889, 917, 936 and 962. (Signed by Judge Lorna G. Schofield on 4/20/2021) (cf) (Entered: 04/20/2021) |
| 04/20/2021 | 977 | MEMORANDUM AND OPINION re: 928 MOTION for Judgment *as a Matter of Law.* filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 974 LETTER MOTION for Oral Argument *on Plaintiffs' Motion for Judgment as a Matter of Law, a New Trial, or Remittitur Pursuant to Federal Rules of Civil procedure 50(b) and 59 (Dkt. 959; Dkt. 960) and on Defendants' Motion for a Permanent In* filed *by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.,* 965 *MOTION for Permanent Injunction and Pre- and Post-Judgment Interest. filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.,* 959 *MOTION for Judgment as a Matter of Law , A New Trial or Remittitur under Rules 50(b) and 59. filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.,* 921 *MOTION for Judgment as a Matter of Law . filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.,* 968 *LETTER MOTION for Oral Argument addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated January 29, 2021. filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Accordingly, equitable considerations counsel against awarding prejudgment interest in this case. Post-judgment interest, which is mandatory for any money judgment recovered in a civil case, see 28 U.S.C. § 1961, is granted. For the foregoing reasons, Syntel's motions for judgment as a matter of law, or in the alternative for a new trial or remittitur, pursuant to Rules 50 and 59 are DENIED, except that Syntel's request for a new trial or remittitur on punitive damages is GRANTED. The punitive damages award of $569,710,384 will be reduced to $284,855,192 if TriZetto agrees to remittitur. Otherwise, Syntel's motion for a new trial on the issue of punitive damages is granted. TriZetto shall advise the Court of its decision no later than May 4, 2021. TriZetto's applications for permanent injunction and post-judgment interest are GRANTED and the request for prejudgment interest is DENIED. By May 4, 2021 the parties shall meet and confer and submit a proposed order for a permanent injunction consistent with this Opinion and Rule 65(a). TriZetto's Rule 50(a) motion and the parties' requests for oral argument on the motions are DENIED as moot. The Clerk of Court is respectfully directed to close Dkt. Nos. 921, 928, 959, 965, 968, 974. SO ORDERED. (Signed by Judge Lorna G. Schofield on 4/20/2021) (ks) (Entered: 04/20/2021)* |

A-158

| | | |
|---|---|---|
| 04/30/2021 | 978 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 4/30/2021 re: extension of deadline for submission of proposed permanent injunction order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/30/2021) |
| 05/03/2021 | 979 | MEMO ENDORSEMENT re: 978 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' application is granted. The parties shall submit a proposed order for a permanent injunction by May 7, 2021. So Ordered. (Signed by Judge Lorna G. Schofield on 5/3/2021) (nb) (Entered: 05/03/2021) |
| 05/04/2021 | 980 | NOTICE of TriZetto's Position re Remittitur. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/04/2021) |
| 05/05/2021 | 981 | MEMO ENDORSEMENT on re: 980 Notice (Other) filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties shall file a proposed form of judgment by May 7, 2021. If there is any dispute, the parties shall indicate alternative language. (Signed by Judge Lorna G. Schofield on 5/5/2021) (cf) (Entered: 05/05/2021) |
| 05/05/2021 | 982 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/5/2021 re: extension of deadlines for submission of proposed permanent injunction order and proposed form of judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/05/2021) |
| 05/06/2021 | 983 | MEMO ENDORSEMENT on re: 982 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' request for an extension is GRANTED. The parties shall submit a proposed order for a permanent injunction and a proposed form of judgment by May 14, 2021. Additional time is provided to ensure that the parties complete their negotiations. (Signed by Judge Lorna G. Schofield on 5/6/2021) (cf) (Entered: 05/06/2021) |
| 05/10/2021 | 984 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal Parker dated 5/10/2021 re: extension of time to submit renewed sealing requests. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/10/2021) |
| 05/11/2021 | 985 | MEMO ENDORSEMENT on re: 984 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' application is untimely per Individual Rule I.B.2, but nevertheless is GRANTED. The parties shall submit their sealing requests by May 14, 2021. (Signed by Judge Lorna G. Schofield on 5/11/2021) (cf) (Entered: 05/11/2021) |
| 05/14/2021 | 986 | JOINT LETTER MOTION to Seal *Certain Exhibits in Support of the Parties' Motions in Limine and Post-Trial Briefing* addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated May 14, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 05/14/2021) |
| 05/14/2021 | 987 | ***SELECTED PARTIES***DECLARATION of Nicholas Groombridge in Support re: 986 JOINT LETTER MOTION to Seal *Certain Exhibits in Support of the Parties' Motions in Limine and Post-Trial Briefing* addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated May 14, 2021.. Document filed by Syntel Sterling |

SDNY CM/ECF NextGen Version 1.6                    https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Britven Expert Report, # 2 Exhibit 2 - Plumpe Rebuttal Expert Report, # 3 Exhibit 3 - Syntel File, # 4 Exhibit 4 - Britven Post-Trial Relief Declaration, # 5 Exhibit 5 - Excerpt from Plumpe Rebuttal Expert Report)Motion or Order to File Under Seal: 986 .(Groombridge, Nicholas) (Entered: 05/14/2021) |
| 05/14/2021 | 988 | JOINT LETTER MOTION to Seal *or Redact Certain Trial Exhibits* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Appendix A, # 2 Appendix B).(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/14/2021 | 989 | NOTICE of Proposed Order for a Permanent Injunction and Final Judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/14/2021 | 990 | LETTER MOTION to Seal *Exhibit in Conjunction with Proposed Injunction Order* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/14/2021 | 991 | ***SELECTED PARTIES***DECLARATION of Justin Singh in Support re: 990 LETTER MOTION to Seal *Exhibit in Conjunction with Proposed Injunction Order* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 990 .(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/14/2021 | 992 | DECLARATION of Justin Singh in Support re: 990 LETTER MOTION to Seal *Exhibit in Conjunction with Proposed Injunction Order* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/18/2021 | 993 | PERMANENT INJUNCTION ORDER Based on the jurys finding that Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (collectively "Syntel") misappropriated The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (collectively "TriZetto") trade secrets and infringed TriZetto's copyrights, this Court finds: TriZetto has succeeded on the merits of its claims against Syntel. Syntel, their officers, agents, servants, employees, distributors and resellers of any type, and attorneys, and all those persons in active concert or participation with any of them who receive actual notice of the order by personal service or otherwise, shall undertake the following steps to remove from their possession and quarantine any TriZetto Trade Secret Information or Copyrighted Works, see 18 U.S.C. § 1836(3)(A)(ii); 17 U.S.C. § 502(a): Syntel will engage an e-discovery vendor to assist with the identification, collection, and removal of any TriZetto Trade Secret Information and Copyrighted Works, while also preserving all data in connection with Syntel's obligations in pending litigations in the U.S. and other countries. TriZetto may audit, through audits conducted by an independent third party, and in compliance the Protective Order in this case, the following data sources in Syntel's possession: as further set forth in this Order. (Signed by Judge Lorna G. Schofield on 5/18/2021) (cf) (Entered: 05/18/2021) |

A-160

| 05/18/2021 | 994 | FINAL JUDGMENT: A jury trial commenced in the above-captioned case on October 19, 2020, and on October 27, 2020, the jury reached and returned its unanimous verdict finding: TriZetto should be awarded $284,855,192 for Syntel's misappropriation of TriZettos trade secrets under the DTSA; $142,427,596 for Syntel's misappropriation of TriZetto's trade secrets under New York law; $59,100,000 for Syntel's infringement of TriZetto's copyrights; that the total amount of compensatory damages TriZetto is entitled to receive is $284,855,192; and that TriZetto was entitled to punitive damages in the amount of $569,710,384. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 5/18/2021) (cf) (Entered: 05/18/2021) |
|---|---|---|
| 05/26/2021 | 995 | NOTICE OF APPEAL from 993 Permanent Injunction,, 977 Memorandum & Opinion,,,, 994 Judgment,,. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Filing fee $ 505.00, receipt number ANYSDC-24594114. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit.. (Groombridge, Nicholas) (Entered: 05/26/2021) |
| 05/26/2021 | 996 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Related Document Number: [977, 993, 994]..(Groombridge, Nicholas) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 05/26/2021) |
| 05/26/2021 | 997 | MEMORANDUM OF LAW in Support re: 996 Proposed Order to Show Cause With Emergency Relief, *(Memorandum in Support of Order to Show Cause for Approval of Supersedeas Bond and to Stay Execution of Judgment)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 05/26/2021) |
| 05/26/2021 | 998 | DECLARATION of Nicholas Groombridge in Support re: 996 Proposed Order to Show Cause With Emergency Relief,. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Bond).(Groombridge, Nicholas) (Entered: 05/26/2021) |
| 05/27/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 996 Proposed Order to Show Cause With Emergency Relief, was reviewed and approved as to form. (dt)** (Entered: 05/27/2021) |
| 05/27/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 995 Notice of Appeal. (tp) (Entered: 05/27/2021) |
| 05/27/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 995 Notice of Appeal, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/27/2021) |
| 05/27/2021 | 999 | ORDER TO SHOW CAUSE FOR APPROVAL OF SUPERSEDEAS BOND UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(b) AND TO STAY EXECUTION OF JUDGMENT: It is, ORDERED that Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (collectively, TriZetto) appear before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York on written submission, to show cause why an Order should not be issued pursuant to Rule 62(b) of the Federal |

| | | |
|---|---|---|
| | | Rules of Civil Procedure, approving the supersedeas bond and granting a stay of execution of the judgment entered on May 18, 2021 in this matter (D.I. 994). ORDERED that electronic service and filing of a copy of this order, together with the papers upon which it is granted, upon TriZetto's counsel on or before 4:00pm, May 28, shall be deemed good and sufficient service thereof. ORDERED that answering papers, if any, shall be served and electronically filed no later than 11:59pm, on June 2, 2021, and that reply papers, if any, shall be served and electronically filed no later than 11:59pm on June 4, 2021. ORDERED that a temporary stay of execution of judgment is in effect pending the Court's ultimate decision on the instant Order to Show Cause., (Replies due by 6/4/2021.) Show Cause Response due by 6/2/2021. (Signed by Judge Lorna G. Schofield on 5/27/2021) (nb) (Entered: 05/27/2021) |
| 05/27/2021 | 1000 | CERTIFICATE OF SERVICE of Order to Show Cause, Memorandum of Law in Support, and Declaration of Nicholas Groombridge served on The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. on May 27, 2021. Service was made by Email. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/27/2021) |
| 06/02/2021 | 1001 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 6/2/2021 re: supersedeas bond. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/02/2021) |
| 06/03/2021 | 1002 | MOTION for Adam Kaufmann to Withdraw as Attorney . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Kaufmann, Adam) (Entered: 06/03/2021) |
| 06/03/2021 | 1003 | ORDER: It is hereby ORDERED that Plaintiffs' request for approval of the supersedeas bond and stay of execution of judgment pursuant to Rule 62(b) is GRANTED. The supersedeas bond in the form attached to Plaintiffs declaration at Docket No. 998 is approved. Execution of the judgment entered on May 18, 2021, is stayed. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 6/3/2021) (cf) Transmission to Finance Unit (Cashiers) for processing. (Entered: 06/03/2021) |
| 06/04/2021 | 1004 | ORDER GRANTING WITHDRAWAL OF APPEARANCE granting 1002 Motion to Withdraw as Attorney. For good cause shown, the Court finds that the Motion of Adam Kaufmann for leave to withdraw should be granted. It is therefore Ordered that Adam Kaufmann is hereby withdrawn as counsel of record for Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. in the above-referenced matter and that he be removed from electronic notification in this matter. The Clerk of Court is respectfully directed to terminate Adam Kaufmann as counsel of record for Defendants/Counterclaim-Plaintiffs. Attorney Adam M. Kaufmann terminated. (Signed by Judge Lorna G. Schofield on 6/4/2021) (mml) (Entered: 06/04/2021) |
| 06/09/2021 | 1005 | MEMO ENDORSEMENT on re: 990 LETTER MOTION to Seal *Exhibit in Conjunction with Proposed Injunction Order* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021. filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. ENDORSEMENT: Defendants' application is GRANTED. The excerpts of the Master Software License and Services Agreement between TriZetto and California Physicians' Service d/b/a Blue Shield of California at Dkt. No. 991 shall remain under seal with access limited to counsel of record for all parties. (Signed by Judge Lorna G. Schofield on 6/9/2021) (kv) (Entered: |

SDNY CM/ECF NextGen Version 1.6　　　　　　　https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| | | 06/09/2021) |
| 06/11/2021 | 1006 | ORDER: It is hereby ORDERED that the parties shall submit a proposed joint sealing order related to their request to seal trial exhibits in accordance with the foregoing findings by June 25, 2021. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 6/11/2021) (cf) (Entered: 06/11/2021) |
| 06/11/2021 | 1007 | ORDER: It is hereby ORDERED that parties' proposed redactions are accepted for the reasons explained in the chart below. (As further set forth in this Order.) It is further ORDERED that the parties shall file the documents in redacted form on the public docket by June 25, 2021. (Signed by Judge Lorna G. Schofield on 6/11/2021) (cf) (Entered: 06/11/2021) |
| 06/23/2021 | 1008 | MEMORANDUM OF LAW in Support re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven. (Redacted).* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1009 | DECLARATION of Todd C. Norbitz in Support re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1010 | MEMORANDUM OF LAW in Support re: 730 MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron. (Redacted).* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1011 | DECLARATION of Todd C. Norbitz in Support re: 730 MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1012 | MEMORANDUM OF LAW in Support re: 733 MOTION in Limine *#5 - Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information. (Redacted).* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1013 | DECLARATION of Todd C. Norbitz in Support re: 733 MOTION in Limine *#5 - Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16).(Norbitz, Todd) (Entered: 06/23/2021) |

| 06/23/2021 | 1014 | MEMORANDUM OF LAW in Support re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
|---|---|---|
| 06/23/2021 | 1015 | DECLARATION of Todd C. Norbitz in Support re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1016 | MEMORANDUM OF LAW in Support re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1017 | DECLARATION of Todd C. Norbitz in Support re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1018 | MEMORANDUM OF LAW in Support re: 748 MOTION in Limine #13 - *Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5. (Redacted). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021)* |
| 06/23/2021 | 1019 | DECLARATION of Todd C. Norbitz in Support re: 748 MOTION in Limine #13 - *Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1020 | RESPONSE in Opposition to Motion re: 692 MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Roffman Contravening Court's Preclusion Order. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1021 | RESPONSE in Opposition to Motion re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |

| 06/23/2021 | 1022 | RESPONSE in Opposition to Motion re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1023 | DECLARATION of Todd C. Norbitz in Opposition re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1024 | RESPONSE in Opposition to Motion re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1025 | DECLARATION of Todd C. Norbitz in Opposition re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1026 | RESPONSE in Opposition to Motion re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1027 | RESPONSE in Opposition to Motion re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1028 | RESPONSE in Opposition to Motion re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1029 | DECLARATION of Todd C. Norbitz in Opposition re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1030 | DECLARATION of Daniel M. Moore [PUBLIC VERSION] . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Letter, # 2 Exhibit 2 - Email, # 3 Exhibit 3 - Email).(Baughman, Jon) |

| | | |
|---|---|---|
| | | (Entered: 06/23/2021) |
| 06/23/2021 | 1031 | DECLARATION of Anil Agrawal [PUBLIC VERSION] . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Letter, # 2 Exhibit 2 - Email, # 3 Exhibit 3 - Email, # 4 Exhibit 4 - Email, # 5 Exhibit 5 - Website, # 6 Exhibit 6 - Memorandum of Agreement, # 7 Exhibit 7 - Letter, # 8 Exhibit 8 - Spreadsheet, # 9 Exhibit 9 - Email, # 10 Exhibit 10 - Email).(Baughman, Jon) (Entered: 06/23/2021) |
| 06/23/2021 | 1032 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 24, 2020 re: Bergeron Cross Exhibits [PUBLIC VERSION]. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Part 1 (Declaration of Jesse Stevenson), # 2 Exhibit 1 - Part 2 (Exhibit A to Declaration), # 3 Exhibit 1 - Part 3 (Exhibit B to Declaration), # 4 Exhibit 1 - Part 4 (Exhibit C to Declaration), # 5 Exhibit 2 - Email).(Janghorbani, Jaren) (Entered: 06/23/2021) |
| 06/24/2021 | 1033 | MEMORANDUM OF LAW in Support re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1034 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1035 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 692 MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Rofman Contravening Court's Preclusion Order.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1036 | MEMORANDUM OF LAW in Support re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery. [Redacted Version].* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1037 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1038 | MEMORANDUM OF LAW in Support re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner. [Redacted Version].* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |

| 06/24/2021 | 1039 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1040 | MEMORANDUM OF LAW in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore. [Redacted Version].* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1041 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1042 | MEMORANDUM OF LAW in Support re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims. [Redacted Version].* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1043 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6, # 7 Exhibit #7, # 8 Exhibit #8, # 9 Exhibit #9, # 10 Exhibit #10).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1044 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1045 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6, # 7 Exhibit #7, # 8 Exhibit #8, # 9 Exhibit #9, # 10 Exhibit #10).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1046 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony of Thomas Britven..* Document filed by Cognizant Technology Solutions Corp., The |

A-167

| | | |
|---|---|---|
| | | Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1047 | DECLARATION of Ryan Kane [Redacted Version] in Opposition re: 689 MOTION in Limine #3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1048 | MEMORANDUM OF LAW in Opposition re: 742 MOTION in Limine #8 - Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery. [Redacted Version]. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1049 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 744 MOTION in Limine #11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Errata #2).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1050 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 712 MOTION in Limine #12 - Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In IC. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1051 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 748 MOTION in Limine #13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1052 | MEMORANDUM OF LAW in Opposition re: 751 MOTION in Limine #15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan. [Redacted Version]. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1053 | DECLARATION of Gianni Cutri [Redacted Version] in Opposition re: 751 MOTION in Limine #15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1054 | MEMORANDUM OF LAW in Opposition re: 754 MOTION in Limine #16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret. [Redacted Version]. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |

SDNY CM/ECF NextGen Version 1.6          https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| 06/24/2021 | 1055 | MEMORANDUM OF LAW in Opposition re: 694 MOTION in Limine #4 - *Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1056 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 694 MOTION in Limine #4 - *Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1057 | MEMORANDUM OF LAW in Opposition re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1058 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1059 | MEMORANDUM OF LAW in Opposition re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1060 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1061 | MEMORANDUM OF LAW in Opposition re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1062 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3).(Cutri, Gianni) (Entered: 06/24/2021) |

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?125987291139929-L_1_0-1

| | | |
|---|---|---|
| 06/24/2021 | 1063 | REPLY MEMORANDUM OF LAW in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1064 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020 re: Syntel's transition rebates evidence [Redacted Version]. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1065 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 959 MOTION for Judgment as a Matter of Law , *A New Trial or Remittitur under Rules 50(b) and 59.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6, # 7 Exhibit #7, # 8 Exhibit #8, # 9 Exhibit #9, # 10 Exhibit #10, # 11 Exhibit #11, # 12 Exhibit #12, # 13 Exhibit #13).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1066 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 742 MOTION in Limine *#8 - Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1067 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/25/2021 | 1068 | PROPOSED ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Related Document Number: 988 ..(Cutri, Gianni) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/25/2021) |
| 06/25/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 1068 Proposed Order was reviewed and approved as to form. (km)** (Entered: 06/25/2021) |
| 07/13/2021 | 1069 | ORDER: ORDERED that the parties' May 14, 2021, application to seal trial exhibits (Dkt. No. 988) is GRANTED, as reflected below. (As further set forth in this Order.) ORDERED that both parties requests are GRANTED. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute and courts "must balance competing considerations against" the presumption of access. Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 11920 (2d Cir. 2006) (internal quotation marks omitted); see also Nixon v. Warner Commcns., Inc., 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). The proposed redactions and sealing requests are narrowly tailored to prevent unauthorized dissemination of |

A-170

| | | |
|---|---|---|
| | | sensitive business information. It is further ORDERED that the Trial Exhibits shall be treated as sealed in accordance with this Order. It is the parties' responsibility to maintain the trial exhibits. (Signed by Judge Lorna G. Schofield on 7/13/2021) (cf) (Entered: 07/13/2021) |
| 07/28/2021 | 1070 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated July 28, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 07/28/2021) |
| 07/29/2021 | 1071 | ORDER granting 1070 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from August 16, 2021, to August 30, 2021. (Signed by Judge Lorna G. Schofield on 7/29/2021) (cf) (Entered: 07/29/2021) |
| 08/12/2021 | 1072 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated August 12, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 08/12/2021) |
| 08/12/2021 | 1073 | ORDER granting 1072 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from August 30, 2021, to September 29, 2021. (Signed by Judge Lorna G. Schofield on 8/12/2021) (ate) (Entered: 08/12/2021) |
| 09/15/2021 | 1074 | JOINT LETTER MOTION for Extension of Time *to Comply with the "Removal and Quarantine" Procedure* addressed to Judge Lorna G. Schofield from Nicholas Groombridge and Michael De Vries dated September 15, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 09/15/2021) |
| 09/16/2021 | 1075 | ORDER: granting 1074 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from September 29, 2021, to October 29, 2021. (Signed by Judge Lorna G. Schofield on 9/16/2021) (ama) (Entered: 09/16/2021) |
| 10/25/2021 | 1076 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated October 25, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 10/25/2021) |
| 10/25/2021 | 1077 | ORDER granting 1076 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from October 29, 2021, to November 29, 2021.. (Signed by Judge Lorna G. Schofield on 10/25/2021) (kv) (Entered: 10/25/2021) |
| 11/17/2021 | 1078 | JOINT LETTER MOTION for Extension of Time *to Comply with Injunction* addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated November 17, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 11/17/2021) |

A-171

| 11/17/2021 | 1079 | ORDER granting 1078 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from November 29, 2021, to December 29, 2021. (Signed by Judge Lorna G. Schofield on 11/17/2021) (mml) (Entered: 11/17/2021) |
|---|---|---|
| 12/17/2021 | 1080 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated December 17, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 12/17/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/17/2021 12:51:39 | | |
| **PACER Login:** | cpnycpara16 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-00211-LGS-SDA |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

**A-172**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



SYNTEL STERLING BEST SHORES MAURITIUS
LIMITED,

                            Plaintiff,

        -against-

THE TRIZETTO GROUP, INC.
and COGNIZANT TECHNOLOGY SOLUTIONS CORP.,

                          Defendants.

__CIV____

COMPLAINT

      Plaintiff Syntel Sterling Best Shores Mauritius Limited (Syntel), by its attorneys, for its

complaint against defendants The TriZetto Group, Inc. (TriZetto) and Cognizant Technology

Solutions Corp. (Cognizant), states on personal knowledge as to matters relating to itself and on

information and belief as to all other matters, as follows:

## GENERAL ALLEGATIONS

      1.     Syntel is a Mauritius corporation with its principal place of business in

Mauritius.

      2.     TriZetto is a Delaware corporation with its principal place of business in

Colorado.

      3.     Cognizant is a Delaware corporation with its principal place of business in

New Jersey.

      4.     The amount in controversy in this matter exceeds $75,000, exclusive of

costs and interest.  Because there is diversity of citizenship and because the amount in

controversy exceeds minimum statutory requirements, this Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

5.     This Court has personal jurisdiction over TriZetto and Cognizant, and venue is proper in this District.  TriZetto, in particular agreed in its governing Master Services Agreement (MSA), described more fully herein, that "any legal action, suit or proceeding brought by it in any way arising out of this Agreement must be brought solely and exclusively in the United States District Court for the State of New York or in the state courts of the State of New York, in each case as located in New York County. . . ."

6.     Syntel and TriZetto executed a MSA effective June 30, 2010.  A copy of the agreement is in the possession of TriZetto.  Thereafter, Syntel and TriZetto executed Amendment No. 1 to the MSA, with an effective date of August 17, 2012.  Pursuant to the MSA and the amendment thereto, Syntel provided TriZetto with software application development and support services, product development and support services, infrastructure services, consulting services, customer support services, business process outsourcing and other services and deliverables.

7.     Syntel and TriZetto negotiated detailed termination provisions.  One of those provisions (Section 23.02(3)) entitled Syntel to terminate the MSA in the event that TriZetto was acquired by a competitor of Syntel.

8.     On or about September 15, 2014, TriZetto and Cognizant, a Syntel competitor, announced that Cognizant was acquiring TriZetto in a $2.7 billion cash deal.

9.     On November 20, 2014, Syntel exercised its right to terminate the MSA on 90 days' notice following Cognizant's announcement of its acquisition of TriZetto.  Syntel's issuance of its notice of termination entitled Syntel to receive approximately $3.4 million in transition rebates from TriZetto on or before February 18, 2015.

A-174

10.    Following Syntel's issuance of its 90-day notice of termination on November 20, 2014, TriZetto and Cognizant began engaging in a series of actions which were designed to deprive Syntel of the benefits of the MSA and to interfere with Syntel's performance of its obligation hereunder.    These actions were designed intentionally to breach, and intentionally breached, the MSA.    On information and belief, Cognizant instigated the breach, and did so intentionally in order to deprive its competitor Syntel of the expected benefits of the bargain arising from the MSA's termination.    Among other breaches:

a.    Despite due demand, TriZetto has refused to pay the $3.4 million in transition rebates to which the MSA entitles Syntel, and has announced unequivocally that it will not pay Syntel the $3.4 million, or any other sum of money, at any time.

b.    TriZetto has unabashedly and admittedly violated the non-solicitation and non-hiring provision of Section 25.03 of the MSA.

c.    TriZetto has purported to insist, without authority under the MSA, that it is entitled under the terms of the transition plan which is mandated by the MSA in the event of a termination to the retention of specific Syntel personnel to perform services under that transition plan.

d.    TriZetto has breached the confidentiality provisions of Section 19.01 of the MSA by providing the names of the agents used by Syntel to perform services under the MSA to Cognizant, which in turn used the information to solicit those personnel.

A-175

11.     Syntel has satisfied any and all conditions precedent to entitle it to the relief requested herein.

12.     As a proximate result of TriZetto's and Cognizant's wrongful conduct, Syntel has suffered damages substantially in excess of $75,000, exclusive of costs and interest.

## COUNT I – BREACH OF CONTRACT

13.     Syntel incorporates by reference the allegations of paragraphs 1-12 of its complaint.

14.     TriZetto has breached the MSA (as amended) by engaging in the conduct described in this complaint.

15.     As a proximate result of TriZetto's breach of contract, Syntel has suffered damages substantially in excess of $75,000, exclusive of costs and interest.  In addition, because of the willful nature of TriZetto's action, Syntel is entitled to punitive damages in an amount of a multiple of TriZetto's net worth.  In addition, Syntel is being irreparably harmed by TriZetto's repeated and unabashed violation of Section 19.01 and Section 25.03 of the MSA.

## COUNT II – INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS AND INDUCEMENT TO BREACH (AGAINST TRIZETTO)

16.     Syntel incorporates by reference the allegations of paragraphs 1-15 of its complaint.

17.     TriZetto has induced, and continues to induce, Syntel agents to breach their contractual undertakings with Syntel by recruiting and hiring them to fill positions for TriZetto and Cognizant and to cease performing services for Syntel.

USActive 31955206.1

-4-

A-176

18.   TriZetto's actions in inducing these breaches of contract were and are intentional, illegal and fraudulent, and have been engaged in for the specific purpose of inducing Syntel's service providers to breach their agreements with Syntel.

19.   As a proximate result of TriZetto's intentional interference with contractual relations, Syntel has suffered damages substantially in excess of $75,000, exclusive of costs and interest.  In addition, because of the willful nature of TriZetto's action, Syntel is entitled to punitive damages in an amount of a multiple of TriZetto's net worth.  In addition, Syntel is being irreparably harmed by TriZetto's intentional interference in Syntel's contractual relations with Syntel's service providers.

## COUNT III – INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS AND INDUCEMENT TO BREACH (AGAINST COGNIZANT)

20.   Syntel incorporates by reference the allegations of paragraphs 1-19 of its complaint.

21.   Cognizant has intentionally induced TriZetto to breach the MSA as set forth in this complaint.  It has done so for the ulterior purpose of harming Syntel, because it is a competitor of Syntel.

22.   As a proximate result of Cognizant's intentional interference with contractual relations, Syntel has suffered damages in excess of $75,000, exclusive of costs and interest.  In addition, because of the willful nature of Cognizant's conduct, Syntel is entitled to punitive damages in an amount of a multiple of Cognizant's net worth, listed as $6,135,791,000 in Cognizant's most recent public financial statement.

USActive 31955206.1

-5-

A-177

### COUNT IV – MISAPPROPRIATION OF CONFIDENTIAL INFORMATION
### (AGAINST TRIZETTO AND COGNIZANT)

23.     Syntel incorporates by reference the allegations of paragraphs 1-21 of its complaint.

24.     TriZetto and Cognizant have misappropriated confidential information of Syntel in the form of the names of the Syntel agents who have performed services for TriZetto under the agreement.  TriZetto has provided this information to Cognizant for the purpose of allowing Cognizant to solicit Syntel agents to cease performing services for Syntel and instead to perform them for Cognizant.  In addition, because of the willful nature of Cognizant's conduct, Syntel is entitled to punitive damages in an amount of a multiple of Cognizant's net worth, listed as $6,135,791,000 in Cognizant's most recent public financial statement.

WHEREFORE, Syntel requests that this Court:

a.     award it such damages in excess of $75,000, exclusive of costs and interest, as are just, against each of TriZetto and Cognizant, including, but not limited to, an award of $3.4 million against TriZetto for transition rebates to which Syntel is entitled under the MSA;

b.     award Syntel pre-complaint interest;

c.     award Syntel post-complaint, prejudgment interest;

d.     award Syntel postjudgment interest;

e.     award Syntel punitive damages of $6,135,791,000, or such other amount as may be just and proper;

USActive 31955206.1

-6-

A-178

      f.    preliminarily and permanently enjoin TriZetto from directly or indirectly soliciting and hiring Syntel personnel and disseminating confidential information of Syntel;

      g.    declare that TriZetto is not entitled to insist upon having specific named persons from Syntel perform transition services; and

      h.    grant any other appropriate relief.

Dated: January 12, 2012

                        CADWALADER, WICKERSHAM & TAFT LLP

                        By: _____
                            Louis M. Solomon (LS-7906)
                        200 Liberty Street
                        New York, NY 10281
                        Tel: (212) 504-6006
                        Fax: (212) 504-6666
                        louis.solomon@cwt.com

                        Attorneys for Plaintiff
                        Syntel Sterling Best Shores Mauritius Limited

Of Counsel:

Norman C. Ankers
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Tel: (313) 465-7306
nakers@honigman.com
P30533
(Pro Hac Vice Application In Process)

A-179

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants. | Case No. 15 CV 00211 <br><br> Hon. Lorna G. Schofield <br><br> **AMENDED COMPLAINT** |

Plaintiffs Syntel Sterling Best Shores Mauritius Limited (Syntel Mauritius) and Syntel, Inc. (Syntel), by their attorneys, for their amended complaint against defendants The TriZetto Group, Inc. (TriZetto) and Cognizant Technology Solutions Corp. (Cognizant), state on personal knowledge as to matters relating to themselves and on information and belief as to all other matters, as follows:

**GENERAL ALLEGATIONS**

1.     Syntel Mauritius is a Mauritius corporation with its principal place of business in Mauritius.

2.     Syntel, Inc. is a Michigan corporation with its principal place of business in Michigan.

3.     TriZetto is a Delaware corporation with its principal place of business in California.

d.     TriZetto has breached the confidentiality provisions of Section 19.01 of the MSA by providing the names of the agents used by Syntel Mauritius to perform services under the MSA to Cognizant, which in turn used the information to solicit those personnel.

12.     Each of TriZetto and Cognizant has solicited Syntel employees, who have contracts with Syntel which preclude them from competing with Syntel for two years following the termination of their employment, to perform services for them.

13.     Syntel Mauritius has satisfied any and all conditions precedent under the MSA to entitle it to the relief requested herein.

14.     As a proximate result of TriZetto's and Cognizant's wrongful conduct, Syntel and Syntel Mauritius have suffered damages substantially in excess of $75,000, exclusive of costs and interest.

### COUNT I – BREACH OF CONTRACT
### (SYNTEL MAURITIUS AGAINST TRIZETTO)

15.     Plaintiffs incorporate by reference the allegations of paragraphs 1-14 of its complaint.

16.     TriZetto has breached the MSA (as amended) by engaging in the conduct described in this complaint.

17.     As a proximate result of TriZetto's breach of contract, Syntel Mauritius has suffered damages substantially in excess of $75,000, exclusive of costs and interest.  In addition, because of the willful nature of TriZetto's action, Syntel Mauritius is entitled to punitive damages in an amount of a multiple of TriZetto's net worth.  In addition, Syntel Mauritius is being irreparably harmed by TriZetto's repeated and unabashed violation of Section 19.01 and Section 25.03 of the MSA.

4

### COUNT II – INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS (SYNTEL MAURITIUS AND SYNTEL AGAINST TRIZETTO)

18.     Plaintiffs incorporate by reference the allegations of paragraphs 1-17 of its complaint.

19.     TriZetto has induced, and continues to induce, Syntel's and Syntel Mauritius's agents to breach their contractual undertakings with Syntel by recruiting and hiring them to fill positions for TriZetto and Cognizant and to cease performing services for Syntel and Syntel Mauritius.

20.     TriZetto's actions in inducing these breaches of contract were and are intentional, illegal and fraudulent, and have been engaged in for the specific purpose of inducing Syntel and Syntel Mauritius's service providers to breach their agreements with Syntel.

21.     As a proximate result of TriZetto's intentional interference with contractual relations, Plaintiffs have suffered damages substantially in excess of $75,000, exclusive of costs and interest.  In addition, because of the willful nature of TriZetto's action, Plaintiffs are entitled to punitive damages in an amount of a multiple of TriZetto's net worth.  In addition, Plaintiffs are being irreparably harmed by TriZetto's intentional interference in Syntel and Syntel Mauritius's contractual relations with their service providers.

### COUNT III – INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS (SYNTEL MAURITIUS AND SYNTEL AGAINST COGNIZANT)

22.     Plaintiffs incorporate by reference the allegations of paragraphs 1-21 of its complaint.

23.     Cognizant has intentionally induced TriZetto to breach the MSA as set forth in this complaint.  It has done so for the ulterior purpose of harming Syntel Mauritius, because it is a competitor of Syntel Mauritius.

24.     Cognizant has also induced, and continues to induce, Syntel's and Syntel Mauritius's agents to breach their contractual undertakings with Syntel by recruiting and hiring them to fill positions for TriZetto and Cognizant and to cease performing services for Syntel and Syntel Mauritius.

25.     Cognizant's actions in inducing these breaches of contract were and are intentional, illegal and fraudulent, and have been engaged in for the specific purpose of inducing Syntel's and Syntel Mauritius's service providers to breach their agreements with Syntel.

26.     As a proximate result of Cognizant's intentional interference with contractual relations, Plaintiffs have suffered damages in excess of $75,000, exclusive of costs and interest. In addition, because of the willful nature of Cognizant's conduct, Plaintiffs are entitled to punitive damages in an amount of a multiple of Cognizant's net worth, listed as $6,135,791,000 in Cognizant's most recent public financial statement.   In addition, Plaintiffs are being irreparably harmed by TriZetto's intentional interference in Plaintiffs' contractual relations with their service providers.

**COUNT IV – MISAPPROPRIATION OF CONFIDENTIAL INFORMATION
(SYNTEL MAURITIUS AGAINST TRIZETTO AND COGNIZANT)**

27.     Plaintiffs incorporate by reference the allegations of paragraphs 1-26 of its complaint.

28.     TriZetto and Cognizant have misappropriated confidential information of Syntel Mauritius in the form of the names of the Syntel Mauritius agents who have performed services

6

for TriZetto under the agreement.  TriZetto has provided this information to Cognizant for the purpose of allowing Cognizant to solicit Plaintiffs' agents to cease performing services for Plaintiffs and instead to perform them for Cognizant.  In addition, because of the willful nature of Cognizant's conduct, Syntel Mauritius is entitled to punitive damages in an amount of a multiple of Cognizant's net worth, listed as $6,135,791,000 in Cognizant's most recent public financial statement.

WHEREFORE, Plaintiffs request that this Court:

a.      award them such damages in excess of $75,000, exclusive of costs and interest, as are just, against each of TriZetto and Cognizant, including, but not limited to, an award of $3.4 million against TriZetto for transition rebates to which Syntel Mauritius is entitled under the MSA;

b.      award Plaintiffs pre-complaint interest;

c.      award Plaintiffs post-complaint, prejudgment interest;

d.      award Plaintiffs postjudgment interest;

e.      award Plaintiffs punitive damages of $6,135,791,000, or such other amount as may be just and proper;

f.      preliminarily and permanently enjoin TriZetto from directly or indirectly soliciting and hiring Syntel or Syntel Mauritius personnel and disseminating confidential information of Plaintiffs;

g.      declare that TriZetto is not entitled to insist upon having specific named persons from Syntel perform transition services; and

h.      grant any other appropriate relief.

7

A-184

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., | 1:15-cv-00211 (LGS) (RLE) |
| Plaintiffs and Counterdefendants, | |
| v. | |
| THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., | |
| Defendants and Counterclaimants. | |

### TRIZETTO CORPORATION & COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION'S ANSWER TO AMENDED COMPLAINT AND FIRST AMENDED COUNTERCLAIMS

Defendants TriZetto Corporation ("TriZetto")[1] and Cognizant Technology Solutions Corporation ("Cognizant" and, together with TriZetto, "Defendants" or "Counterclaim Plaintiffs"), by and through their undersigned counsel, file this Answer to the Amended Complaint of Plaintiffs Syntel Sterling Best Shores Mauritius Limited, now known as Syntel Holding Mauritius Limited ("Syntel Mauritius") and Syntel, Inc. ("Syntel, Inc." and, together with Syntel Mauritius, "Syntel," "Plaintiffs" or "Counterclaim Defendants") and assert Counterclaims against Syntel.

---

[1]  Syntel named The TriZetto Group, Inc. as a defendant.  The TriZetto Group, Inc. is now known as TriZetto Corporation.  For purposes of its Answer, TriZetto will assume that all references to "TriZetto" in the Complaint refer to TriZetto Corporation.

43.     As an independent basis for jurisdiction over state law claims, this Court has subject matter jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship).  Complete diversity of citizenship exists between the parties, and the amount in controversy exceeds $75,000.

44.     Venue is proper in this District under pursuant to 28 U.S.C. § 1391.

45.     The Court has personal jurisdiction, and venue is proper, because, *inter alia*, Syntel Mauritius agreed in the MSA that any legal action arising out of the MSA must be brought in either New York state court or the United States District Court for the State of New York.

**GENERAL ALLEGATIONS**

46.     TriZetto offers numerous software products that it develops for and licenses to clients both within the United States and abroad.  TriZetto's technology products, in combination with its consulting, IT and business process services, simplify the deployment and adoption of technology and improve healthcare operations.

47.     Of particular importance, Facets™ is TriZetto's core software product geared specifically to health plan administration.

48.     TriZetto also has a Consulting unit that services its products, providing the implementation necessary to allow clients to use the products seamlessly and interface with other software.  Clients can hire TriZetto to customize its products for their individual systems and needs, a complex process that can take many months.

49.     TriZetto also develops and uses TriZetto's Intellectual Property, which include essential, extremely valuable, confidential, and proprietary materials that aid in client-specific use and customization of TriZetto's Facets™ software.  Such materials include manuals, guides, and software tools, including, but not limited to the following:

11

- <u>Data Dictionary</u>:  An essential software program that provides a user interface and a comprehensive text description for each of myriad tables and fields in Facets™.

- <u>Custom Code Impact Tool</u>:  Analytic software that can be run on custom code before upgrading a client's Facets™ software to identify specific portions of custom code that will be affected by the upgrade.

- <u>Custom Code</u>:  TriZetto has over the course of many years created a vast repository of custom code that it developed in connection with client projects, which supplement the native Facets™ software and aid customers in performing particular tasks and interfacing with other software.

- TriZetto's manuals, documentation, user guides, automation scripts, test cases, and other material related to operating, customizing and testing the TriZetto software.

50.     TriZetto's Intellectual Property includes materials that embody a series of original, creative choices, which feature unique or independently created expression, which is the product of discretion, skills, resources, and creative energies, which were developed over a number of years and at significant cost in terms of manpower, time, and expenditures. Therefore, these materials constitute copyrightable subject matter under the laws of the United States.

51.     TriZetto owns valid and subsisting copyrights in certain of these materials, including the Data Dictionary software, Customer Code Impact Tool software, and "Best Practices in ICD-10 Configuration" and "Facets Roadmap Review" presentations, certain of the TriZetto manuals and user guides, and other materials, which TriZetto has applied to register with the Copyright Office, and the applications for which have been granted, refused, or are in process (the "Registration Works").

52.     In addition to the work done by its full-time employees, TriZetto contracts out for personnel from multiple third-party vendors to meet its client needs.  Pursuant to TriZetto's agreements with third-party vendors, TriZetto owns all work product that a third-party vendor develops in connection with performing the contracted services.

A-187

78.     Syntel's website contains a listing of "Platform Management Tools."  These tools have descriptions that are essentially the same as TriZetto's Intellectual Property listed in paragraph 49, above:

- "D2 Data generator - Dictionary for FACETS database, batches and common interfaces"; and

- "Step-up probe - Multi-format FACETS custom code Impact Analyzer"

- "F - Connect - Inventory of common custom code interfaces for F"

- "Factory - Repository with 3,000+ FACETS test cases and 500+ automation scripts"[4]

79.     Upon information and belief, Syntel created these by copying TriZetto's Intellectual Property, and has used, and is using, such copies in connection with its own business. Syntel could not have developed such materials without access to TriZetto Materials and great expense.  Further, Syntel could not have developed such materials in time to pitch them to UnitedHealth Group ("UHG"), a major client of both TriZetto and Cognizant, unless Syntel engaged in massive verbatim, or nearly verbatim copying from TriZetto and TriZetto's Intellectual Property, including the Registration Works.  Syntel could not have developed its product offerings without decompiling, disassembling, or reverse engineering TriZetto Materials in violation of the MSA.

80.     Internal Syntel emails confirm that Syntel has downloaded, used, copied, misappropriated and distributed TriZetto's Intellectual Property.  Syntel employees ███████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████  The content of these emails evince clear knowledge that it was improper for them

---

[4]   These definitions are excerpted from a presentation on Syntel's publicly available website. http://www.syntelinc.com/sites/default/files/synt_hcls_product_management_for_payers.pdf

112.    As a direct and proximate result of Syntel's wrongful conduct, TriZetto has been substantially and irreparably harmed in an amount not readily capable of determination. Unless restrained by this Court, Syntel will cause further irreparable injury to TriZetto.

113.    TriZetto is entitled to injunctive relief enjoining Syntel, its agents and employees, and all persons acting in concert or participation with it, from engaging in any further use of TriZetto's Confidential Information, as that term is defined in the MSA, as confirmed by, *inter alia*, section 22.06 of the MSA.

**COUNT II – BREACH OF IMPLIED COVENANT OF**
**GOOD FAITH AND FAIR DEALING**
**(ON BEHALF OF TRIZETTO AGAINST SYNTEL MAURITIUS)**

114.    TriZetto repeats and re-alleges the allegations of the preceding Paragraphs 1–113 of these counterclaims as if fully set forth herein.

115.    The actions of Syntel Mauritius, as set forth herein, constitute a breach of the implied covenant of good faith and fair dealing.

116.    Syntel Mauritius improperly deprived TriZetto of its right to receive the benefits under the MSA.

117.    As a result of Syntel Mauritius's breach, TriZetto has suffered direct and consequential damages, and is entitled to recover compensatory damages, including opportunity costs and punitive damages in an amount to be proven at trial.

**COUNT III – NEW YORK MISAPPROPRIATION**
**(ON BEHALF OF TRIZETTO**
**AGAINST SYNTEL MAURITIUS AND SYNTEL, INC.)**

118.    TriZetto repeats and re-alleges the allegations of the preceding Paragraphs 1–117 of these counterclaims as if fully set forth herein.

119.    The actions of Syntel, as set forth herein, constitute misappropriation under New York law.

120.   TriZetto possessed confidential information, which constitute trade secrets and proprietary confidential information continuously used in the operation of TriZetto's business under New York law.

121.   Such information was developed through great effort and expense in terms of manpower, time, and costs.

122.   Such information is extremely valuable to TriZetto, crucial to the operation of TriZetto's business, and, if available to others, would enable them to compete with TriZetto to TriZetto's detriment.

123.   TriZetto took reasonable measures to maintain the secrecy and confidentiality of such information, including by limiting access to repositories of confidential and proprietary TriZetto Materials, including Customer Exchange and PVCS, and by requiring contracts that prohibited, among other things, unauthorized access, uses, disclosure, and reverse engineering. Such information cannot be properly acquired or duplicated because of the limited number of individuals who can access the information, and the contractual limitations imposed on such individuals.

124.   Syntel was subject to such agreements and had a duty to maintain confidentiality and not to use for its own purposes the materials that it had access to pursuant to its relationship with TriZetto.

125.   On information and belief, Syntel was aware that it acquired information from third parties who also had a duty to maintain confidentiality and not to use for their own purposes the materials that they had access to pursuant to their relationships with TriZetto.

126.    Syntel knowingly and improperly obtained, used, and disclosed such trade secrets and confidential information in violation of its duties, including but not limited to those provided in the MSA, and the duties of third parties.

127.    As a result of Syntel's actions, TriZetto has suffered direct and consequential damages, and is entitled to recover compensatory damages, including opportunity costs and punitive damages in an amount to be proven at trial.

128.    As a direct and proximate result of Syntel's wrongful conduct, TriZetto has been substantially and irreparably harmed in an amount not readily capable of determination.  Unless restrained by this Court, Syntel will cause further irreparable injury to TriZetto.

129.    TriZetto is entitled to injunctive relief enjoining Syntel, its agents and employees, and all persons acting in concert or participation with it, from engaging in any further use of TriZetto's proprietary and confidential information.

### COUNT IV – FEDERAL MISAPPROPRIATION OF TRADE SECRETS (ON BEHALF OF TRIZETTO AGAINST SYNTEL MAURITIUS AND SYNTEL, INC.)

130.    TriZetto repeats and re-alleges the allegations of the preceding Paragraphs 1–129 of these counterclaims as if fully set forth herein.

131.    The actions of Syntel, as set forth herein, constitute misappropriation under the Defend Trade Secrets Act, 18 U.S.C. § 1839.

132.    TriZetto possessed confidential information, including financial, business, and technical information such as compilations, program devices, methods, techniques, processes, procedures, programs, and codes, which constitute trade secrets.

133.    Such information is used in connection with TriZetto's products and services, which are offered across the country and throughout the world.

134.    TriZetto took reasonable measures to maintain the secrecy and confidentiality of such information, including by limiting access to Customer Exchange, PVCS, and by requiring contracts that prohibited, among other things, unauthorized access, uses, disclosure, and reverse engineering.  Such information cannot be properly acquired or duplicated because of the limited number of individuals who can access the information, and the contractual limitations imposed on such individuals.

135.    Syntel was subject to such agreements and had a duty to maintain confidentiality and not to use for its own purposes the materials that it had access to pursuant to its relationship with TriZetto.

136.    Such information derives independent economic value from not being generally known to, and not being readily ascertainable through proper means by others because such information is extremely valuable to TriZetto, crucial to the operation of TriZetto's business, and, if available to others, would enable them to compete with TriZetto to TriZetto's detriment.

137.    Syntel knowingly and improperly obtained, used, and disclosed such trade secrets and confidential information in violation of its own duties, including but not limited to those provided in the MSA, and the duties of third parties.  Syntel continues to do so by converting TriZetto Materials into business assets for Syntel, and by creating and using Platform Management Tools that directly compete with TriZetto's.

138.    Syntel was aware that it acquired TriZetto Materials from third parties who also had a duty to maintain confidentiality and not to use for their own purposes the materials that they had access to pursuant to their relationships with TriZetto.

139.    As such, Syntel used improper means to acquire knowledge of the TriZetto materials, and, at the time of its disclosure and use knew or had reason to know that the trade

29

secret was derived from someone who acquired it by improper means, acquired subject to a duty to maintain secrecy or limit use, or derived from a person who owed such a duty.

140. Syntel's conduct constitutes knowing, willful, and malicious misappropriation.

141. As a direct and proximate result of Syntel's wrongful conduct, TriZetto has been substantially and irreparably harmed in an amount not readily capable of determination.  Unless restrained by this Court, Syntel will cause further irreparable injury to TriZetto.

142. TriZetto is entitled to injunctive relief enjoining Syntel, its agents and employees, and all persons acting in concert or participation with it, from engaging in any further use of TriZetto's proprietary and confidential information.

143. As a result of Syntel's actions, TriZetto has suffered direct and consequential damages, and is entitled to recover compensatory damages, including opportunity costs and enhanced damages in an amount to be proven at trial.

## COUNT V– UNFAIR COMPETITION
### (ON BEHALF OF TRIZETTO AND COGNIZANT
### AGAINST SYNTEL MAURITIUS AND SYNTEL, INC.)

144. TriZetto and Cognizant repeat and re-allege the allegations of the preceding Paragraphs 1–143 of these counterclaims as if fully set forth herein.

145. The actions of Syntel, as set forth herein, constitute unfair competition.

146. Syntel copied or misappropriated TriZetto and Cognizant's products and operations by obtaining access to them through fraud or deception, and/or an abuse of a confidential relationship.

147. Syntel's use of copied or misappropriated TriZetto and Cognizant material confused the public, including members of the healthcare and technology industries, as to whether Syntel, TriZetto, or Cognizant was the source of that material.

156.     Syntel's malicious interference with TriZetto and Cognizant's client relationships prevented TriZetto and Cognizant from obtaining economic advantages through those relationships.

157.     As a result of Syntel's actions, TriZetto and Cognizant have suffered direct and consequential damages, and are entitled to recover compensatory damages, including opportunity costs and punitive damages in an amount to be proven at trial.

### COUNT VII – COPYRIGHT INFRINGEMENT
### (ON BEHALF OF TRIZETTO AGAINST
### SYNTEL MAURITIUS AND SYNTEL, INC.)

158.     TriZetto and Cognizant repeat and re-allege the allegations of the preceding Paragraphs 1–157 of these counterclaims as if fully set forth herein.

159.     The actions of Syntel, as set forth herein, constitute copyright infringement under 17 U.S.C. § 101 *et. seq.*

160.     The Registration Works are original, creative works and copyrightable subject matter under the laws of the United States.

161.     TriZetto is the owner of valid and subsisting copyrights in the Registration Works.

162.     TriZetto has complied in all respects with 17 U.S.C. §§ 101, *et seq.*, and has secured the exclusive rights and privileges in and to the Registration Works.

163.     By its actions alleged herein, Syntel has infringed and will continue to infringe TriZetto's copyrights in and relating to the Registration Works by, *inter alia*, reproducing them, distributing them, creating derivative works based on them, and reproducing and distributing copies of those derivative works, without any authorization or other permission from TriZetto.

164.   On information and belief, Syntel has infringed numerous other copyrightable works that belong to TriZetto and reserves the right to amend these counterclaims upon identification of such works and infringing uses.

165.   Syntel's infringement of TriZetto's copyrights has been deliberate, willful and in utter disregard of TriZetto's rights for which TriZetto has no adequate remedy at law.

166.   Upon information and belief, as a direct and proximate result of its wrongful conduct, Syntel has obtained benefits to which Syntel is not entitled.

167.   As a direct and proximate result of Syntel's wrongful conduct, TriZetto has been substantially and irreparably harmed in an amount not readily capable of determination.  Unless restrained by this Court, Syntel will cause further irreparable injury to TriZetto.

168.   TriZetto is entitled to injunctive relief enjoining Syntel, its agents and employees, and all persons acting in concert or participation with it, from engaging in any further infringement of TriZetto's Registration Works.

169.   TriZetto is further entitled to recover from Syntel the damages it has sustained and will sustain, and any gains, profits and advantages obtained by Syntel as a result of its acts of infringement as alleged above.  At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by TriZetto, but will be established according to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, TriZetto and Cognizant respectfully request this Court to enter judgment for TriZetto and Cognizant and against Syntel as follows:

a.   That the Complaint and all of Syntel's claims are dismissed with prejudice and that Syntel be denied any recovery by reason thereof;

A-195



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES<br>MAURITIUS LTD. and SYNTEL, INC.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE TRIZETTO GROUP, INC. and<br>COGNIZANT TECHNOLOGY SOLUTIONS<br>CORP.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. NO. 15-00211 (LGS) (RLE)<br>)<br>)<br>)<br>)<br>)<br>) |

[PROPOSED]  ORDER FOR FORENSIC EXAMINATION
OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES

A-196

Having considered the parties' joint discovery letters dated November 22, 2016, and December 9, 2016, the evidence and arguments annexed thereto, and the arguments presented by both parties' counsel on November 29, 2016 and December 16, 2016, the Court hereby grants Defendants' request for a forensic examination of Plaintiffs' digital electronic devices and files and orders as follows:

**Examiner Selection**.   The Court hereby appoints Samuel Rubin, of the firm Stroz Friedberg, as forensic examiner ("Examiner").

1.      **Cooperation**.   Upon the Court's actual or constructive approval of the Examiner, the Examiner shall be permitted to conduct an examination as described in Paragraph 3 of this Order (the "Examination"), which will require the full cooperation of such personnel to support the identification, preservation, and forensic collection information potentially relevant to the Examination.   Plaintiffs shall, to the fullest extent possible, ensure the cooperation of relevant personnel at Plaintiffs' business, as well as Plaintiffs' parent, subsidiary, affiliated, and related companies, and relevant third-party vendors (collectively, "Syntel") so that the Examination may be completed within sixty (60) days of the date of this Order.

2.      **Scope of Examination**.   The Examination shall include (1) Syntel's digital electronic devices, files, data, images, and computer systems, in Syntel's possession, custody, or control and belonging to the custodians specifically identified in section 2(a) and 2(b) below together with non-custodial sources where documents sought in sections 2(a) and 2(b) below may reside; (2) the creation of duplicate forensic copies of the same (the collected ESI and forensic images are collectively referred to herein as the "Forensic Images"); and (3) forensic analysis of the Forensic Images for the purposes of determining:

**A-197**

a. The likelihood of the existence, deletion, or destruction of documents, data, emails, or information by Vipul Dekhtawala, Vijaya Yellamraju, Krishna Subramanian, and Ankur Chadha, relating to the email produced at Bates no. SYNT00147963.

b. For each of the custodians listed on the attached Exhibit A, for each of the documents identified in TZCG-00000095–173, the downloading of such document from TriZetto's Customer Exchange server, the dissemination of such document within Syntel and to third-parties, and the likelihood of deletion, or destruction of such document by Syntel

c. To the extent the Examiner identifies the existence, deletion, or destruction of documents, data, emails, or information, the volume and nature thereof and any such deletion or destruction and the extent to which some or all of these materials may be recovered.

The Examination may include interviews with relevant personnel needed for the Examiner to carry out the Examination required by this Order. The interviews shall not be recorded or transcribed. The interviews may be conducted telephonically. Counsel for either party, at their option, can attend the interviews, including by telephone.

3.     **Independent Examination**. The Examiner shall be permitted to search, review, and analyze data or information on the Forensic Images in their entirety, including active files, data fragments, log files, application data, and unallocated or deleted space, and other artifacts that can lead to an understanding of content and historical use. Neither party shall have control over the analysis performed. The parties and their counsel shall not have the right to be present during such analysis. Except as provided in section 2, above, there shall be no *ex parte* communications with the Examiner by any party or its counsel and all email communications

3

with the Examiner shall cc each party's outside counsel.  Each party may, at its option, provide the Examiner with appropriate background or information relevant to the forensic analysis so long as such background or information is provided in writing and contemporaneously to the opposing party.

4.     **Maintenance of Forensic Images**.  The Examiner shall maintain the Forensic Images in a secure facility operated by the Examiner and, except as directed otherwise by joint stipulation of the parties or order of the Court, the Examiner shall retain custody of the Forensic Images until the litigation has come to an end (*i.e.*, the case(s) have been dismissed and after all appeals have been exhausted, assuming there are any appeals).  The Examiner shall not disclose or permit any such disclosure of the contents of the Forensic Images to anyone, including the parties, their attorneys or agents, directly or indirectly, to this litigation, except as provided for herein.  Prior to beginning any work, the Examiner shall execute a letter of confidentiality consistent with the provisions of this paragraph and shall provide a copy to counsel for the parties.

5.     **Safeguards**.  Any information or materials derived by the Examiner from its analysis of the Forensic Images that the Examiner identifies as potentially relevant to the subject matters at issue in this litigation  shall be subject to the following procedures:

a.     Any report or other document produced or created by the Examiner shall be marked confidential and for counsel's eyes only.  Should either party seek to re-designate part or all of any such report or document, that party may seek by stipulation between the parties or move the Court for such relief.

b.     As used herein, "Findings" shall mean any information or materials derived by Examiner from its analysis of the Forensic Images that Examiner wishes to produce to

4

counsel for purposes of review.  Findings shall be further defined as "Content Findings" or "Non-Content Findings."

    i. Content Findings shall consist of documents or files derived from the Forensic Images, including but not limited to electronic documents and emails, whether in active or deleted recoverable form.  All Content Findings shall be produced first to Syntel for review and appropriate designation pursuant to the parties' Protective Order and attorney-client or work product protections as provided for in sections 5(b) and 5(c) below.

    ii. Non-Content Findings shall consist of non-content information from the Forensic Images, including but not limited to technical or system usage information, configuration settings, metadata, directory listings of files, programs contained on the Forensic Images, and associated metadata.  Non-Content Findings are derived from files and information created and maintained programmatically by the computer's operating system.  Non-Content Findings can contain information about user-created files, but will not contain the content of user-created files.

    c. The Examiner's actions described herein shall not effect a waiver of any claim of attorney-client privilege or work product protection with respect to the contents of the Forensic Images or the Findings.  The Parties further agree that inadvertent production of documents or information subject to any applicable privilege, does not waive such applicable privilege or protection, provided a request for return of such documents or information is made promptly upon learning of such inadvertent production.

    d. So that Plaintiffs may identify privileged documents, if any, and prepare a privilege log and/or appropriately designate documents pursuant to the Protective Order in

this case, Content Findings derived from Examiner's analysis of the Forensic Images shall be produced to counsel for Plaintiffs for review. Within five (5) business days of receiving any Content Findings from the Examiner, counsel for Plaintiffs shall produce to Examiner and counsel for Defendants, a privilege log which complies fully with the requirements of Federal Rule of Civil Procedure 26 (b)(5)(A), identifying those Content Findings that Plaintiffs maintain are subject to the attorney-client privilege or work product doctrine, including the claimed privilege and a complete description of the basis for the privileged claim, the date and subject matter of the documents in question and where applicable, the senders and recipients of such documents.

e.      Examiner shall produce to counsel for Defendants all Content Findings which are not designated as privileged by Plaintiffs. In the event that Plaintiffs fail to designate any Content Findings documents as producible, or privileged, within five (5) business days of receiving Examiner's Content Findings, Examiner shall be permitted to disclose those Content Findings to counsel for Defendants. Otherwise, after receiving the privilege log, the Defendants shall promptly notify Plaintiffs of any challenges to their privilege assertions, after which the parties shall jointly and immediately request an appropriate hearing with the Court to resolve the privilege disputes. Plaintiffs shall make available to the Court, on an *in camera* basis, any documents subject to a disputed privileged claim. In connection with the hearing, each party shall have the right to submit a position paper of no more than five (5) pages to the Court with Plaintiff having the opening position paper and Defendants providing their response within five (5) business days of their receipt of Plaintiffs' opening position paper.

    f.    Non-Content Findings derived from the Examiner's analysis of the Forensic Images may be produced directly to counsel for Defendants without prior review by Plaintiffs or their counsel.

    6.    **Forensic Report**.  The Examiner shall provide the parties and the Court with a forensic report as to the actions taken by the Examiner, including a detailed description personnel interviewed, each piece of digital media inspected, copied or imaged, as well as documentation of the chain of custody of the media collected (the "Forensic Report").  The Forensic Report shall provide a summary of the Examiner's findings regarding the topics identified in Paragraph 3 of this Order.

    7.    **Fees & Costs**.  Plaintiffs and Defendants shall each pay one-half (1/2) of the Examiner's costs and fees in carrying out this Order and shall remit payment in accordance with the Examiner's standard billing practices.  This paragraph is without prejudice to either party's right to seek an alternative fee arrangement in the event that the Examiner's duties are changed by the Court, or for the parties to request a fee-shifting order at a later time.

IT IS SO ORDERED this 30th day of January, 2017

Magistrate Judge Ronald L. Ellis

7

Case 21-1370, Document 77, 12/23/2021, 3232812, Page213 of 221

A-202

Case 1:15-cv-00211-LGS-RLE   Document 243   Filed 01/30/17   Page 8 of 8
Case 1:15-cv-00211-LGS-RLE   Document 242-1   Filed 01/27/17   Page 8 of 8

**Exhibit A**

| | | |
|---|---|---|
| Ghazala Ameen | Vishal Myana | Prajakta Jagtap |
| Divya Anne | Priyank Nagar | Heenakausar Jakati |
| Manjushree Ashtaputre | PurushothamNagineni | Juned Kadri |
| Ramu Baru | Santhanu Nair | Amol Kalgave |
| Hiren Babariya | Sudha Natarajan | Varun Karnati |
| Bhupendra Balpande | Pankaj Pagar | Priyank Nagar |
| Nishith Bani | Sachin Parmaj | Rohit Pawar |
| Bhushan Bhalerao | Vishal Pathak | Narender Perugula |
| Mohan Bharathula | Uday Patil | Arumuga Perumal |
| Devashri Bhawasar | Rohit Pawar | Ranjit Silla |
| Chelan Chaudhary | Amit Payasi | Gaurav Singh |
| Chetan Chaudhary | Narender Peruguia | Jagdish Solanki |
| Satyendra Dalvi | Arumuga Perumal | Kaushal Tomar |
| Ash ish Dani | Sandeep Rakhonde | Deepika Vispute |
| Viral Dave | Vimalkumar Ravindranath | Ravindra Wadhal |
| Anand Debadwar | Srikanth Reddy | Vishal Wadhwani |
| Vishal Deotale | Swapnil Renuse | |
| Niranjan Deswandikar | Soumik Roy | |
| Ambika Rani Devarapu | Madhurani Salvi | |
| Samir Dharmadhikari | Gulab Shaikh | |
| Dhiraj Dhawale | Prateek Shihoorkar | |
| Geeta Dighe | GauravSingh | |
| Piyush Ghelani | Jagdish Soianki | |
| Sudeep Gorhe | Anjuiika Srivastava | |
| Pavan Gupta | Sumeet Tandon | |
| Apeksha Hampi | Balaji Thangaswamy | |
| Van ita Jagdale | Neethu Thomas | |
| Prajakta Jagtap | Rahul Thorat | |
| Heenakausar Jakati | Shailja Tiwari | |
| Vinay Jha | Kaushal Tomar | |
| Shekhar Kadam | Dee pika Vispute | |
| Juned Kadri | Vishal Wadhwani | |
| Amol Kalgave | Sandeep Yewale | |
| Himaja Kandregula | Swapnil Adhav | |
| Dilip Kannure | Ganesh Awadhane | |
| Varun Karnati | Srinivas Bandi | |
| Parimal Khose | Nivedita Chanekar | |
| Shripad Kulkarni | Anand Debadwar | |
| Anurag Kumar | Vishal Deotale | |
| Ajay Kumar | Geeta Dighe | |
| Balasaheb Kuragotgi | Piyush Ghelani | |
| Shailesh Mahamuni | Apeksha Hampi | |

A-203

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, *et al.*,<br><br>      Plaintiffs and Counterclaim-Defendants,<br><br>-against-<br><br>THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP.,<br><br>      Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (RLE)<br><br>Hon. Lorna G. Schofield<br>Mag. Ronald L. Ellis |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/17

## [PROPOSED] PRECLUSION ORDER

The Court having heard and considered the parties' submissions and arguments concerning a proposed sanction against Plaintiffs Syntel, Inc. and Syntel Sterling Best Shores Mauritius Limited now known as Syntel Mauritius Holding Limited (collectively, "Syntel") in the above-captioned matter, the Court hereby orders that:

    1.    Syntel is precluded from offering or presenting any evidence that it did not misappropriate and unlawfully copy Defendants' FACETS test cases and automation scripts.

    2.    Syntel is precluded from offering or presenting any evidence that it independently developed any of the Platform Management Tools at issue in this case.

IT IS SO ORDERED this 25th day of August, 2017

_Ronald L. Ellis_

Magistrate Judge Ronald L. Ellis

A-204

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNTEL STERLING BEST SHORES
MAURITIUS LIMITED,

    Plaintiff,

        v.

THE TRIZETTO GROUP, INC.
and COGNIZANT TECHNOLOGY
SOLUTIONS CORP.,

    Defendants.

15 Civ. 00211 (LGS) (JLC)

**DECLARATION OF BRYAN P. BERGERON M.D., IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

A-205

I, Bryan P. Bergeron M.D., FACMI, hereby declare as follows:

1.      I presently serve as President of Archetype Technologies, Inc. in Brookline, Massachusetts.  For approximately 25 years, I have taught as part of the Harvard-MIT Program in Health Sciences and Technology (HST) in Cambridge, Massachusetts.

2.      I have been retained by counsel for The TriZetto Group, Inc. n/k/a Cognizant TriZetto Software Group, Inc. ("TriZetto") and Cognizant Technology Solutions Corp. ("Cognizant") (collectively, "Counterclaim Plaintiffs") to provide my independent expert analysis, opinions, and conclusions as stated in my October 19, 2018 and November 26, 2018 expert reports and January 31, 2019 deposition.

3.      Attached hereto as Exhibit A is a true and correct copy of my October 19, 2018 Opening Expert Report of Dr. Bryan P. Bergeron ("Opening Report").  I adopt all of the opinions expressed in that report in this declaration.  I have personal knowledge of the matters stated in my Expert Report and would testify truthfully to them if called upon to do so.

4.      Facets is a payer-focused enterprise solution that "consists of a rich set of modules that allow payer organizations to meet their business requirements while positioning them for growth and change."  "Facets Overview," (last visited October 19, 2018) at https://www.cognizant.com/trizetto/core-administration/facets.  The Facets platform is highly customizable and has "scalability to meet the transaction needs" of different clients.  *Id*.  "In addition to its core modules, Facets includes an entire ecosystem" of TriZetto products and applications "that extend its features and functions."  *Id.*  I declare on penalty of perjury that the foregoing is true and correct.

5.      TriZetto's flagship software program is Facets.  *See, e.g.*, Dkt. No. 216 at ¶ 47. Facets "is an extremely complex application[] that basically runs a health plan" for health plan

1

A-206

providers and payers.  3/22/18 Sanders Dep. Tr. at 128:7–18.  Facets is the foundation of the platform that enables more than 70 health plans to deliver value to well over 100 million insured members.  Interview with Anne Kennison and Mike Noonan.  Facets enables the efficient and accurate processing of millions of claims across the United States every day for medical, dental, vision, and behavioral health.  *Id.*

6.     Facets has been in continuous development since at least as early as 1992.  *See, e.g.*, 3/22/18 Sanders Dep. Tr. at 251:22–23.  It required individuals with deep knowledge and skillsets including government regulations for health care, unique business models and payment arrangements for providers, database management systems, coding, and quality assurance.  Interview with Anne Kennison and Mike Noonan.  The Facets program is "in the neighborhood" of ▮▮▮▮▮▮▮▮▮▮▮▮.  3/22/18 Sanders Dep. Tr. at 128:19–22.

7.     Because Facets is a software program, it must be installed on a computer before it can be used.  The Facets software program is installed using a Facets executable file or .exe file, such as "▮▮▮ ▮▮▮▮."[1]     *See, e.g.*, TZCG-00000095; Customer Exchange, http://cx.trizetto.com. An executable file is a computer file that contains an encoded sequence of instructions that a computer system can execute directly when a user initiates execution.  Facets installation executable files are only made available to TriZetto's licensees pursuant to license agreements that place extensive limitations on access and use of TriZetto's materials.  *See, e.g.*, TZCG-00193556 at 683 (UHG Master License and Services Agreement).  Facets installation

---

[1]     I note that TriZetto also has executable files for its QNXT, CareAdvance, and NetworX programs, as well as executable files for "fixes" and other functions for Facets, QNXT, CareAdvance, and NetworX.  See TZCG-00000095.  This report focuses on Facets executable files, but I reserve the right to supplement as to the remaining executable files for the remaining software programs, as well as fixes and other functions for all four programs.

**┇FOLEY**

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
313.234.7175 TEL
313.234.2800 FAX
www.foley.com
nankers@foley.com

**Via ECF**
Honorable Lorna G. Schofield
U.S.D.C., Southern District of New York
500 Pearl Street
New York, New York 10007

September 24, 2020

Application DENIED for substantially the same reasons as
provided by Defendants in this letter.

Dated: September 25, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Syntel, Inc. et al v. The TriZetto Group, Inc. et al, No. 15-cv-00211 (LGS)(SDA)
Request for Adjournment*

Dear Judge Schofield:

The parties write pursuant to this Court's September 17, 2020 Order (ECF No. 682) directing the parties to meet and confer regarding Syntel's letter application for adjournment (ECF No. 681) filed September 17, 2020, and to file a joint letter apprising the Court of whether the parties have agreed on any joint proposal. *See* ECF No. 682. The parties conferred on September 23, 2020, but were not able to reach agreement on any joint proposal. Each party has set forth its respective position below.

**Syntel's Position**:

The parties have been unable to reach an accommodation here because Syntel's position is that the trial should be adjourned because of the prejudice it will suffer if required to proceed without key witnesses and client representatives able to participate in person, while defendants-counterclaim plaintiffs' position is that this case should proceed to live trial, with witnesses who are unable to participate live participating via Zoom. Syntel respectfully requests to be heard at the Court's earliest convenience, and if possible by next week, on these issues in order to avoid unnecessary travel for those subject to mandatory quarantine requirements in the event the trial is adjourned.

As Syntel explained in its September 17, 2020 application, this case and its resolution are of critical importance to Syntel, and Syntel is entitled to summon the best and most focused resources at its disposal to try this matter fully, completely and fairly before a panel of Southern District of New York jurors. Meeting in-person with witnesses and corporate representatives—as well as simply knowing if they will be able to travel and do so safely—is critical to effective trial preparation. However, if the trial proceeds in October as scheduled, Syntel will be prejudiced because key witnesses and company representatives will be unable to participate in person and fully perform these critical trial activities. This Court has previously determined neither party will suffer irreparable harm while litigating a resolution to their claims, ECF No. 68 at 4-5, 11, and far from an indefinite postponement of trial, Syntel seeks an adjournment only until what it expects, and we all hope, will be an near-term resolution of the current pandemic conditions that would cause Syntel prejudice if trial were to proceed now.

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TAMPA |
| BOSTON | HOUSTON | MIAMI | SAN DIEGO | WASHINGTON, D.C. |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN FRANCISCO | BRUSSELS |
| DALLAS | LOS ANGELES | NEW YORK | SILICON VALLEY | TOKYO |
| DENVER | MADISON | ORLANDO | TALLAHASSEE | |

A-208

October 6, 2020

**Trial Procedures During Covid 19 Pandemic**

**Lorna G. Schofield**
**United States District Judge**

<u>**Mailing Address**</u>:  **United States District Court**
**Southern District of New York**
**500 Pearl Street**
**New York, New York 10007**

<u>**Courtroom**</u>:
**Courtroom 1106**
**40 Centre Street**
**Mr. James Street, Courtroom Deputy**
**(212) 805-4553**

**For any case that settles after the final pretrial conference, <u>costs will be assessed</u> for obtaining a jury panel and seating a jury.**

A-209

before the jury arrives in the morning, after the jury leaves or briefly during breaks, to consider and resolve any objections and other issues.

Counsel shall anticipate evidentiary and legal issues and raise them well in advance of the relevant testimony, outside the presence of the jury.

3. <u>Conferring with opposing party</u>.  A party shall first raise any issue with the opposing party before raising the issue with the Court, including anticipated evidentiary and legal issues that require argument.

4. <u>Witness availability</u>.  The parties are expected to present witnesses throughout the entire trial day.  Unless good cause is shown, if a party does not have another witness available on a given day, that party will be deemed to have rested.  Counsel shall notify the Court and other counsel in writing, at the earliest possible time, of any particular scheduling problems involving witnesses so that other arrangements can be made to fill the trial day.

5. <u>Exhibits</u>.  Court time may not be used for marking exhibits.  Exhibits shall be pre-marked, and if possible, pre-admitted in advance of the court session.

No later than <u>three</u> business days before trial, the parties shall email the Court the current witness list and exhibit list.  The exhibit list shall be in Excel Format and shall include a column indicating when an exhibit was admitted – or for the first day of trial, that an exhibit is to be admitted at the opening of trial (based on absence of objection or in limine rulings), and another column to indicate exhibits that are excluded from evidence or withdrawn.  The exhibit list may, but need not, include documents to be used only for cross-examination or impeachment.

On the first day of trial and every trial day thereafter, by 8:30 a.m., the parties shall email the court an updated exhibit list, and if applicable, an updated witness list.  The updated lists shall indicate any changes from the prior list.

At the end of each trial day, counsel shall advise the Court and opposing counsel of the exhibits to be presented for admission into evidence the following day.  The Court will then admit into evidence any additional exhibits as to which there are no objections, and to the extent possible will rule on the admissibility of any exhibits as to which there are objections.

All documentary exhibits must be published to the jury digitally.  If it becomes necessary to show a witness a physical exhibit, the person presenting the object (and any other person handling it) must wear a glove and the witness must wear a glove to receive it.  Counsel must supply the gloves.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                          :

SYNTEL STERLING BEST SHORES      :
  MAURITIUS LIMITED, et al.,          :
                          :          15 Civ. 211 (LGS)

         Plaintiffs/Counterclaim-Defendants,  :

                          :            ORDER

               -against-           :

                          :

THE TRIZETTO GROUP, et al.,        :

                          :

      Defendants/Counterclaim-Plaintiffs.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the Order dated October 9, 2020, Defendants/Counterclaim-Plaintiffs

The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "TriZetto") and

Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel,

Inc. (together, "Syntel") filed submissions on their respective positions as to whether damages

for avoided costs are available in equity for the New York trade secret misappropriation claim,

and if not, what if any impact such a ruling would have on the evidence to be presented at trial.

It is hereby

      **ORDERED** that the Order dated September 30, 2020, granting in part and denying in

part Syntel's motion in *limine* seeking to preclude Mr. Britven's expert testimony is

supplemented and modified as follows.  The Court has determined that avoided cost damages are

not available for the New York trade secret misappropriation claim under *E.J. Brooks Co. v.*

*Cambridge Sec. Seals*, 31 N.Y.3d 441 (2018).  Although the *E.J. Brooks* dissent questioned

whether the majority's holding was limited to whether avoided cost damages are available as

legal damages, regardless of their availability in equity, the opinion did not include any limiting