# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

John C. O'Quinn, P.C.
To Call Writer Directly:
+1 202 389 5191
john.oquinn@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

February 15, 2023

**VIA EMAIL**

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Syntel Sterling Best Shores Mauritius Limited, et al.*
v. *The TriZetto Group, Inc., et al.*, No. 21-1370

Dear Ms. Wolfe:

I write on behalf of The TriZetto Group, Inc. and Cognizant Technology Solutions Corp., the appellees in this matter. I write in response to your notice regarding a potential conflict involving a member of the panel that heard argument in this case on September 19, 2022. Appellees do not request the panel member's recusal.

Respectfully submitted,

John C. O'Quinn

cc: Kannon K. Shanmugam (by email)