# 21-1370

**United States Court of Appeals for the Second Circuit**

SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, SYNTEL, INC.,

*Plaintiffs-Counter-Defendants-Appellants,*

v.

THE TRIZETTO GROUP, INC., COGNIZANT TECHNOLOGY SOLUTIONS CORP.,

*Defendants-Counter-Claimants-Appellees.*

Appeal from the United States District Court for the Southern District of New York, No. 1:15-cv-00211 (LGS) (SDA)

## APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

| | |
|---|---|
| Adam R. Alper | John C. O'Quinn |
| KIRKLAND & ELLIS LLP | Jason M. Wilcox |
| 555 California Street | KIRKLAND & ELLIS LLP |
| San Francisco, CA 94104 | 1301 Pennsylvania Ave., NW |
| (415) 439-1400 | Washington, DC 20004 |
| | (202) 389-5000 |
| | |
| Michael W. De Vries | Leslie Schmidt |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| 555 S Flower Street | 601 Lexington Ave. |
| Los Angeles, CA 90071 | New York, NY 10022 |
| (213) 680-8400 | (212) 446-4000 |

*Counsel for Defendants-Counter-Claimants-Appellees*

June 1, 2023

## CORPORATE DISCLOSURE STATEMENT

Appellee The TriZetto Group, Inc. is indirectly wholly owned by Appellee Cognizant Technology Solutions Corporation. Cognizant Technology Solutions Corporation has no parent corporation and no publicly held corporation owns more than 10% of its stock.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1370

**Motion for:** extension of time to file petition for rehearing

**Caption [use short title]**

Syntel Sterling Best Shores Ma v. The Trizetto Group, Inc.

**Set forth below precise, complete statement of relief sought:**

Appellees respectfully request a 14-day extension, to and including June 22, 2023, to consider whether to file and to prepare a petition for rehearing or rehearing en banc in this appeal. Any petition is presently due June 8, 2023. No other extensions of time have been previously requested or granted for the petition.

**MOVING PARTY:** The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.
**OPPOSING PARTY:** Syntel Sterling Best Shores Mauritius Ltd. and Syntel, Inc.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** John C. O'Quinn
**OPPOSING ATTORNEY:** Kannon K. Shanmugam

[name of attorney, with firm, address, phone number and e-mail]

Kirkland & Ellis LLP
1301 Pennsylvania Avenue NW, Washington, DC 20004
john.oquinn@kirkland.com; (202) 389-5191

Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW, Washington, DC 20006
kshanmugam@paulweiss.com; (202) 223-7325

**Court- Judge/ Agency appealed from:** S.D.N.Y., Judge Schofield

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes ☐ No   If yes, enter date: Argument held 9/19/2022

**Signature of Moving Attorney:**
John C. O'Quinn   **Date:** 6/1/2023   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

Appellees The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. respectfully request a 14-day extension of time, to and including June 22, 2023, to consider whether to file and to prepare a petition for rehearing or rehearing en banc in this appeal. Any petition is presently due June 8, 2023. No other extensions of time have been previously requested or granted for the petition. Appellees have discussed this motion with Appellants. Appellants represent that they do not oppose the motion and do not intend to file a response.

There is good cause to grant the requested extension. An extension of 14 days would allow Appellees time to analyze the potential issues for a rehearing petition and determine whether to file a petition and, should the decision to file a rehearing petition be made, to prepare a petition that fully addresses the issues raised by the panel's decision and frames those issues in a manner that will be most helpful to the Court. Appellees only received the panel's opinion seven days ago, and they are still assessing the grounds for a petition.

In addition, Appellees' counsel's current obligations during the time allotted to prepare its petition and through early July include **(a)** a reply brief in *Juul Labs, Inc. v. FDA*, No. 1:22-cv-2853 (D.D.C), filed May 26,

2023; **(b)** oral argument on June 6, 2023 in *Nessel v. Eli Lilly and Co.*, No. 362272 (Mich. Ct. App.); **(c)** a pre-trial conference on June 8, 2023 in *DexCom, Inc. v. Abbott Diabetes Care Inc.*, No. 1:22-cv-00605 (D. Del.); **(d)** a reply brief in *Motorola Solutions, Inc. v. Hytera Communications Corp. Ltd.*, No. 22-2370 (7th Cir.), due June 21, 2023; **(e)** a reply brief in *Impact Engine, Inc. v. Google LLC*, No. 22-2291 (Fed. Cir.), due June 26, 2023; and **(f)** a reply brief in *Omnitracs, LLC v. Platform Science, Inc.*, No. 22-2108 (Fed. Cir.), due June 26, 2023.

A declaration in support of the motion is attached.

## CONCLUSION

For the foregoing reasons, Appellees respectfully request a 14-day extension of time, to and including June 22, 2023, to file any petition for rehearing or rehearing en banc.

June 1, 2023                    Respectfully submitted,

/s/ *John C. O'Quinn*
John C. O'Quinn
Jason M. Wilcox
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

Michael W. De Vries
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
(213) 680-8400

Adam R. Alper
KIRKLAND & ELLIS LLP
555 California Street
San Fransisco, CA 94104
(415) 439-1400

Leslie Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4000

*Counsel for Appellees*

3

## DECLARATION OF JOHN O'QUINN

I am counsel for Appellees and have entered an appearance.

An extension of 14 days would allow Appellees time to analyze the potential issues for a rehearing petition and determine whether to file a petition and, should the decision to file a rehearing petition be made, to prepare a petition that fully addresses the issues raised by the panel's decision and frames those issues in a manner that will be most helpful to the Court. Appellees only received the panel's opinion seven days ago, and they are still assessing the grounds for a petition.

In addition, Appellees' counsel's current obligations during the time allotted to prepare its petition and through late June include **(a)** a reply brief in *Juul Labs, Inc. v. FDA*, No. 1:22-cv-2853 (D.D.C), filed May 26, 2023; **(b)** oral argument on June 6, 2023 in *Nessel v. Eli Lilly and Co.*, No. 362272 (Mich. Ct. App.); **(c)** a pre-trial conference on June 8, 2023 in *DexCom, Inc. v. Abbott Diabetes Care Inc.*, No. 1:22-cv-00605 (D. Del.); **(d)** a reply brief in *Motorola Solutions, Inc. v. Hytera Communications Corp. Ltd.*, No. 22-2370 (7th Cir.), due June 21, 2023; **(e)** a reply brief in *Impact Engine, Inc. v. Google LLC*, No. 22-2291 (Fed. Cir.), due June 26,

2023; and **(f)** a reply brief in *Omnitracs, LLC v. Platform Science, Inc.*, No. 22-2108 (Fed. Cir.), due June 26, 2023..

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| June 1, 2023 | /s/ *John O'Quinn* <br> *Counsel for Appellees* |

## CERTIFICATE OF SERVICE

On June 1, 2023, the foregoing document was submitted to the Court through the CM/ECF system. All participants in the case are represented by registered CM/ECF users and will be notified of filing electronically by the CM/ECF system.

*/s/ John C. O'Quinn*

## CERTIFICATE OF TYPE-VOLUME AND
## TYPEFACE COMPLIANCE

This brief complies with the type-volume and typeface limitations specified in the Federal Rule of Appellate Procedure and the Rules of this Court. This motion is proportionally spaced, uses 14-point Century Schoolbook font, and, according to the word processing system used to prepare this document, contains 354 words.

/s/ John C. O'Quinn